# EXHIBIT

# A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ABIGAIL NOEL FISHER and RACHEL MULTER MICHALEWICZ, *Plaintiffs*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 1:08-CV-00263-SS |
| STATE OF TEXAS; UNIVERSITY OF TEXAS AT AUSTIN; et al., *Defendants*. | § § § § | |

### DEFENDANTS' PROPOSED EXHIBIT LIST FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

TO THE HONORABLE SAM SPARKS:

Defendants University of Texas at Austin ("UT Austin"), Mark G. Yudof, David B. Pryor, William Powers, Jr., Board of Regents of the Texas State University System, John W. Barnhill, Jr., H. Scott Caven, Jr., James R. Huffines, Janiece Longoria, Colleen McHugh, Robert B. Rowling, James D. Dannenbaum, Paul Foster, Printice L. Gary, and Bruce Walker (all individuals are sued in their official capacities only) (collectively, the "Defendants") file their proposed exhibit list for the hearing on Plaintiffs' Motion for Preliminary Injunction as follows:

### DEFENDANTS' PROPOSED EXHIBITS

| Exhibit 1. | Affidavit of Gary M. Lavergne (previously filed with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction) |
|---|---|
| Exhibit 2. | Business Records Affidavit of Charles A. Roeckle (previously filed with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction) |
| Exhibit 3. | Affidavit of Kendra B. Ishop (previously filed with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction) |
| Exhibit 4. | Affidavit of Charles A. Roeckle (previously filed with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction) |

| Exhibit 5. | Affidavit of Francie A. Frederick (previously filed with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction) |
| Exhibit 6. | Affidavit of Michael K. Orr (previously filed with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction) |
| Exhibit 7. | Affidavit of Gregory J. Vincent (previously filed with Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction) |
| Exhibit 8. | Affidavit of Perry Weirich (contemporaneously being served on opposing counsel) |

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Litigation

JAMES C. HO
Solicitor General

ROBERT B. O'KEEFE
Chief, General Litigation Division

RYAN CLINTON
Assistant Solicitor General


/s/ James C. Ho
MISHELL B. KNEELAND
Texas Bar No. 24038256
MARINA GRAYSON
Texas Bar No. 24042098
Assistant Attorneys General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
mishell.kneeland@oag.state.tx.us
512-475-4099
512-320-0667 *fax*
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Bert W. Rein**
**David C. Rybicki**
**Thomas R. McCarthy**
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

**Paul M. Terrill**
The Terrill Firm, PC
810 West 10th Street
Austin, TX 78701

/s/ James C. Ho
JAMES C. HO
Solicitor General

CAUSE NO. 1:08 CA 263SS

| | | |
|---|---|---|
| Abigail Fisher and<br>Rachel Multer Michalewicz | § | In The United States District Court |
| | § § § § | |
| v. | § | For The Western District of Texas |
| | § | |
| State of Texas, University of Texas at<br>Austin, Mark Yudof, David Pryor, Barry<br>Burgdorf, William Powers, et al | § § § | (Austin Division) |

**AFFIDAVIT of PERRY WEIRICH**

STATE OF TEXAS
COUNTY OF TRAVIS

BEFORE ME, the undersigned authority, personally appeared Perry Weirich, who, being by me duly sworn, upon his/her oath stated:

1. My name is Perry Weirich. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it.

2. I am currently employed full-time by the Texas Education Agency in the Information Analysis Division. My current official job classification is Manager IV. In this position I am required to access and analyze data involving education. I am the custodian of the records attached to this affidavit.

3. The records attached to this affidavit, consisting of 13 pages, are kept by the Texas Education Agency's Information Analysis Division in the regular course of its business. It was in the regular course of that business for an employee or representative of the business with knowledge of the act, event, condition, or opinion recorded to make the records or to transmit information thereof to be included in such records. The records were made at or near the time of the act, event, condition, or opinion recorded, or reasonably soon thereafter. The records attached hereto are true duplicates of the originals.

  a. 1994-1995 Count of Graduates by Ethnicity
  b. 1995-1996 Count of Graduates by Ethnicity
  c. 1996-1997 Count of Graduates by Ethnicity
  d. 1997-1998 Count of Graduates by Ethnicity
  e. 1998-1999 Count of Graduates by Ethnicity
  f. 1999-2000 Count of Graduates by Ethnicity
  g. 2000-2001 Count of Graduates by Ethnicity
  h. 2001-2002 Count of Graduates by Ethnicity
  i. 2002-2003 Count of Graduates by Ethnicity

Page 1 of 2

**D-EXHIBIT 8.**
CIVIL ACTION NO.
1:08 CA-263-SS

j. 2003-2004 Count of Graduates by Ethnicity
k. 2004-2005 Count of Graduates by Ethnicity
l. 2005-2006 Count of Graduates by Ethnicity
m. 2006-2007 Count of Graduates by Ethnicity

4. Based upon the data in these records, I calculated the percentage of Texas high school graduates that were African-American or Hispanic as follows:

| Year | African-American Percentage | Hispanic Percentage |
| --- | --- | --- |
| 1994-95 | 12.04% | 29.07% |
| 1995-96 | 12.13% | 29.13% |
| 1996-97 | 12.56% | 29.78% |
| 1997-98 | 12.76% | 30.61% |
| 1998-99 | 12.64% | 31.01% |
| 1999-00 | 12.92% | 32.08% |
| 2000-01 | 13.14% | 32.32% |
| 2001-02 | 13.33% | 33.07% |
| 2002-03 | 13.36% | 33.92% |
| 2003-04 | 13.60% | 34.98% |
| 2004-05 | 13.69% | 35.28% |
| 2005-06 | 13.38% | 35.53% |
| 2006-07 | 13.33% | 35.79% |

_____
Perry Weirich

SUBSCRIBED AND SWORN TO BEFORE ME on the 14th day of May 2008, to certify which witness my hand and official seal.

_____
Diane O. Saldana
Notary Public in and for the State of Texas



Page 2 of 2

```
              T E X A S   E D U C A T I O N   A G E N C Y
                     COUNT OF GRADUATES BY ETHNICITY
                          PEIMS DATA 1994-1995

YEAR         ETHNICITY                                        GRADUATE_COUNT

1994-1995    AFRICAN AMERICAN                                         20,521
             ASIAN                                                     5,575
             HISPANIC                                                 49,540
             NATIVE AMERICAN                                             403
             WHITE                                                    94,367
                                                        ==============================
                                                                     170,406
```

```
                    TEXAS  EDUCATION  AGENCY
                    COUNT OF GRADUATES BY ETHNICITY
                         PEIMS DATA 1995-1996

YEAR         ETHNICITY                               GRADUATE_COUNT

1995-1996    AFRICAN AMERICAN                                20,853
             ASIAN                                            5,340
             HISPANIC                                        50,098
             NATIVE AMERICAN                                    409
             WHITE                                           95,283
                                                    ==================
                                                           171,983
```

```
              T E X A S   E D U C A T I O N   A G E N C Y
                     COUNT OF GRADUATES BY ETHNICITY
                          PEIMS DATA 1996-1997

YEAR         ETHNICITY                                    GRADUATE_COUNT

1996-1997    AFRICAN AMERICAN                                     22,844
             ASIAN                                                 5,527
             HISPANIC                                             54,168
             NATIVE AMERICAN                                         431
             WHITE                                                98,896
                                                    ==============================
                                                                 181,866
```

```
                    T E X A S  E D U C A T I O N  A G E N C Y
                           COUNT OF GRADUATES BY ETHNICITY
                                PEIMS DATA 1997-1998

    YEAR        ETHNICITY                                      GRADUATE_COUNT

    1997-1998   AFRICAN AMERICAN                                       25,165
                ASIAN                                                   6,263
                HISPANIC                                               60,362
                NATIVE AMERICAN                                           604
                WHITE                                                 104,792
                                                              ================
                                                                      197,186
```

```
                    TEXAS EDUCATION AGENCY
                   COUNT OF GRADUATES BY ETHNICITY
                       PEIMS DATA 1998-1999

YEAR         ETHNICITY                              GRADUATE_COUNT

1998-1999    AFRICAN AMERICAN                               25,708
             ASIAN                                           6,340
             HISPANIC                                       63,082
             NATIVE AMERICAN                                   486
             WHITE                                         107,777
                                                   =====================
                                                            203,393
```

```
                        TEXAS EDUCATION AGENCY
                       COUNT OF GRADUATES BY ETHNICITY
                            PEIMS DATA 1999-2000

YEAR         ETHNICITY                                      GRADUATE_COUNT

1999-2000    AFRICAN AMERICAN                                       27,507
             ASIAN                                                   6,862
             HISPANIC                                               68,314
             NATIVE AMERICAN                                           521
             WHITE                                                 109,721
                                                      =============================
                                                                   212,925
```

```
                    T E X A S   E D U C A T I O N   A G E N C Y
                         COUNT OF GRADUATES BY ETHNICITY
                              PEIMS DATA 2000-2001

YEAR          ETHNICITY                                    GRADUATE_COUNT

2000-2001     AFRICAN AMERICAN                                     28,295
              ASIAN                                                 7,218
              HISPANIC                                             69,595
              NATIVE AMERICAN                                         574
              WHITE                                               109,634
                                                          ======================
                                                                  215,316
```

```
                    T E X A S   E D U C A T I O N   A G E N C Y
                           COUNT OF GRADUATES BY ETHNICITY
                                PEIMS DATA 2001-2002

YEAR          ETHNICITY                                          GRADUATE_COUNT

2001-2002     AFRICAN AMERICAN                                           30,030
              ASIAN                                                       7,707
              HISPANIC                                                   74,466
              NATIVE AMERICAN                                               578
              WHITE                                                     112,386
                                                                 ======================
                                                                        225,167
```

TEXAS EDUCATION AGENCY
COUNT OF GRADUATES BY ETHNICITY
PEIMS DATA 2002-2003

| YEAR | ETHNICITY | GRADUATE_COUNT |
|---|---|---|
| 2002-2003 | AFRICAN AMERICAN | 31,801 |
| | ASIAN | 8,045 |
| | HISPANIC | 80,776 |
| | NATIVE AMERICAN | 670 |
| | WHITE | 116,817 |
| | | 238,109 |

```
                    T E X A S  E D U C A T I O N  A G E N C Y
                         COUNT OF GRADUATES BY ETHNICITY
                              PEIMS DATA 2003-2004

YEAR         ETHNICITY                                      GRADUATE_COUNT

2003-2004    AFRICAN AMERICAN                                       33,213
             ASIAN                                                   8,304
             HISPANIC                                               85,412
             NATIVE AMERICAN                                           739
             WHITE                                                 116,497
                                                        ==========================
                                                                   244,165
```

```
                    TEXAS  EDUCATION  AGENCY
                       COUNT OF GRADUATES BY ETHNICITY
                            PEIMS DATA 2004-2005

YEAR         ETHNICITY                                    GRADUATE_COUNT

2004-2005    AFRICAN AMERICAN                                     32,811
             ASIAN                                                 8,363
             HISPANIC                                             84,566
             NATIVE AMERICAN                                         764
             WHITE                                               113,212
                                                        ======================
                                                                239,716
```

Case 1:08-cv-00263-SS   Document 94-1   Filed 01/23/09   Page 18 of 19

```
                    TEXAS EDUCATION AGENCY
                  COUNT OF GRADUATES BY ETHNICITY
                      PEIMS DATA 2005-2006

YEAR          ETHNICITY                              GRADUATE_COUNT

2005-2006     AFRICAN AMERICAN                               32,183
              ASIAN                                           9,037
              HISPANIC                                       85,455
              NATIVE AMERICAN                                   816
              WHITE                                         112,994
                                                    ==================
                                                            240,485
```

```
                    T E X A S  E D U C A T I O N  A G E N C Y
                          COUNT OF GRADUATES BY ETHNICITY
                               PEIMS DATA 2006-2007

YEAR         ETHNICITY                                       GRADUATE_COUNT

2006-2007    AFRICAN AMERICAN                                        32,139
             ASIAN                                                    9,625
             HISPANIC                                                86,332
             NATIVE AMERICAN                                            882
             WHITE                                                  112,215
                                                            ====================
                                                                    241,193
```