**EXHIBITS**
**Table of Contents**

| | |
|---|---|
| 1 | Defendants' Responses to Plaintiffs' Interrogatories 1 through 5 (May 18, 2008) |
| 2 | UT Austin's Response to Plaintiffs' Second Discovery Requests (Aug. 19, 2008) |
| 3 | Sample Admission Matrices produced by Defendants' in response to Plaintiffs' Second Discovery Requests (Bates Nos. D-825, 847, 852, 870) |
| 4 | Oral Deposition of Brian Bremen (Oct. 6, 2008) |
| 5 | Oral Deposition of Kedra Ishop (Oct. 6, 2008) |
| 6 | Oral Deposition of Gary Lavergne (Oct. 6, 2008) |
| 7 | Oral Deposition of Michael Orr (Oct. 6, 2008) |
| 8 | Oral Deposition of Bruce Walker (Oct. 7, 2008) |
| 9 | *Implementation and Results of the Texas Automatic Admission Law (HB 588) at the University of Texas at Austin*, Oct. 28, 2008, *available at* http://www.utexas.edu/student/admissions/research/HB588-Report11.pdf |
| 10 | *Inter-rater Reliability of Holistic Measures Used in the Freshman Admissions Process of The University of Texas at Austin Summer/Fall 2005*, Feb. 22, 2005, *available at* http://www.utexas.edu/student/admissions/research/Inter-raterReliability2005.pdf |
| 11 | The University of Texas at Austin – *Rankings and Kudos*, *available at* http://www.utexas.edu/welcome/rankings.html |
| 12 | The University of Texas at Austin – *Types of Applicants*, *available at* http://bealonghorn.utexas.edu/freshmen/after-you-apply/applicant-types/index.html |
| 13 | The University of Texas at Austin – *Admission Essays*, *available at* http://bealonghorn.utexas.edu/admission/essays/index.html |
| 14 | The University of Texas at Austin – Texas Scholarships – *Longhorn Opportunity Scholarship*, *available at* http://www.texasscholarships.org/types/osfs/los.html |
| 15 | The University of Texas at Austin – Texas Scholarships – *President's Achievement Scholarship*, *available at* http://www.texasscholarships.org/types/osfs/pas.html |
| 16 | The University of Texas at Austin – Texas Scholarships – *First Generation Scholarship*, *available at* http://texasscholarships.org/types/osfs/first_gen.html |
| 17 | Affidavit of Kedra B. Ishop of May 5, 2008 |

| | |
|---|---|
| 18 | Affidavit of Charles A. Roeckle of May 5, 2008 |
| 19 | Affidavit of Francie A. Frederick of May 2, 2008, Exhibit A |
| 20 | Affidavit of Michael K. Orr of May 5, 2008 |
| 21 | Affidavit of Gregory J. Vincent of May 5, 2008, Attachment: *University of Texas at Austin 2008 Impact Report* |
| 22 | *Implementation and Results of the Texas Automatic Admission Law (HB 588) at the University of Texas at Austin*, Nov. 6, 2006 |
| 23 | *Implementation and Results of the Texas Automatic Admission Law (HB 588) at the University of Texas at Austin*, Dec. 6, 2006 |
| 24 | *Implementation and Results of the Texas Automatic Admission Law (HB 588) at the University of Texas at Austin*, Oct. 28, 2007 |
| 25 | *Implementation and Results of the Texas Automatic Admission Law (HB 588) at the University of Texas at Austin*, Dec. 6, 2007 |
| 26 | Texas Attorney General, Letter Opinion No. 97-001, Feb. 5, 1997 |
| 27 | HB 588, House Research Organization Digest, Apr. 15, 1997 |
| 28 | *The "Top 10 Percent Law" is Working for Texas*, Dr. Larry Faulkner, President, The University of Texas at Austin, October 19, 2000 |
| 29 | *The University of Texas at Austin's experience with the "Top 10 Percent" Law*, January 16, 2003 |
| 30 | *Enrollment of first-time freshman minority students now higher than before Hopwood court decision*, January 29, 2003 |
| 31 | *The University of Texas at Austin reacts to the Supreme Court's affirmative action decisions*, The University of Texas at Austin, June 23, 2003 |
| 32 | House Bill 588, Tex. Educ. Code § 51.803 (1997) |