# EXHIBIT

# 3

'VVV
2/28/2008

ADM-C44

Freshman 20086 - 20089

Matrix for School L Major (all)
Group B Subgroup(s) T

7:59 AM

15 not scored
7657 shown

AI

| | 400+ | 390 | 380 | 370 | 360 | 350 | 340 | 330 | 320 | 310 | 300 | 290 | 280 | 270 | 260 | 250 | 240 | <240 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | | | | | | 3 | 1 | 6 | 4 | 5 | 6 | 3 | 2 | 1 | | | | |
| 523 | | | 3 | 14 | 27 | 35 | 48 | 50 | 60 | 64 | 55 | 59 | 39 | 35 | 34 | | | |
| [illegible] | | | 9 | 32 | 50 | 100 | 134 | 250 | 288 | 367 | 358 | 333 | 283 | 214 | 160 | | | |
| 800 | | | 11 | 25 | 37 | 93 | 144 | 196 | 294 | 372 | 400 | 403 | 365 | 340 | 297 | | | |
| 83 | | | 1 | 2 | 6 | 30 | 44 | 78 | 133 | 167 | 175 | 186 | 188 | 199 | 143 | | | |
| 4 | | | | | | 2 | 2 | 6 | 14 | 12 | 21 | 20 | 36 | 24 | 44 | | | |
| | | | | | | | | 1 | 2 | 1 | 1 | 3 | 3 | | 4 | | | |

3029

Adversity
Hold's
Say #'s

Rereads

No admits

3.3 100

3.1 300

2.6 500

2/20/2008 Freshman 20086 - 20089 7:15 AM

ADM-C44 Matrix for School N Major (all) 1 not scored

Group B Subgroup(s) T 397 shown

| AI | 400+ | 390 | 380 | 370 | 360 | 350 | 340 | 330 | 320 | 310 | 300 | 290 | 280 | 270 | 260 | 250 | 240 | <240 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 1 | | | | | | | |
| | | | | | | | | | | 4 | 4 | 4 | 2 | 5 | 1 | | | |
| | | | | | | 2 | 2 | 4 | 13 | 11 | 14 | 25 | 21 | 21 | 17 | 5 | | |
| | | | | | | 1 | 2 | 6 | 7 | 17 | 20 | 25 | 18 | 32 | 21 | 5 | 3 | 2 |
| | | | | | | 1 | | | 4 | 5 | 5 | 10 | 17 | 11 | 14 | 3 | 1 | |
| | | | | | | | | | 1 | 1 | 1 | | 3 | 3 | | 1 | | |
| | | | | | | | | | 1 | | | | | | | | | |

43 left to go

/20/2008 TX Freshman 20086 - 20089 SW 7:15 AM

M-C44 Matrix for School S Major (all) 1 not scored

Group B Subgroup(s) T 151 shown

AI

| | 400+ | 390 | 380 | 370 | 360 | 350 | 340 | 330 | 320 | 310 | 300 | 290 | 280 | 270 | 260 | 250 | 240 | <240 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | 1 | | | | 1 | | | | | |
| 14 | | | | | | 1 | | 4 | 3 | 2 | 4 | 3 | 2 | 2 | 2 | | | |
| 35 | | | | | | 3 | 3 | 8 | 8 | 7 | 6 | 4 | 3 | 7 | | | | |
| 2 | | | | | | | | 2 | 7 | 5 | 12 | 10 | 7 | 8 | 9 | | | |
| 62 | | | | | | | | | | 1 | 1 | 2 | 2 | 2 | 5 | | | |
| | | | | | | | | | | | | 1 | | 1 | 1 | | | |
| | | | | | | | | | | | | | | 1 | | | | |

108

VV
/20/2008

General 1X KSD
Freshman 20086 - 20089

3:19 PM

DM-C44

Matrix for School 3 Major 35416
Group B Subgroup(s) T

0 not scored
160 shown

AI

| 400+ | 390 | 380 | 370 | 360 | 350 | 340 | 330 | 320 | 310 | 300 | 290 | 280 | 270 | 260 | 250 | 240 | <240 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2 | | | | | | | | | |
| | | | | | | 1 | 1 | 4 | 2 | 4 | 4 | 3 | | | | | |
| | | | | | 1 | 6 | 7 | 13 | 19 | 20 | 14 | | | | | | |
| | | | | | 1 | 4 | 3 | 11 | 10 | 3 | | | | | | | |
| | | | | | 2 | 1 | 2 | 4 | | | | | | | | | |
| | | | | | 4 | 12 | 13 | 30 | 31 | 24 | 4 | | | | | | |

121 + 122 ~~128~~ Above Line

NEED ~~121~~ 120

Short (1)

160
− 40
120

160
−121
39 to cut

118 Above

Need 120