# EXHIBIT

# 11



THE UNIVERSITY OF TEXAS AT AUSTIN    WHAT STARTS HERE CHANGES THE WORLD

About UT

Directory   Offices A-Z   UT Maps   Calendars   UT Direct   UT Mobile   Search   Site Map

Quick Links

UT Home -> About UT -> Rankings and Kudos

# Rankings & Kudos

What starts here changes the world.

The University of Texas at Austin makes the world a better place by leveraging its research and knowledge to address the needs of the state, the nation and the world. This list of some of our recent rankings and kudos highlights the university's depth of resources, talent and technology, as well as how the city of Austin—as a national creative center—and the university complement one another.

If you've run across a ranking or other expression of kudos that might fit with this list, send the information along to the university's **Office of Public Affairs**.

---

The University of Texas at Austin's schools of Business, Engineering and Law and its College of Education each rank among the **nation's top graduate programs** in this year's U.S. News & World Report magazine survey.

Using quantitative and qualitative measures, the magazine annually ranks graduate school programs in business, education, engineering and law. Certain other Ph.D. programs and specialty programs are ranked in alternate years based on ratings of academic experts, including faculty and administrators. All fields are not surveyed every year by U.S. News & World Report.

The university's programs in accounting, archives and preservation, Latin American history and petroleum engineering rank No. 1 in reputational surveys. Several Ph.D. and graduate programs were ranked among the nation's top five in the magazine's reputational survey.

The University of Texas at Austin's **graduate school rankings**, based on quantitative and qualitative measures:

- **Business** — 18th.
- **Education** — 10th, tied with University of Pennsylvania.
- **Engineering** — 11th, tied with University of California, San Diego.
- **Law** — 16th, tied with University of California at Los Angeles. (The School of Law also ranked 14th, tied with the University of Nevada-Las Vegas and Yale University, among the most diverse law schools listed by U.S. News & World Report.)

The University of Texas at Austin's LBJ School of Public Affairs, and programs in the School of Information, School of Nursing, College of Pharmacy and School of Social Work were ranked among leading public affairs graduate programs using solely qualitative measures:

- **Library and Information Studies** (ranked in 2005) – 7th, tied with Indiana University and University of Pittsburgh
- **Nursing** (master's, ranked in 2007) – 19th, tied with Columbia University, Rush University, University of Virginia, University of Wisconsin and University of Texas Health Science Center-Houston and Vanderbilt University
- **Pharmacy** (Pharm. D.) – 4th
- **Public Affairs** — 14th, tied with American University, Columbia University, Georgetown University, George Washington University, SUNY-Albany, University of California at Los Angeles, University of Minnesota, University of North Carolina, University of Washington and University of Wisconsin.
- **Social Work** (master's) – 6th, tied with University of California at Berkeley

Rankings of The University of Texas at Austin's **graduate programs and fields of study** (some from previous years), based on opinions of deans, department heads and other senior faculty:

- **Business (ranked in 2008)**
    - accounting — 1st
    - entrepreneurship — 9th
    - information systems — 3rd
    - marketing — 9th
- **Education (ranked in 2008)**
    - administration/supervision — 6th
    - special education — 4th
- **Engineering (ranked in 2008)**
    - aerospace — 8th
    - chemical — 8th
    - civil — 4th
    - computer engineering — 9th
    - environmental/environmental health — 4th
    - mechanical — 10th
    - petroleum — 1st
- **Fine Arts,** Master of Fine Arts in art and design (ranked in 2008) — 15th
- **Health Disciplines**
    - audiology (ranked in 2008) — 9th
    - clinical psychology (ranked in 2008) — 16th
    - speech-language pathology (ranked in 2008) — 9th
- **Law (ranked in 2008)**
    - tax law — 10th
    - trial advocacy — 9th
- **Library and Information Studies**
    - archives and preservation (ranked in 2005) — 1st
    - law librarianship (ranked in 2005) — 3rd
- **Public Affairs (ranked in 2008)**
    - information and technology management – 9th
    - public policy analysis — 10th
    - social policy — 9th
- **The Sciences:**
    - biological sciences (ranked in 2007) — 23rd
    - ecology/evolutionary biology (ranked in 2007) — 8th
    - chemistry (ranked in 2007) — 12th
    - analytical chemistry (ranked in 2007) — 5th
    - computer science (ranked in 2008) — 9th
    - computer science systems (ranked in 2008) — 8th
    - computer science theory (ranked in 2008) – 10th
    - artificial intelligence (ranked in 2008) — 5th
    - programming language (ranked in 2008) – 8th
    - Earth sciences (ranked in 2006) — 9th
    - geology (ranked in 2006) — 5th
    - geophysics and seismology (ranked in 2006) — 8th
    - paleontology (ranked in 2006) — 9th
    - mathematics (ranked in 2008) — 14th
    - analysis (ranked in 2008) – 10th
    - applied math (ranked in 2008) — 9th
    - topology (ranked in 2008) — 7th
    - physics (ranked in 2008) — 16th
    - cosmology/relativity/gravity (ranked in 2008) — 8th
    - plasma (ranked in 2008) — 5th
- **Social Sciences and Humanities (ranked in 2005)**
    - economics — 25th
    - educational psychology — 77th
    - English — 19th
    - history — 19th
    - Latin American history — 1st
    - political science — 25th
    - psychology — 12th
    - sociology — 14th
    - sociology of population — 5th

back to top

The University of Texas at Austin ranks sixth in the nation in producing **undergraduate degrees for minority groups**, according to the May 31, 2007 edition of Diverse Issues in Higher Education magazine.

In addition to the overall standing, the university ranks 10th nationally among the magazine's Top 100 producers of undergraduates for Hispanics, eighth for Asian Americans and 59th for American Indians.

Among **undergraduate academic programs in the top 100** at the university:

- Engineering ranks fourth overall, fifth for Hispanics, fourth for Asian Americans, 22nd for American Indians and 37th for African Americans.
- Mathematics ranks third overall, third for Hispanics, fourth for Asian Americans and sixth for African Americans.
- Biological and biomedical sciences ranks sixth overall, fourth for Hispanics and sixth for Asian Americans and 50th for African Americans.
- Social sciences ranks 10th overall, seventh for Hispanics and 12th for Asian Americans.
- Area ethnic, cultural and gender studies ranks 15th overall, seventh for Hispanics and 12th for Asian Americans.
- Computer and information science and support services rank 13th overall, sixth for Asian Americans and 37th for Hispanics.
- English ranks 22nd overall, 11th for Hispanics and 13th for Asian Americans.
- Business, management, marketing and related support services rank 29th overall, 13th for Asian Americans and and 32nd for Native Americans.
- Psychology ranks 22nd overall, 27th for Hispanics and 15th for Asian Americans.

Last year, the university ranked fifth overall, seventh for Hispanics, ninth for Asian Americans and 65th for American Indians.

The report—**Top 100 Undergraduate Degree Producers**—includes degrees conferred during the 2005-06 academic year that have been reported to the U.S. Department of Education's National Center for Education Statistics through the Completions Survey of the Integrated Postsecondary Education Data Set.

back to top

The University of Texas at Austin ranks 70th in the World University Rankings, published October 2008 by Times Higher Education and Quacquarelli Symonds.

The rankings were produced from a peer review in which more than 6,000 academics around the world took part, as did more than 2,000 employers of graduates.

The results show that the United States has 58 of the world's top 200 universities.

Source: **Times Higher Education**

•

The University of Texas at Austin ranks 39th in the world and 32nd in its region in the August 2008 Academic Ranking of World Universities, the annual ranking by China's Shanghai Jiao Tong University.

The report shows that 54 percent of the top 100 universities are in the United States.

The Global Gaming League, an online gaming organization, has named The University of Texas at Austin the **best college for online gaming** based on its criteria of student gaming population, location to gaming facilities, student gaming organizations, tournaments and LAN (local area network) parties, tech-friendliness, Internet connection and curriculum.

•

In Newsweek magazine's August 2006 list of the **top 100 global universities**, The University of Texas at Austin ranked 27th overall and eighth among U.S. public universities. The ranking "takes into account openness and diversity, as well as distinction in research."

•

In the U.S. News & World Report magazine's list of the **top national public universities** for its "America's Best Colleges 2007" guide, the university ranked 13th among 162 institutions surveyed. The university was ranked 17th in this category last year. In the magazine's survey of

Case 1:08-cv-00263-SS   Document 94-14   Filed 01/23/09   Page 5 of 11
Rankings & Kudos : About UT : The University of Texas at Austin                    Page 4 of 10

Source: **Shanghai Jiao Tong University**

•

The University of Texas at Austin ranks second among universities and colleges enrolling the **most National Merit Scholars**. In the university's 2007 entering class, there were 283 freshman Merit Scholars, second only to Harvard University where 285 freshman Merit Scholars attend. The National Merit Scholarship Program "identifies and honors academically talented U.S. high school students."

Source: **National Merit Scholarship Corporation**

•

In its February 2008 listing for the "100 Best Values in Public Colleges," Kiplinger's Personal Finance magazine listed The University of Texas at Austin 24th among its **best public college values**. The ranking paired academic quality with cost of attendance.

•

The 2007 Faculty Scholarly Productivity Index rates **faculty members' scholarly output** and compiles overall institutional rankings on 375 universities that offer the Ph.D. degree.

The index examines the number of book and journal articles published by each program's faculty, as well as journal citations, awards, honors and grants received.

The University of Texas at Austin ranked in the top 10 in the disciplines below. (A discipline may appear more than once if it is related to more than one department.)

- **Biological and biomedical sciences**: ecology (9); evolutionary biology (8)
- **Business**: business, various (10); finance (3); marketing (6)
- **Education**: curriculum and instruction (6); science education (6); special education (6); teacher education specific subject areas (10)
- **Engineering**: aerospace engineering (8); biomedical engineering (6); chemical engineering (4); materials science and engineering (8)
- **Family, consumer and human sciences**: communication and communication studies (3); mass communications/media studies (8)
- **Health science professions**: pharmacy (7); pharmacy (6); pharmacy (9)
- **Humanities**: area and ethnic studies, various (3); art history and criticism (7); Asian languages (6); Asian studies (4);

248 American universities—public and private—The University of Texas at Austin ranked 47th, a jump from 52nd a year ago.

•

In its listing of "America's Best Colleges 2007," U.S. News & World Report magazine ranked The University of Texas at Austin 31st in the category of "**Best Values**: National Universities." The ranking "relates to a school's academic quality, as indicated by its U.S. News ranking, to the net cost of attendance for a student who receives the average level of financial aid."

•

The 2007 Fiske Guide to Colleges, an annual publication edited by former New York Times Education Editor Edward B. Fiske, listed The University of Texas at Austin among 20 "**best buys**" among public colleges and universities. The guide coupled the institutions' academic quality with the cost of attendance.

•

The Washington Monthly, a District-based political magazine, ranks the university 17th among national universities on **community and national service**.

The Princeton Review listed The University of Texas at Austin among its list of "America's Best Value Colleges" in the 2007 edition. The publication said the university is "designated as one of the **best overall bargains**—based on cost and financial aid—among the most academically outstanding colleges in the nation."

•

The University of Texas at Austin's Blanton Museum of Art is the the **largest university art museum in the country** and the third largest art museum in Texas.

•

The University of Texas at Austin has maintained an **active recycling program since 1993**. About 18,500 blue recycling bins are located across the main campus and Pickle Research Campus. During the 2005-06 fiscal year, the university recycled more than 2.9 million pounds of paper, preserving almost 25,000 trees and saving more than 4,800 cubic yards of landfill space. The paper recycling program also generated nearly $105,000 in rebate funds for the university. (**Facilities Services Recycling Program**)

music specialities (6); philosophy (3); Slavic languages and literatures (5); theatre literature, history and criticism (7)
- **Physical sciences and mathematics**: applied mathematics (3); computational sciences (7).

Source: **The Chronicle of Higher Education: Faculty Scholarly Productivity Index**

•

In September 2007, U.S. News & World Report magazine released its list of the "50 **Best Graduate Schools** of 2008." The University of Texas at Austin placed 19th. The schools were ranked according to their performance in categories such as average starting salary for graduates, percentage of employment after graduation, enrollment and rate of acceptance.

•

In the 2008 DesignIntelligence ranking of the nation's **best architecture and design schools**, the School of Architecture at The University of Texas at Austin was ranked No. 6 for undergraduate programs and No. 10 (tied with Clemson University and Rice University) for graduate programs.

•

The September 2007 issue of Hispanic Business magazine features the "**Best Schools for Hispanics**" report with top 10 lists in the fields of law, business, engineering and medicine. The University of Texas at Austin School of Law was named the No. 3 law school in the nation for Hispanics, the university's McCombs School of Business placed No. 2 for business and the Cockrell School of Engineering took the No. 6 spot for engineering.

•

In its College Guide '08, Newsweek magazine featured its list of the 25 Hottest Schools. The University of Texas at Austin made the list in the category "**Hottest for Saving America's Schools.**" The prominence of the university's professors and programs—Chrys Dougherty, Uri Treisman, UTeach and Teach for America—involved in education reform were cited.

•

The Michener Center for Writers at The University of Texas at Austin was named one of the "**Ten Top Graduate Programs in Creative Writing**" by The Atlantic Monthly magazine in the 2007 Fiction

•

The University of Texas at Austin is the **26th-best university in the world**, according to a global ranking produced by the Times of London in its Oct. 28, 2005, edition. The university ranked 14th among the top North American public and private universities. The Times ranking was based, in part, on a survey of 2,375 research-active academics.

•

In a recent report on the **innovativeness of universities worldwide**—conducted by the Research Center for Innovation and Development of Zhejiang University in Hangzhou, China—The University of Texas at Austin ranked No. 4 among 200 institutions around the world, behind Harvard University, Stanford University and the University of California, Berkeley. The criteria for the ranking included indicators such as the number of faculty Nobel Laureates, the amount of research funding faculty members receive, the amount of cited research by faculty members and the number of doctor's degrees awarded.

•

The Times of London, in its Nov. 5, 2004, edition, rated The University of Texas at Austin **seventh in the world** in the amount of cited research by faculty members.

•

In the latest survey by the National Research Council, **seven doctoral programs** ranked in the top 10 in the nation and 22 departments ranked in the top 25. Among Texas colleges and universities, UT Austin ranked No. 1 in 30 of the 37 fields in which it was evaluated.

•

McCombs School of Business ranked 9th in the country on BusinessWeek magazine's list of the **top undergraduate business schools**. (Austin American-Statesman, April 29, 2006)

•

The University of Texas at Austin is one of only six colleges to earn an 'A' grade for **endowment transparency**.

The Sustainable Endowments Institute, a group that studies university investment policies, has kept tabs on green initiatives and whether colleges invest in green-friendly ways. In its January 2007 College Sustainability Report Card,

Issue's guide to the nation's top writing programs. The Michener Center was also noted in two other categories: "Five Highly Selective Programs" and "Five Well-Funded Programs."

•

In the Wall Street Journal's annual ranking of the **best business schools**, The University of Texas at Austin's McCombs School of Business moved up 13 spots to No. 18. The ratings are based on a survey of corporate recruiters, who rank the schools and their MBA students on factors such as faculty expertise, interpersonal skills, ethics and integrity and strategic thinking. (Austin American-Statesman, September 20, 2006)

the institute looked at public data from 100 colleges in the United States and Canada and gave a letter grade in each of seven categories: administration, food and recycling, green building, climate change and energy, shareholder engagement, investment priorities and endowment transparency.

back to top

## What others are saying about The University of Texas at Austin...

The University of Texas System ranks No. 1 for **biotechnology patents** among 424 universities in the world, according the Milken Institute and its September 2006 report on universities' biotechnology research and commercialization.

"There is a specialization about biotechnology in the UT System," said Armen Bedroussian, co-author of the report. "I also believe that among the UT campuses, UT Austin has the best commercialization index in the report."

The report includes rankings of the top universities based on the quality of their biotech research, the number and quality of their patents and their ability to transfer the technology into commercial uses. (**Milken Institute's "Mind to Market" report**)

"The **Central Texas economic engine known as UT Austin**, with these three campuses (the main campus known as the Forty Acres, the 475-acre J.J. Pickle Research Campus and the planned Dell Children's Medical Center of Central Texas), will provide a rare impetus to the Austin area's economic destiny for decades to come." (The Neal Spelce Austin Newsletter, Sept. 8, 2006)

The 2007 Fiske Guide to Colleges said The University of Texas at Austin is **"on anybody's list of the top 10 public universities in the nation.** The Plan II liberal arts honors program is one of the nation's most renowned. Though it is also the capital of Texas, Austin ranks among the nation's best college towns."

"Few if any cities rank extremely high in all categories," said Expansion Management chief editor Bill King about his magazine's 2006 Mayor's Challenge ranking of the **best places in the U.S. to locate a company**. "But cities like Pittsburgh, Austin, [Texas] and Raleigh-Cary, [N.C.] do well in just about every area." (Pittsburgh Post-Gazette, Aug. 15, 2006)

"We are very excited about UT's **shared commitment** to offer leading-edge children's healthcare, research and education right here in Austin," Susan Dell, co-founder and chairman of the Michael & Susan Dell Foundation said in announcing grants of $50 million to establish three new world-class facilities at UT Austin. "These new facilities are a perfect complement to other investments we've made in children's health, math

and science education, and instilling healthy habits to combat major risks like Type 2 Diabetes in children. This is a great opportunity to take advantage of UT Austin's historical excellence in Life Sciences research and, in turn, make a practical difference in the lives of children." (The University of Texas System news, May 15, 2006)

---

The Texas pipeline is full of **wonderful opportunities to commercialize.**

For example, in May 2005, The University of Texas at Austin Office of Technology Commercialization unveiled 11 new technologies that are patented and "ready to commercialize," not to mention the 181 identified technologies that are also now available.... Texas stands atop the country, according to Site Selection Magazine, as the **best place to do business.** (Austin Chamber of Commerce, June 2005)

---

"Austin is a high-tech city with an **attractive quality of life.** It is an appealing environment for the innovators we need at Freescale," Freescale CEO Michel Mayer said in a memo to employees explaining why the company chose Austin as the site for its global headquarters. He also noted the proximity of two great universities—The University of Texas at Austin and Texas A&M. (Austin Chamber of Commerce, April 2005)

---

"Discoveries made at UT Austin help **stimulate our economy.** Companies such as (Molecular Imprints, LabNow, Entercel and Proactive Technologies) commercialize the discoveries made on campus or when they are licensed to companies. Most of these discoveries come about as a result of the massive amount of research grants to UT Austin. The large research enterprise on the Forty Acres has pulled in nearly $400 million in research grants." (The Neal Spelce Austin Newsletter, Feb. 11, 2005)

---

"UT Austin is the single most important engine **driving the Austin area economy.** One example: Austin would not even be a player in this high tech age if the University of Texas was located elsewhere, plain and simple. There are other examples, but take it to the bank that what helps UT Austin gain in stature and greatness benefits our economy immeasurably." (The Neal Spelce Austin Newsletter, Jan. 14, 2005)

---

Austin Partners in Education has named The University of Texas at Austin as the Partner of the Year for 2004. "Ever so quietly, a committed university community works tirelessly year after year in concert with us, striving to improve every facet of our school district," Austin Independent School District (AISD) Superintendent Pat Forgione said, adding that the scope and breadth of the UT partnership programs with Austin schools are impressive: "It is not possible to acknowledge and thank the countless key leaders at UT, who, in addition to all of their other duties, give countless hours to the Partners Program. The university's **commitment to our children** is truly remarkable, and we are proud to honor the University of Texas as the 2004 Partner of the Year." (Austin Independent School District, April 26, 2004)

---

"UT Austin is a **great economic engine for this area.** It provides knowledge, research, collaboration and people. This, in turn, creates jobs and is one reason Austin was recently ranked 3rd in the nation as the best area to launch a business or a career. The listing comes courtesy of Forbes magazine as it named the nation's top metros for new business operations. The national business publication cited our area's diverse, educated workforce as one of the main criteria for selection. And, of course, UT Austin figures prominently in that equation." (The Neal Spelce Austin Newsletter, Nov. 5, 2004)

---

"The university **opened the doors of the universe to me,**" Lady Bird Johnson said after the University of Texas System Regents authorized the union of The University of Texas at Austin and the Lady Bird Johnson Wildflower Center. "By the time I had earned two degrees, I realized that education was the beginning of a quest that lasts, and it enabled in me a greater capacity to enjoy the world. These qualities emboldened me to establish the center." (Office of Public Affairs news, The University of Texas at Austin, June 20, 2006)

---

"One of the most important things about the Harry Ransom Center is that the material will be **accessible to students and the public,**" Robert De Niro said in explaining why he donated his archives to The University

of Texas at Austin. "Ultimately, that's what it's all about." (Office of Public Affairs news, The University of Texas at Austin, June 7, 2006)

---

back to top

## What others are saying about the city of Austin...

Austin ranked No. 6 in a July 2008 list of the top 10 "**Best Cities to Live, Work and Play**," according to **Kiplinger's Personal Finance magazine**, which looked for places "with strong economies and abundant jobs," as well as "reasonable living costs and plenty of fun things to do." The list also factored in population growth and the percentage of the workforce in the creative class.

The magazine cited Austin for "a strong economy, a solid, moderately priced housing market, a growing population and enough natural beauty to justify staying outside even if the weather weren't great—which, by the way, it is." The University of Texas at Austin, the state capitol and downtown redevelopment were also highlighted as keys to Austin's vitality and livability.

---

In its annual report—**Boomtowns 2007: The Best Cities for Doing Business**—Inc.com analyzed job-growth data, supplied by the Bureau of Labor Statistics, on 393 metropolitan areas across the nation. The Austin-Round Rock area ranked No. 16 in the Top 20 Large Cities category, up from the 26th spot in the same category on the 2006 list. In the Top Overall Cities category for 2007, Austin-Round Rock placed No. 110, up from the 173rd overall spot in 2006.

The strong showing of Austin and other Texas cities on the Boomtowns 2007 list can be attributed to factors such as "relatively low business costs, a recovery in technology—and most important, the thriving energy sector, which is attracting a new cadre of highly paid professionals to an increasingly sophisticated high-tech business. Job growth in Austin, hit hard by the dot-com bust, is now more than triple that of rival high-tech centers like Boston (No. 56) and San Jose (No. 60)."

---

Austin ranked No. 1 as the **U.S. city with the most vital economy**, according to **Moody's Economy.com** June 2007 Business Vitality Index, which looked at the current and prospective economic conditions and economic risk of 379 U.S. cities.

---

The city of Austin placed No. 2 on Prevention magazine's March 2007 list of the **best walking cities** in the nation. The ranking, commissioned by the American Podiatric Medical Association, was based on factors such as air quality, the percentage of people who walk to work, access to parks, number of athletic shoes sold and weather. (**Prevention's Best Walking Cities of 2007**)

---

A February 2007 report by SustainLane, a green media company, named Austin the No. 1 U.S. city in incubating and clustering **clean technology companies**. The report ranked 50 cities and credits Austin with creating a robust test facility that is an innovative and economic step forward for the clean energy market. (**SustainLane's Top U.S. Cities for Cleantech Incubation Clusters**)

---

In its November/December 2006 issue, National Geographic Traveler magazine rated 94 places worldwide and named Austin as the "**best little city in America**." (**National Geographic Society Press Room**)

---

In its 2006 ranking of the **top 10 green cities** in the U.S., The Green Guide named Austin No. 2. The guide looked for cities with energy-efficient, least polluting and healthy living spaces and cited Austin "for its commitment to solar power and green building." In 2005 Austin also made The Green Guide's top 10 list. It was the only southern city to do so. (**Green Guide's Top 10 Green Cities in the U.S.: 2006**)

Case 1:08-cv-00263-SS   Document 94-14   Filed 01/23/09   Page 10 of 11

The city of Austin placed No. 2 among the 10 **best big cities to live**, as determined by Money magazine. Criteria included financial factors, education and quality of life. (**Money Magazine's Best Places to Live 2006: 10 Best Big Cities**)

In the U.S. Census Bureau's 2005 American Community Survey, Austin ranked fifth among the **most-educated cities** in the nation. Of Austin residents 25 years and older, 44.1 percent hold at least a bachelor's degree. (**U.S. Census Bureau's American Community Survey**, November 2006)

According to research by the firm Morgan Quitno Press, Austin is No. 5 among the nation's **safest large cities** (500,000 or more). Round Rock came in at No. 13 in the overall list of safest cities. (**Morgan Quitno's Safest and Most Dangerous Cities**, October 2006)

In its fourth annual Mayor's Challenge ranking of the **best places in the U.S. to locate a company**, Expansion Management magazine cited Austin-Round Rock as the top U.S. metropolitan area overall for businesses to locate. (**Expansion Management Online: 2006 Mayor's Challenge**, August 2006)

In its August 2006 ranking of the nation's **heart-healthy cities**, Men's Journal magazine ranked Austin No. 2, citing Mayor Will Wynn's efforts to make Austin the fittest city in the U.S. by 2010. The magazine also placed Austin at No. 2 among the 50 "**best places to live**" in its April 2006 list citing cities that are the perfect combination of adventure, attractiveness and affordability. (**Men's Journal**)

In its ranking of North America's most **vegetarian-friendly cities**, People for the Ethical Treatment of Animals places Austin at No. 8 among the top 10 large vegetarian/vegan-friendly cities. (**People for the Ethical Treatment of Animals**, April 2006)

Kiplinger's Personal Finance magazine ranked Austin fifth among 50 "**smart cities**" in the June 2006 issue. (**Kiplinger's Personal Finance 50 Smart Places to Live**)

Austin was named No. 5 on the list of America's **most-educated cities** (May 2006) and is on the list for the **10 hot cities for job growth** (May 2006). (**MSN.com: Most-Educated Cities in the United States, CNN.com: 10 hot cities for job growth**)

Austin now ranks among the nation's elite cities when it comes to "smarts." In fact, Bizjournals.com (the parent of the Austin Business Journal) recently conducted a survey with Austin as #3 on the list of "**Smartest U.S. Cities**." Seattle and San Francisco are #1 and #2, with Colorado Springs and Minneapolis, #4 and #5. Other Texas cities in the top 53 large U.S. cities: Arlington (#12), Dallas (#35), Houston (#38), San Antonio (#40) and El Paso (#48).

In the Bizjournals.com survey, communities were ranked in three population categories, based on a formula that rewards places with heavy concentrations of college graduates. The rankings reflect each community's collective brainpower, which is tied to its residents' abilities to innovate, create, compete—and make money. "Make money?" A worker with a graduate degree earns 45 percent more, on average, than a colleague with a bachelor's degree, and 167 percent more than someone who never went beyond high school, according to the U.S. Census Bureau. As a result, not surprisingly, America's brainpower is concentrated in tech centers, college/university towns, national and state capitals and affluent suburbs. (The Neal Spelce Austin Newsletter, June 16, 2006)

The Austin/Round Rock area has the **second-most-educated workforce** in the country. Some 40.2 percent of adults in the city of Austin and 36.7 percent of adults in the metro area hold a bachelor's or advanced

degree. (Round Rock Chamber of Commerce)

back to top

Sources for Rankings and Kudos include:

- BusinessWeek Undergrad Rankings
- College Sustainability Report Card
- Faculty Scholarly Productivity Index (FSPI): Top Research Universities
    - The University of Texas at Austin FSPI ranking
- Fiske Guide to Colleges
- Global Gaming League's First Annual Top Gaming Colleges Survey
- Kiplinger's Personal Finance 50 Best Values in Public Colleges
- Kiplinger's Personal Finance Best Values in Public Colleges: The Kiplinger 100
- Newsweek's Top 100 Global Universities
- Princeton Review America's Best Colleges
- Times of London World University Rankings
- U.S. News & World Report Rankings & Guides

- Austin Chamber of Commerce: Texas Legislature Enriches State Incentives for New Businesses
- Austin Chamber of Commerce: Freescale Semiconductor Selects Austin for Global Headquarters
- Office of Public Affairs News
- The University of Texas System News

Updated 2008 October 24
Comments to www@www.utexas.edu