# EXHIBIT 12

Top 10%, non-Top 10%, unranked, out-of-state and others

# Types of Applicants

During the application review process, all freshman applicants are initially considered for admission to their first-choice major. Those not admitted to their first choice are then considered for their second-choice major. Anyone not admitted to either of their major choices are considered for a third option: admission to the Undeclared major in the School of Undergraduate Studies.

Review the categories below to determine how your application will be considered.

## Applicant Categories

### Top 10% Texas Graduates

Even if you qualify for top 10% admission, you should take the admissions process seriously. To receive automatic admission, top 10% applicants must complete their applications according to the university's application requirements.

In addition, the Top 10% Law guarantees admission to the university but not necessarily to the major of your choice. Some majors are highly competitive and so it's always a good idea to submit the best application possible. Doing so could mean the difference between your admission to your first-choice major and admission to the university as an undeclared major.

### Non-Top 10% Texas Graduates

Each year many Texas graduates who are not ranked in the top 10% of their class are admitted to the University. If you're outside of the top 10%, the overall quality of your application is particularly important. We carefully review everything you submit when making admission decisions.

### Unranked Texas Graduates

Because of the Texas Top 10% Law, class rank is a major factor in admission decisions. However, applicants from high schools that don't officially rank their students can still be considered for admission.

To help us make decisions about students from non-ranking schools, we ask counselors to send us information about their school's grading system, the size of their graduating class, coursework required for graduation and other

Types of Applicants | Freshmen | Be a Longhorn
Case 1:08-cv-00263-SS  Document 94-15  Filed 01/23/09  Page 3 of 4
Page 2 of 3

information. Admission decisions are made based on this information along with the same factors used to make decisions for non-top 10% graduates.

### International Texas Graduates

If you're an international student living and going to high school in Texas, you may qualify for Texas residency if you meet the following criteria:

- Graduate from a Texas high school or receive a GED
- Reside in Texas for the 36 months immediately preceding graduation from a Texas high school or receipt of the GED
- Reside in Texas for the 12 months preceding the census date of the academic semester in which you enroll in an institution of higher education
- Sign an affidavit stating that you meet the above qualifications and will apply for permanent residency upon first availability to do so

If you qualify for Texas residency, follow these steps when applying for admission:

- Submit the ApplyTexas Application for Freshman Admission and all required parts of your application, including the $60 application fee.
- Send your completed Residency Affidavit to the residency office.
- If you want to apply for state-funded financial aid (it's a good idea to do so), submit your completed PDF FAFSA (Free Application for Federal Student Aid) by mail directly to the UT Austin Office of Student Financial Services, Attn: Assistant Director of Student Financial Services. (Do not complete the electronic FAFSA online.)
- Visit the Graduate and International Admissions Center site for more details. Talk to a residency officer to work out any issues you might have.

International graduates of Texas high schools are eligible to receive automatic admission if they meet the requirements of the Top 10% Law.

### Out-of-State Students

Out-of-state applicants are considered for admission using the same evaluation process and factors used for in-state students. Space is somewhat limited for applicants from outside Texas. Automatic admission via the Top 10% Law is not available for out-of-state students.

### International Students

International applicants compete with each other for a

limited number of international student spaces, rather than against all other freshman applicants (International students who qualify as Texas residents are an exception). Admission for international freshmen can be highly competitive.

See the International Freshman Applicants page to be sure you complete all the necessary application requirements, including the Test of English as a Foreign Language (TOEFL) requirement if necessary.

## Home-schooled Students

When making admission decisions for home-schooled applicants, the university considers a number of factors to obtain an accurate view of educational progress and academic abilities. Each home-schooled applicant must submit a home-schooled transcript of the high-school work completed. The Office of Admissions uses the submitted transcript along with other indicators of academic competitiveness to make each home-schooled applicant's admission decision.

Some indicators of academic competitiveness are SAT or ACT scores and SAT Subject Test scores, the curriculum used in the home-school environment, awards and honors you may have won in competition with traditionally schooled students, grades you earned in college courses taken in conjunction with home schooling, and other information that you submit to us.

For questions about applying as a home-schooled student, please contact Alexandria Alley by e-mail or phone (512-475-6653).

## Non-High School Graduates

When admission decisions are made for non-high school graduates, a number of factors are considered to help determine educational progress and academic abilities. Some important indicators are GED results, SAT or ACT scores and SAT Subject Test scores, Advanced Placement courses and test scores, and grades in college-level courses the student took while in high school.

Students who did not graduate from high school and are considering applying for freshman admission should contact the Office of Admissions at 512-475-7387.

Updated **3 December 2008** |  | Next: >