# EXHIBIT

# 14

Texas Scholarships Home -> Scholarship Types -> OSFS Scholarships -> Longhorn Opportunity Scholarship

## Longhorn Opportunity Scholarship

The Longhorn Opportunity Scholarship (LOS) is a unique program and very special commitment made by The University of Texas at Austin to the students enrolled at a select number of high schools in Texas. For students enrolled at these schools, the University has provided a guarantee that a specific number of scholarships will be awarded to graduating seniors for their use at UT-Austin. These scholarships are $5,000 per year for up to four years of study at UT-Austin. This scholarship provides a major source of funds to cover a large portion of mandatory tuition and fees for up to four years of study at UT-Austin.



### About the LOS Program

The first Longhorn Opportunity Scholarships (LOS) were awarded to students in economically disadvantaged and historically underserved Texas communities in 1999. Based on goals espoused by former University of Texas at Austin President Larry Faulkner and the work of the Office of Student Financial Services director, Dr. Lawrence W. Burt, the program has since awarded more than 250 students over $1.5 million. The $5,000 per year, four year scholarships work with the President's Achievement Scholarship program to help students who might never have considered UT come and succeed.

In a sense, the Longhorn Opportunity Scholarship is under-named. More than simply a scholarship, the program has served as the catalyst for the creation of a comprehensive academic community development package with a three-fold aim: to identify students who might not have otherwise had the opportunity to attend The University; to deploy University resources to attract these students to Austin; and most importantly, to give these students the resources and attention that will help them to excel academically and ultimately become alumni of The University of Texas at Austin.

### How It Works

This program is community rather than individually based. Accordingly, a fixed number of scholarships are set aside for each LOS high school and awarded to its most deserving students. The number of scholarships, which varies per high school, is based on the level of the school's under-representation at The University of Texas. This is determined by evaluating the deficit in the percentage of college entry test scores sent to The University. On average, 35% of Texas high school students send their SATs or ACTs to UT-Austin. LOS high schools have consistently sent far less than this average. For every ten students less than the expected 35% test sending average who applied, the school is awarded a scholarship. If no one has applied to UT in the previous year, an extra scholarship is added. If no one matriculates, the number of scholarships double. This can result in a particular high school being assigned four, five or even more scholarships.

LOS works with both the top 10% admissions standard, which guarantees those who graduate in the top 10% of their high school class admission to the public Texas university of their choice. Many students from LOS high schools are awarded a **Presidential Achievement Scholarship (PAS).** The PAS is similar to LOS in its aims of bringing under-represented students to Austin but uses a broader adversity index than LOS and applies it to individuals as opposed to high schools. These three programs, LOS, PAS, and the top 10% standard, work synergistically to enhance economic and ethnic diversity at UT. The top 10% admission standard insures that a wide cross section of Texans has access to a quality education at the state's flagship institution. LOS and PAS, in turn, work to make it financially possible for disadvantaged students to enroll at UT-Austin. The broader support mechanisms, including efforts by the Division of Housing and Food Services and the Provost's Office, provide a number of targeted programs designed to get LOS students to participate and succeed in The University of Texas at Austin community.

### How Students Benefit

Past experience has shown that simply removing financial barriers is not a guarantee of success. Recognizing a series of obstacles that economically disadvantaged students face, the Longhorn Opportunity Scholarship program was created to also address a full range of social and academic issues that affect student success. Seeking to establish a comprehensive educational environment, this program guarantees students a place in the University's residence halls; provides tutoring to help them cope with rigorous college courses; includes social and academic peer mentoring to offer concrete examples of success; and offers small classes in which they can have easy access to instructors. Upon entering UT, LOS students join the Longhorn Scholars Program, which in addition to helping the student manage all of the typical problems faced by college students, offers LOS high school graduates a single academic home at The University and gives them vital targeted personal attention to keep them in a culture of academic success.

Although LOS students come from economically disadvantaged situations and are likely to have had less access to educational resources than students that come from traditional college feeder high schools, the full scope of the Longhorn Opportunity Scholarship program has enabled these scholars to succeed in a challenging academic environment. Statistically, there is very

little difference between LOS students and the wider population of University students in terms of retention and GPA. Of the Longhorn Scholars who entered UT Austin in the Summer and Fall of 2000, 91.67% came back for their sophomore year. This compares favorably to the 92.55% of the general student population at UT Austin. Pending research shows that average GPAs for LOS students were also similar to the rest of the student population at The University.

In addition to fitting in with former UT Austin President Faulkner's strategic theme of a "Broadened Sense of Ownership" of the University among all Texans, the LOS program seeks to fulfill an earlier vision for The University expounded by 19th century educator Oscar Henry Cooper:

*"The University of Texas is not the lengthened shadow of any one person or any group of persons-it is the noblest concrete embodiment of the best spirit of Texas."*

## How To Apply

Due to the limited number of awards, eligible applicants should:

1. Submit your completed **ApplyTexas Application** for The University of Texas at Austin by **December 1** of the Fall semester of your Senior year in high school.

   *Important! If you fail to meet the December 1 deadline, you must submit your application no later than January 15 to ensure consideration for the Longhorn Opportunity Scholarship.*

2. You must select "Longhorn Opportunity Scholarship" on Page 5 of the Scholarship Section and make sure that you are graduating from one of the **participating high schools.**

3. Take entrance exams early.

4. Demonstrate financial need by applying for need-based financial aid by **March 1** using the **Free Application for Federal Student Aid (FAFSA)**.

We anticipate notifying scholarship recipients in April and hope to see you on campus in the Fall!

## LOS Participating Texas High Schools

| Contact Us | UT Austin | Be a Longhorn | Financial Aid |
|---|---|---|---|

The University of Texas at Austin
Accessibility  Privacy Policies  Site Map
Updated 14 August 2008