# EXHIBIT

# 15

| Welcome | Scholarship Types | Applying | Receiving | Quick Links |

Texas Scholarships Home -> Scholarship Types -> OSFS Scholarships -> President's Achievement Scholarship

# President's Achievement Scholarship

The President's Achievement Scholarship (PAS) is designed to recognize high school scholars who have overcome a significant amount of adversity in their lives while performing at a very high academic level compared to their high school peers. Awards range from $1,000 to $5,000 per year and can be awarded for up to four years.

## How Students Benefit

The President's Achievement Scholarship is similar to the **Longhorn Opportunity Scholarship** in that past experience has shown that simply removing financial barriers is not a guarantee of success. Recognizing a series of obstacles that economically disadvantaged students face, the President's Achievement Scholarship program was created to also address a full range of social and academic issues that affect student success, including providing tutoring for some students to help them cope with rigorous college courses.



In addition to fitting in with UT Austin President Faulkner's strategic theme of a "Broadened Sense of Ownership" of the University among all Texans, the PAS program seeks to fulfill an earlier vision for The University expounded by 19th century educator Oscar Henry Cooper:

*"The University of Texas is not the lengthened shadow of any one person or any group of persons-it is the noblest concrete embodiment of the best spirit of Texas."*

The first President's Achievement Scholarships (PAS) were awarded to students in 1997. Students awarded a PAS have overcome significant adversity and performed at a high academic level. The President's Achievement Scholarship program helps students come to the University and succeed. PAS is similar to the Longhorn Opportunity Scholarship (LOS) in its aim of bringing under-represented students to Austin by using an adversity index. The PAS program works to enhance socioeconomic and ethnic diversity at UT-Austin. To that end, PAS and LOS work together to make it financially possible for disadvantaged students to enroll at UT-Austin.

## How To Apply

The President's Achievement Scholarship has no formal application. All admitted students are automatically considered.

Due to the limited number of awards, you are strongly encouraged to:

1. Submit your completed **ApplyTexas Application** for The University of Texas at Austin by **December 1** of the Fall semester of your Senior year in high school.
2. Take entrance exams early.
3. Demonstrate financial need by applying for need-based financial aid by **March 1** using the **Free Application for Federal Student Aid (FAFSA)**.

We anticipate notifying scholarship recipients in April and hope to see you on campus in the Fall!

| Contact Us | UT Austin | Be a Longhorn | Financial Aid |

The University of Texas at Austin
Accessibility  Privacy Policies  Site Map
Updated 14 August 2008