# EXHIBIT

# 16

| Welcome | Scholarship Types | Applying | Receiving | Quick Links |

Texas Scholarships Home -> Scholarship Types -> OSFS Scholarships -> First Generation Scholarship

# First Generation Scholarship

The First Generation Scholarship is a $10,000 award, payable at $2,500 a year for up to four years or upon receipt of the scholar's first undergraduate degree, whichever comes first. Scholars must be enrolled on a full time basis (minimum of 12 hours per semester), and maintain a cumulative grade point average (GPA) of 2.5 or better to be eligible for renewal each year. Other requirements will be listed on the scholarship policies at the time of award.

The First Generation Scholarship program is designed for students from select Texas high schools who are the first in their family (includes parents and siblings) to go to college or to complete a college degree. This scholarship is awarded to students who have demonstrated an ability to overcome academic and socioeconomic adversity. Awards are based on high school performance, test data, parental factors, and potential for success at The University of Texas at Austin.

## How To Apply

1. Submit your completed **ApplyTexas Application** for The University of Texas at Austin by **December 1** of the Fall semester of your Senior year in high school.
2. You must select "First Generation Scholarship" on Page 5 of the Scholarship Section.
3. Take entrance exams early.
4. Demonstrate financial need by applying for need-based financial aid by **March 1** using the **Free Application for Federal Student Aid (FAFSA).**

Contact Us          UT Austin          Be a Longhorn          Financial Aid

The University of Texas at Austin
Accessibility  Privacy Policies  Site Map
Updated 12 August 2008