# EXHIBIT 18

CAUSE NO. 1:08 CA 263SS

| | | |
|---|---|---|
| Abigail Fisher and<br>Rachel Multer Michalewicz | §<br>§<br>§<br>§ | In The United States District Court<br>For The Western District of Texas |
| v. | §<br>§ | (Austin Division) |
| State of Texas, University of Texas at<br>Austin, Mark Yudof, David Pryor, Barry<br>Burgdorf, William Powers, et al | §<br>§<br>§<br>§<br>§ | |

## AFFIDAVIT

STATE OF TEXAS
COUNTY OF TRAVIS

"BEFORE ME, the undersigned notary public, personally appeared Charles A. Roeckle, known to me to be the person whose name is subscribed below, who on his oath, stated and deposed as follows:

I, Charles A. Roeckle, am of sound mind, am over the age of 21, and am fully competent and qualified to make this affidavit. All of the facts set forth below are true and correct and known to me pursuant to my own personal knowledge.

I am presently employed by The University of Texas at Austin in the position of Deputy to the President. I have been in this position since May 8, 2000. The duties of my position include review and management of significant policy matters under consideration by the President, including the preparation of correspondence, reports, and other documents for the President, often in coordination with a number of other administrative offices.

I participated in the University's development of its admissions program. After the Supreme Court overruled *Hopwood*, the Board of Regents for the University of Texas System studied the decision with law professor and constitutional scholar Douglas Laycock. In August 2003, the Regents passed a resolution inviting System campuses to consider whether or not to alter their admissions policies in light of *Grutter*. Pursuant to the Regents' invitation, UT Austin convened a group of admissions staff, professors, and lawyers to consider whether and how to respond to *Grutter*. After almost a year of deliberations, the UT System approved a revised admissions policy for UT Austin in August 2004.

Further, affiant sayeth not."

_____
Charles A. Roeckle

Page 1 of 2

SUBSCRIBED AND SWORN TO BEFORE ME on the  5th  day of May 2008, to certify which witness my hand and official seal.

Notary Public in and for the State of Texas



Margaret D. Bertelson
Notary Public, State of Texas
My Commission Expires
10-22-2008