# EXHIBIT

# 21

CAUSE NO. 1:08 CA 263SS

| | | |
|---|---|---|
| Abigail Fisher and<br>Rachel Multer Michalewicz | §<br>§<br>§ | In The United States District Court |
| v. | §<br>§<br>§ | For The Western District of Texas |
| State of Texas, University of Texas at<br>Austin, Mark Yudof, David Pryor, Barry<br>Burgdorf, William Powers, et al | §<br>§<br>§<br>§ | (Austin Division) |

## AFFIDAVIT OF GREGORY J. VINCENT

STATE OF TEXAS
COUNTY OF TRAVIS

BEFORE ME, the undersigned authority, personally appeared Gregory J. Vincent, who, being by me duly sworn, upon his/her oath stated:

1.      My name is Gregory J. Vincent. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated in it.

2.      I am the Vice President for Diversity and Community Engagement at The University of Texas at Austin and as such I am the custodian of the records of The University of Texas at Austin, Office of Diversity and Community Engagement, attached to this affidavit.

3.      The 2008 Impact Report attached to this affidavit, consisting of 32 pages, is kept by The University of Texas at Austin's Office of Diversity and Community Engagement in the regular course of its business. It was in the regular course of that business for an employee or representative of the business with knowledge of the act, event, condition, or opinion recorded to make the records or to transmit information thereof to be included in such records. The records were made at or near the time of the act, event, condition, or opinion recorded, or reasonably soon thereafter. The records attached hereto are true duplicates of the originals.

_____
Gregory J. Vincent

SUBSCRIBED AND SWORN TO BEFORE ME on the ___5th___ day of May 2008, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of Texas

LEEA C MECHLING
NOTARY PUBLIC
State of Texas
Comm. Exp. 08-28-2011

DIVISION OF *Diversity* AND
*Community Engagement*



Impact Report
2008

THE UNIVERSITY OF TEXAS AT AUSTIN
WHAT STARTS HERE CHANGES THE WORLD



## William Powers, Jr.
### President, The University of Texas at Austin

At The University of Texas at Austin, we believe strongly in the value of a diverse campus community. Students and professors from Texas, across the nation, and more than one hundred countries enrich our learning environment. The multicultural climate at the university provides opportunities and experiences that few of us are exposed to in any other setting. Our campus life can be, and should be, a model of tolerance and understanding that influences the way we interact with others, now and for the rest of our lives.

This university has long been an intellectual gathering place for people who seek knowledge, friendship, and new perspectives. Our campus has gained strength from the richness of its many voices. As a world-class institution of higher learning, we are committed to expanding the range of voices heard on our campus—to welcoming even more cultures and ideas, and to making educational opportunity available to all.

I am excited about the work that the Division of Diversity and Community Engagement has already accomplished. Through academic courses and programs that focus on cultural issues; campus support services for women, underrepresented groups, and persons with disabilities; museums and research centers with ethnic or cultural concentrations; and student organizations that celebrate diversity, their efforts have touched future students, current students, faculty, staff, and members of our community.

By increasing diversity on our campus, we enrich the learning and life experience of everyone.

PRESIDENT WILLIAM POWERS, JR.

## Dr. Steven Leslie
### Provost, The University of Texas at Austin

The creation and recent expansion of the Division of Diversity and Community Engagement clearly demonstrates that The University of Texas at Austin values diversity and fosters a climate that is grounded in respect and inclusion. I am confident that these organizational changes that support our shared vision for diversity at the university will yield positive results for the entire university community. Our office fully supports the work and efforts of Vice President Gregory Vincent and the entire division.

Our mutual commitment to work toward an environment that values diversity requires that we create, promote, and maintain activities and programs which further our understanding of individual and group diversity. It is essential to create a climate that doesn't just accept differences but embraces them, providing rich opportunities for learning from those differences. While there is still much work to be done, the university has made great strides in reaching out to and recruiting underrepresented students, faculty and staff.

The advancement and promotion of diversity figure prominently in the strategic vision and plan of The University of Texas at Austin. Increasing diversity is absolutely fundamental to the success of the university.

STEVEN LESLIE



Dr. Vincent with
students from The
University of Texas
Elementary School

## *Dear Colleagues and Friends,*

With the recent restructuring and expansion of the Division of Diversity and Community
Engagement, The University of Texas at Austin has one of the most comprehensive units
of its kind in higher education. Our division is committed to promoting excellence
in education by attracting the most diverse mix of faculty, staff, and students, while
connecting our intellectual resources to the needs of the community.

Creating a campus that is diverse and inclusive is central to the successful fulfillment of
our purpose as a public research university. We want The University of Texas at Austin
to be a model for other universities as they envision ways to enhance diversity and
community engagement on their campuses. Tapping into the creative, intellectual,
and cultural skills of a variety of people is critical to realizing this goal.

In the following pages, you will see the impact that each of our departments has made
and get a glimpse of some of the exciting initiatives we are undertaking. From pre-college
programs, to thematic hiring, to our Intellectual Entrepreneurship Initiative, our
innovative work has attained measurable progress on campus and in the community.

The understanding of the multiple dimensions of diversity is essential and has significant
social, economic, and intellectual benefits. The past year has been an amazing start, but
there is more work to be done. We invite you to join us in preserving and strengthening
this university's greatest asset — its community of diverse people and ideas.



**Dr. Gregory J. Vincent**
Vice President for Diversity and Community Engagement
W. K. Kellogg Professor in Community College Leadership
Professor of Law

# Table *of* Contents



## DIVISION OF DIVERSITY AND COMMUNITY ENGAGEMENT

FEATURE: The University of Texas at Austin
places high priority on diversity ...................................4

STAFF PROFILE: Dr. Jennifer W. Maedgen,
Assistant Vice President and Chief of Staff .........................6

UNIT PROFILE: Hogg Foundation for Mental Health
and the University Interscholastic League ........................7

DEPARTMENT PROFILE: Services for
Students with Disabilities .............................................8

STAFF PROFILE: Dr. Ge Chen, Dr. Sherri L. Sanders,
Ms. Martha Oestreich .................................................8

SPECIAL EVENTS: Campus Fusion, Barbara Jordan Historical
Essay Competition, Roundtable Discussions ....................9

## STRATEGIC AREA: OFFICE OF THEMATIC INITIATIVES AND COMMUNITY ENGAGEMENT

FEATURE: Thematic hiring finds
the best people for the job..........................................10

DEPARTMENT PROFILE: The Volunteer and Service Learning
Center and the Regional Foundation Library ..................12

COMMUNITY INITIATIVES: Intellectual Entrepreneurship
Pre-Graduate School Internship and the Institute for
Community, University and School Partnerships .............13

SPECIAL PROJECTS: Lecture Series and
Heman Sweatt Symposium ........................................14

## STRATEGIC AREA: INSTITUTIONAL EQUITY

FEATURE: Institutional Equity seeks proactive measures to
ensure equity in the workforce and community environment.. 15

## STRATEGIC AREA: SCHOOL PARTNERSHIPS

FEATURE: Texas Center for Education Policy makes its mark ...16

## STRATEGIC AREA: PRE-COLLEGE YOUTH DEVELOPMENT & STUDENT DIVERSITY INITIATIVES

FEATURE: From high school to higher ed:
pre-college programs help students find their way ...............18

STAFF PROFILE: Dr. Leonard Moore,
Assistant Vice President ............................................. 20

STAFF PROFILE: Dr. Michele R. Guzmán,
Assistant Vice President ..............................................21

DEPARTMENT PROFILE: University Outreach Centers
and Neighborhood Longhorns Program .........................22

DEPARTMENT PROFILE: ChemBridge, SPURS, and
the Longhorn Center for Academic Excellence ..................23

DEPARTMENT PROFILE: Gender and Sexuality Center and
the Multicultural Information Center .............................24

SPECIAL EVENTS: Special Projects: Urban Education
Pilot Program .........................................................25

DDCE Annual Report: Sponsorships .......................... 26
DDCE Organization Chart ......................................... 28

Managing Editor: Deb Duval; Contributing Writers: Scout Carr, John Egan, Karl Mundt, Maggie Stephens; Design: Anne-Charlotte Patterson;
Proofreading: Merrell Foote, Sara Gutierrez, Ryan Miller, Sarah Y. Shafer, Seth Shafer; Photography: Marsha Miller, Christina Murrey
We would like to thank Don Hale, Robin Gerrow, Dave Holston and Rob Rough with the Office of Public Affairs for their contributions
to this publication. We extend a very special thanks to our division colleagues for their review and comment.



# The Division of Diversity and Community Engagement

*directed by* DR. GREGORY J. VINCENT

## Thematic Initiatives and Community Engagement

*directed by*
DR. EDMUND T. GORDON

... increases diversity through recruitment and retention of faculty and graduate students engaged in underrepresented subjects in pedagogy and research, and facilitates interdisciplinary teaching strategies and research across multiple university departments and programs. Community engagement initiatives promote and expand university services to communities that are historically underserved by the university.



Programs in this portfolio include the Indigenous Studies Initiatives, Art and Social Engagement, Volunteer and Service Learning Center, Regional Foundation Library, Institute for Community, University and School Partnerships (ICUSP), the Community Engagement Incubator, and Intellectual Entrepreneurship initiatives.

## Pre-College Youth Development Programs and Student Diversity Initiatives

*directed by*
DR. WANDA L. NELSON



... serves as the hub of a wide range of programs that expand the university's scope across the state by increasing access for underrepresented students to post-secondary education. Outreach programs focus on building academic skills, especially for first-generation and low-income students, starting in elementary school through college. Programs include the Neighborhood Longhorns Program, University Outreach Centers, ChemBridge, Students Partnering for Undergraduate Rhetoric Success, Longhorn Center for Academic Excellence, TRIO Programs, PREVIEW Program, Diversity Education Institute, Gender and Sexuality Center, and the Multicultural Information Center.

## Institutional Equity

*directed by*
MS. LINDA MILLSTONE

... ensures the fulfillment of the intent and spirit of equal opportunity laws. Among a host of services, Equal Opportunity Services investigates discrimination allegations, seeks equitable resolutions to complaints, provides confidential counseling, offers resources, and serves as a liaison with community action organizations and agencies.



EOS seeks to ensure that all hires, promotions, transfers and terminations are made without regard to sex, race, color, age, national origin, religion, disability, citizenship status, Vietnam Era or special disabled veteran status or sexual orientation. The scope of EOS includes, but is not limited to, all policies, practices and conditions of employment.

## School Partnerships

*directed by*
DR. ANGELA VALENZUELA



...builds partnerships to connect the university's resources to constituencies across Texas to ensure that education at all levels is effective and equitable, and is operated under the umbrella of the Texas Center for Education Policy, founded in 2006. Their work focuses on educational policy and provides a forum for school personnel and policy makers to engage with university researchers and scholars on education-related issues. The center addresses a broad range of educational issues, from drop-out prevention to teacher quality and experience, and from state accountability and assessment to college readiness. On-going lecture series and seminars cover relevant topics on subjects such as race and health policy and art education.

# The University of Texas at Austin places high priority on diversity

Maya Angelou once said: "We all should know that diversity makes for a rich tapestry, and we must understand that all the threads of the tapestry are equal in value no matter what their color."

The University of Texas at Austin embraces and nurtures that philosophy. For university students, faculty and staff, diversity is a major priority. The university aims to set a high standard for diversity in higher education.

President William Powers Jr. emphasizes that The University of Texas at Austin and its student body, faculty and staff must reflect an array of ethnicities, cultures, socioeconomic backgrounds and political viewpoints.

"That's the beauty of a big research university. It brings together many, many voices. It makes our university stronger," Powers says. "You don't want a campus that's homogenous."

Diversity is part of Powers' four-point strategic plan, high-lighting its importance to the university community as a whole. "This is one of those things you can't just talk about. You have to actually get out and roll up your sleeves and work on it," Powers says.

### Early Promise, Measurable Results
That work on diversity has paid off. More than 45 percent of incoming freshman for fall 2007 are from underrepresented groups, Powers says. University-wide, fall 2007 enrollment increased for African American, American Indian, Asian American and Hispanic students. There have also been 30 new faculty appointments from underrepresented groups since 2005.

Although the university enrolled the most ethnically diverse freshman class in its history during fall 2007 — 19.7 percent Hispanic students, 19.7 percent Asian American students and 5.8 percent African American students — it strives to continue building a diverse student body, faculty and staff that truly reflect Texas and the entire country. This diversity effort involves outreach programs, admissions centers, financial aid, faculty recruitment programs and many other initiatives.

"An important part of what we've done over the decades is to educate a large part of the leadership of this state, and it is an increasingly diverse state," Powers says. "As a result, we need an increasingly diverse leadership in our economy, in our businesses, in our political institutions, and in our cultural institutions."

### A Platform for Diversity
The cornerstone of the university's commitment to diversity is the Division of Diversity and Community Engagement, led by

Dr. Gregory J. Vincent. Vincent came to The University of Texas at Austin in summer 2005 to fill the new position of vice provost for inclusion and cross-cultural effectiveness, created by then-President Larry R. Faulkner in response to recommendations from the university's Task Force on Racial Respect and Fairness. After Powers became president in February 2006, he promoted Vincent to the new position of vice president for diversity and community engagement.

Since arriving on campus two years ago, Vincent has hosted a series of "campus conversations" to hear concerns from students and other members of the university community. He has met with a broad range of Austin and state public officials, opinion leaders, journalists and organizations to discuss diversity and inclusion.

### A History of Diversity
Vincent arrived at the university from the University of Oregon, where he had been vice provost for institutional equity and diversity and law professor since 2003. From 2000-2003, Vincent was vice provost for academic affairs and campus diversity and law professor at Louisiana State University at Baton Rouge, where he was vice provost for campus diversity from 1999 to 2000. Earlier, he was assistant vice chancellor for academic affairs and director of the Equity and Diversity Resource Center at the University of Wisconsin-Madison. He earned his law degree at the Ohio State University College of Law and his doctorate at the University of Pennsylvania.

Today, in addition to overseeing the Division of Diversity and Community Engagement, Vincent holds joint faculty appointments in the School of Law and the College of Education, where he is the W.K. Kellogg Professor of Community College Leadership. He also is an endowed faculty fellow in the Sid W. Richardson Regents Chair in Community College Leadership.

Vincent's professorship meshes well with his duties at the Division of Diversity and Community Engagement. For example, Vincent works closely with Dr. John Roueche, director of the Community College Leadership Program in the Department of Educational Administration, on mentoring graduate students, supervising doctoral dissertations,



conducting symposia and guest lectures, and participating in program development. He also teaches a seminar that is cross-listed in the College of Education and the School of Law.

"The Division of Diversity and Community Engagement is a successful model for integrating diversity into the core mission of a university and integrating community engagement into teaching, research and service," Vincent says. "The successful model combines both the strategic and operational responsibility for diversity and community engagement under one umbrella."

### A New Structure, A New Name
The Office of the Vice President for Diversity and Community Engagement was expanded as the Division of Diversity and Community Engagement in early 2007 to closely align the university's structure and budgets with one of its top priorities. The new division, headed by Vincent, assumed various responsibilities to help make the campus a more inviting, inclusive environment for members of the university community and for visitors. At many colleges and universities, diversity efforts are housed within small units, whereas the Division of Diversity and Community Engagement encompasses components that already existed at The University of Texas at Austin as well as ones that are new — all under one umbrella.

The university's diversity efforts initially employed six people. Now, the Division of Diversity and Community Engagement, with an annual budget of $28 million, is comprised of over 350 employees in 15 departments, several research and policy institutes and numerous initiatives and projects.

### Moving Diversity Forward
"The creation of the division itself is an achievement," Vincent says. "We are one of the most comprehensive units of our kind in higher education. That model itself is an important contribution."

For Powers, this high level of diversity-related activities at the university is not high enough.

"While we have made progress diversifying our campus, more needs to be done. Diversity is one of my highest priorities," Powers said during his State of the University speech in 2006. ●

For more information, please visit www.utexas.edu/diversity/

## Senior Management Team

**Dr. Ge Chen**, Special Assistant to the Vice President
gechen@austin.utexas.edu
(512) 232-4850, MAI 2100

**Dr. King Davis**, Executive Director, Hogg Foundation for Mental Health
king.davis@austin.utexas.edu
(512) 471-5041, LAC 4.404A

**Ms. Deb Duval**, Communications Director
deb_duval@mail.utexas.edu
(512) 232-7599, MAI 2100

**Dr. William Farney**, Executive Director, University Interscholastic League (UIL)
bfarney@mail.utexas.edu
(512) 232-4949 , UIL 1.110

**Dr. Edmund "Ted" Gordon**, Associate Vice President for Thematic Initiatives and Community Engagement
etgordon@mail.utexas.edu
(512) 471-1784, JES A232A

**Dr. Michele R. Guzmán**, Assistant Vice President for Diversity Education Initiatives
michele.guzman@mail.utexas.edu
(512) 471-0374, SZB 504

**Dr. Jennifer W. Maedgen**, Assistant Vice President and Chief of Staff
maedgen@mail.utexas.edu
(512) 471-6259, SSB 4.104

**Ms. Linda Millstone**, Associate Vice President for Institutional Equity
lindam@austin.utexas.edu
(512) 471-1849, HOA 4.302

**Dr. Leonard Moore**, Assistant Vice President for Pre-College Youth Development and Student Diversity Initiatives
leonardmoore@mail.utexas.edu
(512) 471-3212, BUR 536

**Dr. Wanda L. Nelson**, Associate Vice President for Pre-College Youth Development and Student Diversity Initiatives
wnelson@mail.utexas.edu
(512) 232-4630, 6207 Sheridan Avenue, Austin, TX 78723

**Ms. Martha L. Oestreich**, Executive Director of Development
Marthao@austin.utexas.edu
(210) 363-1390, LAC 4.102H

**Mr. Enrique Romo**, Executive Assistant
eromo@mail.utexas.edu
(512) 471-1781, MAI 12

**Dr. Sherri Sanders**, Deputy to the Vice President
sl.sanders@mail.utexas.edu
(512) 232-4850, MAI 2100

**Ms. Stella Smith**, Special Assistant for University Relations
stella_smith@austin.utexas.edu
(512) 232-4851, MAI 12

**Dr. Angela Valenzuela**, Associate Vice President for School Partnerships
valenz@mail.utexas.edu
(512) 232-6008, SZB 528L

THE OFFICE OF THE VICE PRESIDENT FOR DIVERSITY AND COMMUNITY ENGAGEMENT

# New Chief of Staff, Dr. Jennifer W. Maedgen, is a dynamic force behind the scenes

There's no such thing as a typical day for Dr. Jennifer Maedgen, the newly appointed assistant vice president and chief of staff for the Division of Diversity and Community Engagement.

"One of the things I like about my job is that there is a lot of diversity in what I am doing." Maedgen says. Officially she is charged with overseeing the development of the division, but on an average day, Maedgen is likely to be found helping a student resolve a disability issue on campus, working with various entities to finalize a lease on new office space in East Austin or collecting information from division department heads about their priorities for the coming year.

The departments Maedgen works with are just as diverse as her responsibilities. While she continues to oversee Services for Students with Disabilities, she also serves as a liaison to the Hogg Foundation for Mental Heath and the University Interscholastic League (UIL). A large part of her current role involves developing processes and systems for the division, including communication, business services, hiring and information technology. "We're like a start-up," Maedgen says. "While many of the departments have been in existence for years, we're building the division from the ground up. We're creating standardized systems for everything from HR to budget processes to global, division-wide policies." In developing this infrastructure, Maedgen is confident that the division can create some degree of uniformity that also allows the individual departments stylistic variability and flexibility.





Dr. Jennifer W. Maedgen
Assistant Vice President and Chief of Staff

At first glance, the departments under the division's umbrella might seem to be very different, but they share many of the same goals and have a strong common thread of community engagement woven throughout their efforts. One of the departments Maedgen works with is the Hogg Foundation for Mental Health, which works to improve mental health in the state of Texas. The Hogg Foundation does much work in the community, and one of its current initiatives includes increasing access to and quality of mental health services for diverse communities. "A lot of times, people don't think of mental health as a diversity issue," says Maedgen, "but this is a very natural fit for the division and ties in well with our other efforts in community engagement."

Another area making a big impact is UIL, which coordinates athletic and scholastic competitions throughout the state of Texas. UIL has recently been working on Senate Bill 8, which requires mandatory steroid testing for high school athletes. "UIL directs a huge effort to ensure that students who want to participate can participate," Maedgen says. "It is a huge part of the community and makes a significant impact in lives across the state."

As the division moves into its second year, Maedgen looks forward to continued cross-collaboration between departments. "At the last directors meeting, we were all struck by how much potential there is for the departments to work together," Maedgen says. "For example, many of the departments engage and partner with schools — Institute of Community, University, and School Partnerships, Neighborhood Longhorns and University Outreach, just to name a few. There is so much wonderful effort within the division, and there is a lot of opportunity to combine resources and increase our impact." ●

Dr. King Davis, Executive Director of the Hogg Foundation for Mental Health and Dr. Maedgen

THE OFFICE OF THE VICE PRESIDENT FOR DIVERSITY AND COMMUNITY ENGAGEMENT

# Division Units



## The Hogg Foundation for Mental Health

For over 65 years, the Hogg Foundation for Mental Health has supported programs and services to improve the mental health of all Texans. Its current strategic priorities are integrated health care, cultural competence and workforce development. The Foundation envisions a Texas that leads the nation in promoting mental health and recovery from mental illness.

Core values guide the foundation's activities, and cultural relevance is central to all aspects of the foundation's work. The foundation's endowments are a living legacy of the Hogg family, particularly Miss Ima Hogg and her visionary commitment to the mental health of all Texans. The foundation strives to increase the amount and availability of mental health resources in Texas through its leadership in the philanthropic community.

### MISSION:

To promote improved mental health for the people of Texas through the support of effective mental health services, research, policies, and education. The Foundation works in partnership with communities, service providers, advocates, policy-makers, researchers, and educators.

### IMPACT:

- Distributes approximately $4.5 million a year to Texas nonprofit organizations through strategic grant making. Of that sum, close to $1.5 million is dedicated annually to the support of child and family mental health services in the Houston area.
- Focuses on efforts to benefit underserved populations and areas of the state.
- Operates internal programs, including mental health policy analysis and public education campaigns, to the benefit and enrichment of organizations and communities statewide.
- Routinely evaluates the impact of its grants as well as its own performance to ensure that the foundation is working effectively toward its mission.

### FIND IT:

Lake Austin Centre, 4th Floor, 3001 Lake Austin Blvd., Austin Texas, 78703
www.hogg.utexas.edu
(512) 471-5041

## University Interscholastic League

Perhaps best known for its sponsorship of district, regional and state tournaments and meets for athletic, music, drama and academic contests, the University Interscholastic League (UIL) was created by The University of Texas at Austin in 1909. The UIL has grown into the largest inter-school organization of its kind in the world, and one of every two high school seniors in Texas has participated in a UIL event prior to graduation.

### MISSION:

To organize and properly supervise contests that prepare students for citizenship. The UIL provides healthy, character building educational activities carried out under rules providing for good sportsmanship and fair play for all participants.

### IMPACT:

- Provides students with educational experiences through competition.
- Promotes good sportsmanship and cooperation among member schools.
- Works to prevent exploitation of students by special interest groups.
- Publishes the monthly Leaguer newspaper, sent to sponsors and administrators of all member schools, UIL adjudicators and officials and interested news media in Texas.
- Provides the use of speech videotapes and athletic tournament and rules films through the UT Austin Film Library and the National Federation of State High School Associations.
- Works closely with associations to provide better officiating and adjudication for UIL contests.
- Seeks to safeguard the health and welfare of students by requiring physical examinations for participation in athletics.
- Seeks to keep awards for achievement on a sensible basis by restricting the cost and type.
- Provides drama teachers with an extensive Drama Loan Library of more than 26,000 plays.
- Sponsors the Interscholastic League Press Conference.
- Administers the Texas Interscholastic League Foundation, which in 2006-2007 disbursed $1,181,575 in scholarship funds to 623 students attending 62 colleges and universities in Texas.

### FIND IT:

1701 Manor Road, Austin, Texas, 78722
www.uil.utexas.edu
(512) 471-5883

THE OFFICE OF THE VICE PRESIDENT FOR DIVERSITY AND COMMUNITY ENGAGEMENT

# Division Department



## Services *for* Students *with* Disabilities

Services for Students with Disabilities provides assistance to students with a variety of disabilities, including those who are deaf and hard of hearing and those with Attention Deficit Hyperactivity Disorder, learning or psychological disabilities, traumatic brain injuries, visual or mobility impairments, temporary disabilities, and other chronic medical disabilities.

### MISSION:
Based in the philosophy that all students should be assured equal access and opportunity, Services for Students with Disabilities works to eliminate physical, instructional and attitudinal barriers by providing reasonable accommodations and fostering awareness within the university community.

### IMPACT:
- Provides a variety of services for eligible students who register with the department, including
  Alternative Text
  Adaptive Testing
  Assistive Technology Information
  Sign Language Interpreters
  Communication Access Realtime Translation (CART)
  Voter Registration
- Trains students in assistive technology via the ATEC lab.
- Serves as a resource for scholarships available to students with disabilities.
- Offers either online or downloadable forms needed for documentation guidelines and interpreter/captioning requests by students.

### FIND IT:
4.104 Student Services Building
M–F 8–5 p.m.
www.utexas.edu/diversity/ddce/ssd
(512) 471–6259

Video Phone: (866) 327–8877,
then (512) 232–2937

## Staff Spotlight



left to right: Dr. Ge Chen, Dr. Sherri Sanders, Ms. Martha Oestreich

### Dr. Ge Chen
Dr. Ge Chen leads the division-wide assessment initiatives to ensure and enhance the consistency, rigor, effectiveness, and documentation of assessment processes in the division. This includes but is not limited to developing and establishing assessment plans for the learning communities to achieve and maintain effectiveness and excellence, assisting in creating and establishing goals and objectives for optimum student learning, reviewing and assisting in program self assessment and reports for changes and improvement, developing and coordinating training and professional development opportunities on assessment, and providing resources to support assessment related activities and efforts. She previously served as the Assistant Dean of Students in the area of Academic Enrichment Services (AES) in the Office of the Dean of Students at UT Austin since 2003, where she directed seven academic service programs geared towards facilitating the growth and development of under-represented college students. Born in China and an immigrant to United States in the late 1980s, Dr. Chen has taught and administered in higher education across two cultures for over two decades. She co-founded and currently serves as an officer for the Asian and Asian American Faculty and Staff Association at the University of Texas at Austin. She earned her bachelor of arts degree from Jilin Normal University in Siping, China, and her master's degree and doctorate from the University of Arkansas College of Education, Fayetteville, Arkansas.

### Dr. Sherri L. Sanders
As a member of the DDCE staff, the responsibilities of Dr. Sherri L. Sanders span across the division and the university as well as into the community. Dr. Sanders serves as the primary point person in the development and implementation of the institution's diversity plan along with the development of the division's strategic plan. In addition, she works closely with Dr. Vincent in his role as a member of several management boards including the UT Elementary School, Communities in Schools, E3 Alliance, Envision Central Texas, and SkillPoint Alliance. In January 2008, she assumed a key role in the continued implementation of the Central Texas Leadership Alliance Grant through the Department of Education and the Texas High School Project Grant through Communities Foundation of Texas. She also serves as a policy analyst and developer, plays a key role in gender equity issues and programs, collaborates closely with the division's team of graduate research assistants, and oversees the Barbara Jordan Statue Project. Finally, she serves as a clinical associate professor within the Department of Educational Administration where she teaches a graduate-level course on student development theory. Dr. Sanders began her tenure at The University of Texas at Austin in 1988 and has served in a variety of positions in the Office of the Dean of Students including assistant to the dean, assistant dean, and associate dean. Dr. Sanders received her Ph.D. from The University of Texas at Austin, her master's degree from Bowling Green State University, and her bachelor's degree from Louisiana State University.

### Ms. Martha L. Oestreich
Martha L. Oestreich provides strategic direction and oversees the development operations for the division. Additionally, she designs and analyzes strategies utilized in the solicitation of funds from individuals, corporations and foundations. Her list of accomplishments includes fifteen years of sales and marketing with IBM and eleven years of development and fundraising experience in the nonprofit sector. Ms. Oestreich served as the director of development for the Lady Bird Johnson Wildflower Center and was the founding executive director of the San Antonio River Foundation. She serves as the chair of the board of Equality Texas and was the board secretary for the Association of Fund Raising Professionals. In 2005, Ms. Oestreich founded the San Antonio Alliance for Social Justice, a group dedicated to inclusion and diversity. She has developed and conducted numerous workshops with over thirty nonprofit organizations throughout Texas. Ms. Oestreich earned her executive masters of business administration degree from the University of Texas at San Antonio, her masters of arts degree from St. Mary's University and her bachelor of arts degree in Sociology from Texas Lutheran University.

# Campus Fusion

Campus Fusion was founded in the summer of 2003 as a joint venture between Student Government and the Multicultural Information Center. The idea for Campus Fusion was based on President Clinton's "One America" Initiative on Race, which spurred the "Week of Dialogue" for college campuses across the nation. Campus Fusion became a week-long series of events featuring guest speakers, arts events, campus town hall meetings and socially conscious performers. With the formation of the Division of Diversity and Community Engagement in 2006, Campus Fusion found a new home within the fabric of the institution. Together with the resilience of student leadership from the Multicultural Information Center and Student Government and an administrative home in the division, Campus Fusion exists as a testament of the university's commitment to diversity. The 2007 event drew more than 2,000 students and featured nationally known speakers and performers.



The 2008 Campus Fusion "Week of Dialogue," will be conducted in October 2008



(left to right) Dr. Gregory J. Vincent, Deb Duval, Jordan Smith, and Ms. Jackie Joyner-Kersee at the 2007 awards ceremony. Jordan Smith, Fort Worth junior, won the 1st place scholarship for $2,500.

# Barbara Jordan Historical Essay Competition

Since its inception in 1995, the Barbara Jordan Historical Essay Competition has awarded over $70,000 in college scholarships to Texas high school students. Last year, over 200 students entered the competition, focusing on the theme of African Americans in Texas: Past and Present. Conducted as a statewide competition, high school students research and write about the influence and contributions of African Americans in Texas, a historically under-represented area of documentation. In this unique competition, students gather information about individuals and historical events through interviews with relatives, friends and community leaders. Such personal interactions offer students an opportunity to document invaluable knowledge directly from witnesses of history. Essays are judged in 10 geographical regions, resulting in 30 essays selected for the state competition. Winners receive $2,500 for the first place essay; $1,500 for the second place essay and $1,000 for the third place essay. Students may use the scholarships at the college or university of their choice.

# Roundtable Discussions

The division's Roundtable Discussions began shortly after Dr. Gregory J. Vincent came on board in 2005. As facilitator, Vincent has served as a subject matter expert and internal consultant to the campus on issues of diversity and inclusion. Topics including campus climate, bridging diversity gaps, and faculty and student recruitment were discussed in an inviting, informal setting. Roundtable discussions were hosted in several different venues, both as open sessions for the student body at large, and also in various departments and centers including Student Government, the Gender and Sexuality Center and the Multicultural Information Center. The sessions have had a strong turnout and have been very well-received by those in attendance.



Dean Randy Diehl, College of Liberal Arts, and DOCE Vice President Gregory J. Vincent at the fall 2007 Roundtable.

Special Projects and Events

**STRATEGIC AREA:  OFFICE OF THEMATIC INITIATIVES AND COMMUNITY ENGAGEMENT**

DIRECTED BY DR. EDMUND "TED" GORDON

# Intellectual diversity: Thematic hiring finds the best people for the job



Dr. Ted Gordon, Associate Vice President for Thematic Initiatives and Community Engagement (right) and Choquette Peterson, Director (left)

When Dr. Ted Gordon was deciding whether to accept a tenured-track position in the Department of Anthropology at The University of Texas at Austin, his main concern was being the only African American faculty member in the department. "I did indeed take the position on the condition that the department would actively seek to hire another faculty member of color," Gordon said. This was in 1988, and since then, much has changed. In fact, the department has become significantly more diverse, both in terms of faculty and graduate students.

Gordon recently was promoted to associate vice president for thematic initiatives and community engagement. "Our short-term goal is to expand the thematic hiring process into different areas," says Gordon. These areas include African and African American Studies, Mexican and Mexican American Studies, Asian and Asian American Studies, and Women and Gender Studies, among others. "It is important as well to look at diversifying the hard sciences more in terms of gender and ethnicity," he reports. He sees an "environmental justice" theme as a potentially effective means to diversify the sciences.

# "This will diversify our intellectual community and strengthen the university as a whole."

### Find the experts, find diversity

Soon after Gordon's arrival at the university, he began consulting with others to develop a strategy to attract more faculty from historically underrepresented groups. "We had to come up with a strategy because people of color, particularly African Americans, were reluctant to apply here based on preconceived notions of Texas and the South in general," said Gordon. After reviewing areas of scholarship that were underdeveloped at the university, Gordon and other concerned faculty decided to take steps to fill these intellectual gaps. A thematic hiring program was initiated to actively seek scholars who specialized in the African Diaspora. "The thematic program became of political and intellectual interest to scholars and graduate students throughout the country. It has really flourished," says Gordon.

He emphasized this process is not based on race but rather on expertise in a particular thematic area. "The job announcements placed were based on a particular area of focus, with the African Diaspora being one thematic section. We found that there were a significant number of qualified candidates from underrepresented groups," says Gordon. "Thematic focus is effective because diversity is not just about skin color. It is about intellectual interests and academic expertise. In the end, you want a university that is not only diverse racially and ethnically but also intellectually." Gordon's efforts have helped diversify the university, and at the same time created and fostered a vibrant intellectual community.

### Expanding the program

In 2000, Gordon became the director of the Center for African and African American Studies (CAAAS). The center sought to partner with various departments, including history, English, sociology, and government, to hire faculty with research interests in the African Diaspora. As a result, The University of Texas at Austin has one of the most comprehensive centers for African and African American studies in the nation. Its continued success and growth also is attributed to the fact that the center is widely known and attracts scholars from across the country. Additionally, CAAAS has partnered with the dean of the College of Liberal Arts and the provost to help make student and faculty ratios more balanced.

### Progress now and in the future

Since 2005, there have been approximately 30 faculty hires based on the initiative, with another eight planned for the 2007-08 academic year. Hires have been made in the School of Architecture, African American Art and Art History, Special Education, Asian American Studies, History, and Mexican American Studies.

In order to be effective in implementing a more comprehensive thematic hiring process, Dr. Gordon believes it is imperative that the division do the research to see what is out there in terms of cutting-edge research and scholarship. "Knowing what is innovative in regards to scholarship is definitely part of our strategy," he says.

Equally important is mobilizing various academic networks, including collaborating with various colleges and academic units. Working with the deans also is very significant to identifying those departments and schools where thematic hires would be most effective. Gordon is optimistic about the future of the program, saying, "The creation of the division and its resources will be a huge factor in our successful implementation of thematic hiring and its expansion into different areas."

### Success via critical mass

The notion of creating a "critical mass" of scholars in a particular thematic cluster is essential for the strategy to be successful. "The thematic process doesn't work unless there is a commitment to creating a critical mass. Otherwise, there is not the concentration necessary to make it successful," says Gordon.

Dr. Gregory Vincent, vice president for the division, agrees with this notion. "The division is committed to recruiting and hiring faculty that will continue to diversify the university community," he said. Vincent also conveyed that retaining and promoting strong faculty is a high priority.

Dr. Gordon emphasized that thematic hiring is absolutely not about tokenism. In fact, he believes it is the polar opposite, stating, "It is about creating a critical mass and a thematic focus. This will diversify our intellectual community and strengthen the university as a whole." ●

STRATEGIC AREA: OFFICE OF THEMATIC INITIATIVES AND COMMUNITY ENGAGEMENT

# Division Departments



## *The* Volunteer *and* Service Learning Center

The Volunteer and Service Learning Center provides volunteer opportunities for students at The University of Texas at Austin. The center serves the needs of the community while enriching the lives of participants. Volunteering is one of the most effective ways for students to apply philosophies, skills, and theories learned in class. Following the university's core purpose, the center serves "to transform lives for the benefit of society" through leadership and service.

### MISSION:

To promote, organize, facilitate, support and reflect on community service for The University of Texas at Austin community, especially students.

### IMPACT:

- Recruits over 8,000 student volunteers each year.
- Focuses on students' cognitive, moral, ethical, social and democratic development through service activities.
- Strengthens healthy relationships between students and their communities.
- Facilitates the Student Volunteer Board, The Project Service Event, and student organizations that promote and coordinate community engagement activities and events for the whole campus, and provide students opportunities to make a difference in the community.
- Provides resources and logistical support for students interested or enrolled in service-learning courses, for faculty currently teaching or desiring to teach a service-learning course, and for community agencies interested in partnering with UT faculty and service-learning students.

### A Beautiful Partnership

One example of a successful program is the partnership with Keep Austin Beautiful. Since 1999, more than 9,000 student volunteers have provided more than 36,000 hours working in four Austin neighborhoods. In the first five years of the event, students have painted or landscaped more than 70 local homes, five schools, two community centers, and a public housing complex, among other sites.

### FIND IT:

Student Services Building 4.400
100 West Dean Keaton Street Austin, TX 78722
www.utexas.edu/diversity/ddce/vslc/
(512) 471-6161

## Regional Foundation Library

For over 45 years, the Regional Foundation Library has served individuals and organizations in need of educational or special project funding. Its patrons include representatives of nonprofit programs and services, educational entities, charitable organizations, faith-based programs, and governmental entities, as well as individuals. The library opened its doors in 1962, making it the fifth Cooperating Collection in the Foundation Center's national network. It contains core publications from the Foundation Center as well as other major materials in fund development, grants and nonprofit management. The library is open to everyone, free of charge.

### MISSION:

To provide comprehensive education and resources to all individuals and organizations involved in grant-making, grant-seeking and funding development.

### IMPACT:

- Promotes the highest standards in philanthropy by serving as a bridge between the grant-seeking and the grant-making communities.
- Offers in-depth personal assistance, orientations and community workshops to enhance access to their vast collections.
- Provides a full range of print materials and a growing number of electronic resources.
- Information and resources are accessible to all community members.

### Community Outreach

The Regional Foundation Library offers orientations to the collection, information sessions on funding research, classes on K-postgraduate educational funding, and local community workshops. These are available throughout the year, on demand.

### FIND IT:

3001 Lake Austin Blvd., 4th Floor, Austin, TX 78703-4200
www.utexas.edu/diversity/ddce/rfl/
(512) 475-7373

STRATEGIC AREA: OFFICE OF THEMATIC INITIATIVES AND COMMUNITY ENGAGEMENT

# The Intellectual Entrepreneurship Pre-Graduate School Internship

The Intellectual Entrepreneurship Pre-Graduate School Internship offers students an opportunity to discover their passions and professional aspirations and to have greater ownership of their education. The Pre-Graduate School Internship program is one of the Intellectual Entrepreneurship Consortium initiatives that began from a philosophy geared toward increasing students' awareness of the value of academic work done in and across disciplines and enabling them greater voice in and accountability for their education.



Dr. Richard Cherwitz

Founder and Director Dr. Richard Cherwitz discovered that, because of its ability to demystify graduate education and help students see how advanced study enables them to contribute to their communities, the consortium had unintended yet very significant consequences for two important populations: underrepresented students of color and first-generation college students.

"The consortium moves the mission of institutions of higher learning from 'advancing the frontiers of knowledge' and 'preparing tomorrow's leaders' to also 'serving as engines of economic, social, political and cultural development,'" Dr. Cherwitz says. "It is a philosophy and vision of education viewing academics as innovators and agents of change; it shifts the model and metaphor of higher education from one of 'apprenticeship-certification-entitlement' to one of 'discovery-ownership-accountability.'"

The internship, best thought of as an "entrepreneurial incubator," brings students into the graduate school pipeline and helps them select an appropriate field of study. Collaborating with graduate student mentors and faculty supervisors, internship students tailor education to fit their personal, academic and professional interests—a truly transformative approach to education.

Since the program was piloted in 2003-2004, over 200 students have participated in the Pre-Graduate School Internship. Almost half of them are first-generation or underrepresented students of color. In spring 2007, 70 interns were enrolled—and this fall nearly 90 interns will participate. All receive academic credit. Assisting them in 2006-2007 were more than 60 faculty members and 80-plus graduate students. Involvement in the program represents all colleges and schools and more than 40 academic departments.

Over and above "educating citizen-scholars," long-term goals of the cross-disciplinary Consortium include increasing faculty diversity by expanding the number of underrepresented groups who attend and complete graduate school, instigating learning across disciplinary boundaries, generating collaborations between the academy and community to help solve some of society's most challenging problems, and reducing attrition and time to degree through more authentic student decision-making. ❧

For more information, please visit
webspace.utexas.edu/cherwitz/www/ie/index.html.

## Institute for Community, University, and School Partnerships

The Institute for Community, University and School Partnerships, directed by Dr. Kevin Foster, assistant professor in the Department of Curriculum and Instruction, is a faculty and student-based collaborative and action research center. The institute applies social, cultural, and educational theories to school and community programs, and builds community partnerships to increase student achievement and college-readiness in students who typically would not consider college a viable option.

The institute's first major project is a collaboration with the Austin-based Community of Brothers in Revolutionary Alliance (COBRA) to promote academic motivation and achievement in students who have been identified as high risk of dropping out of school. Started in 2006 by Foster and LBJ High School Principal Patrick Patterson, the program introduces high school students to the university and to businesses and successful role models and mentors. In the current school year, the institute will expand this program in the Austin Independent School District to include Kealing, Pearce and Webb middle schools and Reagan, McCallum and Travis high schools. In all, the institute plans to expand to 12 chapters on 10 campuses, with the high school chapters called COBRA and the middle school chapters called Young Knights.

Other initiatives include:
• A lecture series for advanced educational practitioners.
• A graduate research internship that connects university students to local schools and students.

While the university is a significant intellectual resource for teaching and learning initiatives across the region and state, Foster believes that the work is mutually beneficial: "Community organizations and schools have a great deal to teach us as well," added Foster. "The institute will only be effective if it is collaborative in both philosophy and in daily action."

Dr. Kevin Foster

**STRATEGIC AREA: OFFICE OF THEMATIC INITIATIVES AND COMMUNITY ENGAGEMENT**

*Special Projects and Events*

## Lecture Series

By bringing in top-notch speakers from across the nation, the division Lecture Series was created by Dr. Vincent as a way to inform and enrich both the campus and entire Austin community. Some examples of speaker events include:

- Dr. Seema Kapani, of the University of Wisconsin at Madison, facilitated programs focusing on equity and diversity issues, and shared aspects of best practices during the two-day lecture.

- Dr. Hanes Walton Jr., University of Michigan, is among the nation's most distinguished political scientists. His lecture on African American Senatorial Candidates throughout history was especially timely given the interesting senatorial races involving African Americans that were occurring at the time of his visit.

- Dr. Leonard Moore, then Louisiana State University professor and now university professor and assistant vice president, led an honest dialogue about race and popular culture. His candid discussion on racial caricatures and stereotypes was effective and well received by the university community.

- Dr. Mia Tuan, University of Oregon, gave an informative lecture on Asian transracial adoption. Her extensive knowledge on this topic provided the audience with a better understanding of transracial adoption.

- Women in senior levels of administration at the university shared their path to leadership.

## The Heman Sweatt Symposium on Civil Rights

Since 1987, the Heman Sweatt Symposium on Civil Rights has been presented annually each spring. Free public events are organized by the university students, faculty and staff. The symposium honors Heman Sweatt, the first African American admitted to The University of Texas at Austin Law School. Sweatt applied for admission to the law school in 1946, but was denied admission on the basis of race. With assistance from the NAACP, he brought successful legal action against the university to be admitted to the law school, providing the legal precedent for desegregation. Examples of past symposium themes and speakers have included:

- From Sweatt to Hopwood to Success: Solutions for Creating a Diverse University
  Keynote: The Honorable Wilhelmina Delco
- The Role of Art and Artists in the Struggle
  Keynote: Nikki Giovanni
- The New Civil Rights: Fifty Years After The Sweatt Decision
  Keynote: Dick Gregory
- Capital Punishment in Texas: Is Justice Served?
  Keynote: John Artis
- Reparations: Does America Owe African Americans a Debt?
  Keynote: Johnny Cochran
- Progression versus Regression:
  The State of the African American Community
  Keynote: Ed Gordon, Host of BET Tonight

For more information, please visit
www.utexas.edu/events/hemansweatt/

### Programs in the Thematic Hiring and Community Engagement portfolio include:

- **Indigenous Studies Initiatives Series**
  **Dr. Shannon Speed, Director**
  ... seeks to make the university a unique and outstanding center for engaged research and dialogue with indigenous peoples throughout the hemisphere through a collaborative project of an interdisciplinary core group of faculty from Liberal Arts, Education, Information Sciences, and Law that conducts a speakers series and offers a graduate portfolio in the M.A. and Ph.D. levels in Indigenous Studies.

- **Art and Social Engagement**
  **Dr. Deborah Paredez, Director**
  ... creates networks to unite faculty and community members interested in the arts, launching with a series of Art and Social Engagement Happy Hours.

- **Volunteer and Service Learning Center**
  **Glen Baumgart, Director**
  ... provides volunteer opportunities for university students, and recruits over 8,000 student volunteers each year.

- **Regional Foundation Library**
  **Allison Chandler Supancic,**
  **Librarian and Collections Supervisor**
  ... provides comprehensive education and resources to all individuals and organizations involved in grant-making, grant-seeking and funding development.

- **Institute for Community, University and School Partnerships**
  **Dr. Kevin Foster, Director**
  ... builds community partnerships to increase student achievement and college-readiness in students who typically would not consider college a viable option through an action research center and through a faculty and student–based collaborative.

- **Community Engagement Incubator**
  **Dr. Thomas Darwin, Director**
  ... seeks new community engagement initiatives and accelerates existing ones, and establishes networks of people and organizations interested in research to benefit the community.

- **Intellectual Entrepreneurship**
  **Dr. Richard Cherwitz, Director**
  ... focuses on creating cross-disciplinary and multi-institutional collaborations designed to produce intellectual advancements with a capacity to provide real solutions to society's problems and needs. The program features internships, courses, mentoring and career resources for both graduate and undergraduate students.

STRATEGIC AREA: INSTITUTIONAL EQUITY

DIRECTED BY MS. LINDA MILLSTONE

# Institutional Equity seeks proactive measures to ensure equity in the workforce and community environment

Equal Opportunity Services (EOS) ensures the fulfillment of the intent and spirit of equal opportunity laws. Among a host of services, EOS investigates allegations, seeks equitable resolutions to complaints, provides confidential counseling, offers resources, and serves as a liaison with community action organizations and agencies.



Ms. Linda Millstone, Associate Vice President for Institutional Equity and Workforce Diversity

Although her job often requires her to respond to allegations of discrimination and harassment, Linda Millstone, associate vice president of institutional equity and workforce diversity, makes every effort to avoid situations that can escalate whenever possible. "My primary goal is to create an environment where people can talk and resolve their differences before the issue becomes adversarial and polarizing. If we simply wait for the complaint, it is too late and we have missed an opportunity to be proactive," says Millstone.

EOS has the responsibility of considering all existing and emerging equality legislation and therefore is a vital component to the Division of Diversity and Community Engagement's strategic planning initiatives. Simply put, it keeps the university in compliance with federal regulations.

There are several laws that prohibit discrimination in the workplace, with the most prominent being Title VII of the Civil Rights Act of 1964. This statute forbids discrimination in all areas of the employer-employee relationship, from advertisement for new employees through termination or retirement, on the basis of race, color, sex (including pregnancy and sexual harassment), religion, and national origin. The Americans with Disabilities Act of 1990 is also significant because it requires the university to provide qualified applicants and employees with disabilities with reasonable accommodations that do not impose undue hardship and to prohibit discrimination on the basis of disability. The university's nondiscrimination policy also includes a prohibition on discrimination based on age and sexual orientation.

"As a major employer and a federal contractor, we have legal obligations to maintain learning and working environments that are free from impermissible discrimination and are accommodating to all members of the campus community," says Millstone. Diversity carries a compliance component, which has long been established based on legislative and judicial action. EOS serves as the unit authorized by the president to handle complaints of discrimination and harassment. "While it is critical to resolve these complaints and ensure the environment is respectful and free from discrimination, complaints present an opportunity for self-examination," she added.

This past April, the university hosted the American Association for Affirmative Action's 33rd annual conference, "Diversity and Affirmative Action: Where Do They Meet." The conference featured outstanding diversity and civil rights specialists and offered training on initiatives to bridge the opportunity gaps in the workplace. The symposium participants also discussed strategies to promote affirmative action in the face of legal and legislative efforts to end it. In recent years, affirmative action has been challenged at top universities across the country, most notably at the University of Michigan. "This conference was extremely beneficial and we are exploring ways to incorporate some of the innovative strategies discussed," says Millstone.

Millstone, a university employee for over 30 years, has seen many positive changes occur over the years, including greater diversity and more individuals from historically underrepresented groups occupying high-level positions on campus. "The creation of the Division of Diversity and Community Engagement demonstrates our university's commitment to diversity and will provide resources that will strengthen the university's ability to attract the best faculty and staff," says Associate Vice President Millstone. ●