# EXHIBIT 22

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 71
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND ETHNICITY
Entering 2004

| College/School | White | | | African-American | | | Top 10% Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 22 | 1364 | 3.58 | 1 | 1430 | 3.71 | 6 | 1398 | 3.63 | 1 | 1250 | 3.23 | 31 | 1370 | 3.57 |
| Business | 399 | 1297 | 3.43 | 19 | 1092 | 2.80 | 156 | 1332 | 3.60 | 111 | 1160 | 3.11 | 696 | 1278 | 3.40 |
| Communication | 214 | 1251 | 3.49 | 17 | 1064 | 3.18 | 33 | 1254 | 3.51 | 63 | 1130 | 3.34 | 332 | 1218 | 3.45 |
| Education | 49 | 1142 | 3.15 | 13 | 1038 | 2.91 | 6 | 1050 | 2.62 | 35 | 1021 | 2.78 | 104 | 1084 | 2.97 |
| Engineering | 378 | 1323 | 3.29 | 27 | 1066 | 2.39 | 172 | 1342 | 3.33 | 186 | 1148 | 2.79 | 785 | 1274 | 3.15 |
| Fine Arts | 56 | 1266 | 3.61 | | | | 3 | 1307 | 2.30 | 11 | 1157 | 3.48 | 70 | 1250 | 3.53 |
| Liberal Arts | 566 | 1231 | 3.29 | 60 | 1019 | 2.79 | 88 | 1243 | 3.40 | 228 | 1079 | 2.89 | 962 | 1180 | 3.17 |
| Natural Science | 536 | 1247 | 3.14 | 70 | 1057 | 2.53 | 289 | 1246 | 3.33 | 215 | 1114 | 2.88 | 1132 | 1208 | 3.10 |
| Nursing | 41 | 1157 | 3.36 | 15 | 976 | 2.65 | 19 | 1087 | 2.92 | 34 | 976 | 2.63 | 110 | 1063 | 2.95 |
| Social Work | 9 | 1129 | 3.20 | 3 | 1033 | 2.74 | 4 | 1008 | 2.78 | 3 | 947 | 2.61 | 19 | 1059 | 2.95 |
| Total | 2270 | 1262 | 3.31 | 225 | 1046 | 2.69 | 776 | 1280 | 3.38 | 887 | 1110 | 2.92 | 4241 | 1221 | 3.21 |

| College/School | White | | | African-American | | | Non-Top 10% Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 10 | 1377 | 2.97 | | | | 1 | 1210 | 1.86 | 2 | 1420 | 3.04 | 13 | 1371 | 2.89 |
| Business | 20 | 1373 | 3.40 | 1 | 1350 | 2.84 | 10 | 1426 | 3.39 | 1 | 1420 | 4.00 | 32 | 1390 | 3.40 |
| Communication | 31 | 1332 | 3.49 | 1 | 850 | 2.58 | 4 | 1338 | 3.59 | 4 | 1240 | 3.72 | 41 | 1311 | 3.49 |
| Education | 131 | 1188 | 3.00 | 1 | 1030 | 2.00 | 13 | 1193 | 3.09 | 17 | 1119 | 2.74 | 166 | 1176 | 2.98 |
| Engineering | 229 | 1310 | 2.88 | 12 | 1198 | 2.55 | 96 | 1309 | 2.98 | 46 | 1232 | 2.82 | 400 | 1297 | 2.89 |
| Fine Arts | 88 | 1216 | 3.19 | 3 | 1170 | 2.93 | 13 | 1304 | 3.22 | 21 | 1163 | 3.16 | 128 | 1213 | 3.18 |
| Liberal Arts | 559 | 1266 | 3.03 | 37 | 1039 | 2.50 | 70 | 1286 | 3.13 | 93 | 1162 | 2.81 | 774 | 1244 | 2.99 |
| Natural Science | 299 | 1270 | 2.96 | 22 | 1200 | 2.71 | 176 | 1311 | 3.16 | 61 | 1216 | 2.62 | 575 | 1273 | 2.98 |
| Nursing | | | | | | | | | | 3 | 1060 | 2.87 | 3 | 1060 | 2.87 |
| Social Work | 17 | 1248 | 3.46 | | | | 5 | 1228 | 3.22 | 3 | 1233 | 2.49 | 25 | 1242 | 3.29 |
| Total | 1384 | 1267 | 3.02 | 77 | 1116 | 2.58 | 388 | 1304 | 3.11 | 251 | 1189 | 2.81 | 2157 | 1258 | 3.00 |

23

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 7j
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND ETHNICITY
Entering 2005

**Top 10%**

| College/School | White | | | African American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 23 | 1384 | 3.59 | 3 | 1267 | 2.85 | 3 | 1350 | 3.71 | 4 | 1395 | 3.47 | 33 | 1372 | 3.52 |
| Business | 330 | 1309 | 3.44 | 30 | 1076 | 2.82 | 143 | 1337 | 3.44 | 110 | 1151 | 3.11 | 628 | 1275 | 3.35 |
| Communication | 197 | 1251 | 3.32 | 26 | 1091 | 2.70 | 17 | 1322 | 3.49 | 70 | 1107 | 3.09 | 312 | 1209 | 3.23 |
| Education | 80 | 1157 | 3.07 | 13 | 1002 | 2.31 | 11 | 1171 | 3.28 | 32 | 1025 | 2.63 | 138 | 1113 | 2.90 |
| Engineering | 323 | 1341 | 3.24 | 16 | 1190 | 2.73 | 140 | 1370 | 3.35 | 120 | 1205 | 2.95 | 627 | 1315 | 3.19 |
| Fine Arts | 63 | 1254 | 3.36 | 1 | 1070 | 2.60 | 5 | 1240 | 3.60 | 19 | 1126 | 3.20 | 89 | 1220 | 3.33 |
| Liberal Arts | 709 | 1244 | 3.28 | 70 | 1049 | 2.67 | 118 | 1240 | 3.33 | 321 | 1108 | 2.92 | 1235 | 1195 | 3.16 |
| Natural Science | 513 | 1255 | 3.17 | 83 | 1043 | 2.60 | 318 | 1265 | 3.29 | 259 | 1110 | 2.85 | 1209 | 1212 | 3.09 |
| Nursing | 40 | 1178 | 3.33 | 8 | 933 | 2.67 | 20 | 1131 | 3.09 | 22 | 1061 | 3.10 | 92 | 1113 | 3.16 |
| Social Work | 10 | 1247 | 3.24 | 2 | 930 | 3.03 | 7 | 1049 | 1.49 | 9 | 1004 | 2.69 | 28 | 1097 | 2.78 |
| Total | 2288 | 1268 | 3.28 | 252 | 1059 | 2.66 | 782 | 1288 | 3.33 | 966 | 1122 | 2.94 | 4391 | 1226 | 3.18 |

**Non-Top 10%**

| College/School | White | | | African American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 13 | 1402 | 3.26 | 1 | 1110 | 3.00 | 1 | 1500 | 4.00 | 3 | 1333 | 3.15 | 20 | 1381 | 3.27 |
| Business | 23 | 1400 | 3.42 | 1 | 1050 | 2.10 | 9 | 1450 | 3.66 | 4 | 1310 | 3.41 | 37 | 1393 | 3.44 |
| Communication | 27 | 1379 | 3.27 | 2 | 1280 | 2.03 | 4 | 1353 | 2.88 | 1 | 1110 | 3.04 | 34 | 1362 | 3.19 |
| Education | 65 | 1257 | 3.13 | | | | 8 | 1251 | 3.31 | 9 | 1178 | 2.83 | 84 | 1248 | 3.08 |
| Engineering | 221 | 1335 | 2.97 | 12 | 1263 | 2.73 | 104 | 1320 | 2.99 | 44 | 1259 | 2.78 | 399 | 1317 | 2.95 |
| Fine Arts | 116 | 1215 | 3.26 | 2 | 1065 | 2.78 | 17 | 1216 | 3.16 | 20 | 1117 | 3.07 | 157 | 1197 | 3.22 |
| Liberal Arts | 486 | 1285 | 3.09 | 45 | 1030 | 2.48 | 94 | 1332 | 3.20 | 106 | 1183 | 2.91 | 759 | 1260 | 3.04 |
| Natural Science | 249 | 1304 | 2.95 | 24 | 1200 | 2.42 | 112 | 1323 | 3.08 | 73 | 1178 | 2.59 | 471 | 1283 | 2.90 |
| Nursing | 3 | 1353 | 3.95 | | | | | | | 1 | 1200 | 2.00 | 4 | 1315 | 3.30 |
| Social Work | 27 | 1269 | 3.13 | | | | 1 | 1330 | 3.00 | 3 | 1197 | 0.00 | 32 | 1263 | 2.98 |
| Total | 1230 | 1295 | 3.08 | 87 | 1118 | 2.51 | 350 | 1322 | 3.11 | 264 | 1193 | 2.80 | 1997 | 1277 | 3.02 |

24

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

Table 8
FRESHMAN YEAR PERFORMANCE BY SAT SCORE RANGE AND GENDER
Entering 1996-2005

| SAT Ranges | Entering 1996 | | | | Entering 1997 | | | | Entering 1998 (Top 10%) | | | | Entering 1999 | | | | Entering 2000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Male | | Female | | Male | | Female | | Male | | Female | | Male | | Female | | Male | | Female | |
| | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA |
| <900 | 4 | 2.33 | 11 | 2.72 | 5 | 2.07 | 11 | 2.08 | 9 | 2.64 | 18 | 2.19 | 19 | 2.43 | 49 | 2.69 | 23 | 2.63 | 59 | 2.47 |
| 900-990 | 17 | 2.46 | 37 | 2.64 | 22 | 2.77 | 54 | 2.90 | 28 | 2.59 | 61 | 2.73 | 30 | 2.72 | 92 | 2.89 | 43 | 2.69 | 133 | 2.91 |
| 1000-1090 | 88 | 2.78 | 209 | 2.85 | 86 | 2.62 | 165 | 2.77 | 80 | 2.80 | 229 | 2.91 | 118 | 2.92 | 257 | 2.89 | 145 | 2.81 | 294 | 3.00 |
| 1100-1190 | 152 | 2.91 | 323 | 3.10 | 168 | 2.95 | 271 | 3.14 | 174 | 2.89 | 299 | 3.02 | 194 | 3.01 | 346 | 3.14 | 259 | 2.96 | 410 | 3.18 |
| 1200-1290 | 270 | 3.08 | 352 | 3.28 | 241 | 3.06 | 391 | 3.36 | 261 | 3.11 | 403 | 3.29 | 327 | 3.11 | 435 | 3.32 | 342 | 3.16 | 468 | 3.37 |
| 1300-1390 | 298 | 3.33 | 259 | 3.47 | 263 | 3.32 | 283 | 3.50 | 279 | 3.44 | 278 | 3.48 | 319 | 3.40 | 317 | 3.54 | 334 | 3.43 | 341 | 3.56 |
| 1400-1490 | 181 | 3.48 | 124 | 3.69 | 165 | 3.53 | 135 | 3.67 | 171 | 3.63 | 129 | 3.70 | 198 | 3.61 | 126 | 3.73 | 208 | 3.60 | 173 | 3.75 |
| 1500+ | 73 | 3.59 | 30 | 3.84 | 48 | 3.63 | 24 | 3.75 | 65 | 3.69 | 29 | 3.83 | 68 | 3.81 | 30 | 3.82 | 79 | 3.75 | 35 | 3.85 |
| Total/ Mean GPA | 1083 | 3.19 | 1345 | 3.24 | 998 | 3.17 | 1334 | 3.28 | 1067 | 3.24 | 1446 | 3.22 | 1273 | 3.25 | 1652 | 3.26 | 1433 | 3.22 | 1913 | 3.29 |
| Mean Test Score | 1290 | | 1223 | | 1275 | | 1231 | | 1279 | | 1216 | | 1269 | | 1202 | | 1260 | | 1200 | |

| SAT Ranges | Entering 1996 | | | | Entering 1997 | | | | Entering 1998 (Non-Top 10%) | | | | Entering 1999 | | | | Entering 2000 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Male | | Female | | Male | | Female | | Male | | Female | | Male | | Female | | Male | | Female | |
| | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA |
| <900 | 20 | 2.00 | 20 | 2.22 | 28 | 2.00 | 49 | 2.23 | 26 | 2.25 | 26 | 2.30 | 25 | 2.39 | 22 | 2.41 | 21 | 2.44 | 24 | 2.54 |
| 900-990 | 59 | 2.33 | 92 | 2.54 | 84 | 2.31 | 142 | 2.33 | 54 | 2.36 | 115 | 2.38 | 74 | 2.44 | 107 | 2.53 | 47 | 2.65 | 70 | 2.59 |
| 1000-1090 | 195 | 2.39 | 287 | 2.57 | 293 | 2.36 | 443 | 2.54 | 215 | 2.51 | 345 | 2.66 | 233 | 2.40 | 369 | 2.70 | 208 | 2.61 | 323 | 2.73 |
| 1100-1190 | 471 | 2.49 | 477 | 2.75 | 532 | 2.49 | 586 | 2.68 | 460 | 2.55 | 549 | 2.77 | 482 | 2.51 | 483 | 2.75 | 465 | 2.64 | 540 | 2.86 |
| 1200-1290 | 606 | 2.54 | 440 | 2.84 | 630 | 2.57 | 475 | 2.79 | 561 | 2.60 | 448 | 2.97 | 568 | 2.65 | 450 | 3.03 | 655 | 2.75 | 500 | 3.03 |
| 1300-1390 | 351 | 2.71 | 162 | 2.86 | 365 | 2.82 | 187 | 3.14 | 409 | 2.76 | 182 | 3.07 | 377 | 2.89 | 167 | 3.16 | 409 | 2.97 | 202 | 3.24 |
| 1400-1490 | 133 | 3.01 | 33 | 3.30 | 123 | 2.89 | 58 | 3.48 | 132 | 3.09 | 46 | 3.33 | 143 | 2.98 | 59 | 3.44 | 132 | 3.21 | 61 | 3.41 |
| 1500+ | 23 | 2.96 | 6 | 3.39 | 27 | 3.00 | 6 | 3.19 | 21 | 2.98 | 8 | 3.77 | 30 | 3.38 | 7 | 3.76 | 46 | 3.05 | 10 | 3.47 |
| Total/ Mean GPA | 1858 | 2.57 | 1517 | 2.75 | 2082 | 2.57 | 1951 | 2.71 | 1878 | 2.64 | 1719 | 2.82 | 1932 | 2.67 | 1664 | 2.87 | 1983 | 2.79 | 1730 | 2.94 |
| Mean Test Score | 1220 | | 1168 | | 1206 | | 1152 | | 1222 | | 1162 | | 1217 | | 1166 | | 1229 | | 1178 | |

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 8    (continued from page 25)
FRESHMAN YEAR PERFORMANCE BY SAT SCORE RANGE AND GENDER
Entering 1996-2005

**Top 10%**

| SAT Ranges | Entering 2001 || || Entering 2002 || || Entering 2003 || || Entering 2004 || || Entering 2005 || ||
| | Male || Female || Male || Female || Male || Female || Male || Female || Male || Female ||
| | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <900 | 27 | 2.32 | 54 | 2.33 | 32 | 2.22 | 66 | 2.57 | 30 | 2.63 | 98 | 2.44 | 38 | 2.23 | 97 | 2.36 | 33 | 2.00 | 96 | 2.44 |
| 900-990 | 54 | 2.56 | 136 | 2.83 | 57 | 2.37 | 166 | 2.80 | 77 | 2.64 | 181 | 2.75 | 80 | 2.51 | 183 | 2.63 | 76 | 2.56 | 171 | 2.62 |
| 1000-1090 | 133 | 2.74 | 307 | 2.93 | 181 | 2.81 | 341 | 2.94 | 189 | 2.81 | 383 | 2.94 | 181 | 2.65 | 379 | 2.90 | 177 | 2.70 | 393 | 2.85 |
| 1100-1190 | 255 | 2.92 | 437 | 3.17 | 264 | 2.93 | 464 | 3.16 | 293 | 2.99 | 512 | 3.15 | 302 | 2.99 | 499 | 3.16 | 301 | 2.84 | 543 | 3.05 |
| 1200-1290 | 333 | 3.11 | 478 | 3.39 | 393 | 3.18 | 540 | 3.29 | 420 | 3.18 | 603 | 3.31 | 384 | 3.13 | 620 | 3.36 | 416 | 3.14 | 610 | 3.26 |
| 1300-1390 | 362 | 3.40 | 342 | 3.60 | 409 | 3.37 | 439 | 3.61 | 402 | 3.42 | 439 | 3.60 | 406 | 3.32 | 424 | 3.58 | 391 | 3.31 | 472 | 3.55 |
| 1400-1490 | 233 | 3.62 | 160 | 3.74 | 270 | 3.62 | 191 | 3.73 | 285 | 3.61 | 214 | 3.72 | 268 | 3.61 | 210 | 3.70 | 290 | 3.57 | 217 | 3.72 |
| 1500+ | 79 | 3.77 | 33 | 3.85 | 83 | 3.73 | 36 | 3.85 | 96 | 3.76 | 67 | 3.88 | 115 | 3.74 | 54 | 3.87 | 124 | 3.78 | 81 | 3.86 |
| Total/ Mean GPA | 1476 | 3.19 | 1947 | 3.28 | 1689 | 3.20 | 2243 | 3.26 | 1792 | 3.23 | 2497 | 3.25 | 1775 | 3.17 | 2466 | 3.23 | 1808 | 3.15 | 2583 | 3.19 |
| Mean Test Score | 1263 || 1197 || 1261 || 1199 || 1258 || 1197 || 1256 || 1195 || 1261 || 1202 ||

**Non-Top 10%**

| SAT Ranges | Entering 2001 || || Entering 2002 || || Entering 2003 || || Entering 2004 || || Entering 2005 || ||
| | Male || Female || Male || Female || Male || Female || Male || Female || Male || Female ||
| | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA | N | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <900 | 14 | 2.34 | 5 | 2.91 | 24 | 1.87 | 19 | 2.52 | 14 | 2.17 | 16 | 2.17 | 20 | 2.43 | 16 | 2.22 | 19 | 2.41 | 11 | 2.24 |
| 900-990 | 34 | 2.69 | 62 | 2.53 | 26 | 2.41 | 70 | 2.44 | 24 | 2.26 | 19 | 2.72 | 22 | 2.08 | 25 | 2.48 | 14 | 2.68 | 27 | 2.70 |
| 1000-1090 | 148 | 2.45 | 291 | 2.63 | 139 | 2.53 | 235 | 2.73 | 51 | 2.57 | 77 | 2.94 | 39 | 2.47 | 91 | 2.80 | 60 | 2.51 | 80 | 2.55 |
| 1100-1190 | 368 | 2.59 | 438 | 2.80 | 317 | 2.63 | 459 | 2.91 | 105 | 2.81 | 169 | 3.02 | 168 | 2.61 | 229 | 2.95 | 101 | 2.76 | 132 | 2.81 |
| 1200-1290 | 596 | 2.74 | 474 | 3.04 | 567 | 2.83 | 507 | 3.06 | 275 | 2.83 | 302 | 3.19 | 280 | 2.86 | 359 | 3.12 | 290 | 2.87 | 274 | 3.12 |
| 1300-1390 | 361 | 3.00 | 211 | 3.28 | 430 | 2.94 | 225 | 3.30 | 295 | 3.00 | 190 | 3.36 | 363 | 3.06 | 245 | 3.32 | 392 | 3.04 | 207 | 3.31 |
| 1400-1490 | 163 | 3.19 | 45 | 3.42 | 174 | 3.17 | 65 | 3.47 | 154 | 3.23 | 55 | 3.49 | 168 | 3.11 | 79 | 3.37 | 209 | 3.22 | 93 | 3.39 |
| 1500+ | 40 | 3.31 | 5 | 2.98 | 38 | 3.30 | 7 | 3.46 | 41 | 3.48 | 10 | 3.61 | 45 | 3.24 | 8 | 3.73 | 56 | 3.40 | 18 | 3.78 |
| Total/ Mean GPA | 1724 | 2.79 | 1531 | 2.92 | 1715 | 2.82 | 1587 | 2.99 | 959 | 2.94 | 845 | 3.17 | 1105 | 2.91 | 1052 | 3.10 | 1148 | 2.98 | 849 | 3.09 |
| Mean Test Score | 1243 || 1183 || 1251 || 1191 || 1283 || 1229 || 1283 || 1233 || 1299 || 1247 ||

26

THE UNIVERSITY OF TEXAS AT AUSTIN  
TOP 10% REPORT #9

November 6, 2006

**Table 9a**  
**SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND GENDER**  
**Entering 1996**

Note: N-counts below represent students with a college admissions test score. SAT means represent SAT combined scores a[nd] concorded ACT scores. As is the case with the UT admissions routine, students submitting more than one set of scores were given the benefit of the best performance from a single test date. Students with no hours toward a GPA were excluded from the computation of the GPA mean. On very rare occasions students are admitted as freshmen to Pharmacy. Those are included in the total but are not listed.

| College/School | Top 10% | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 22 | 1275 | 3.02 | 16 | 1263 | 3.55 |
| Business | 229 | 1286 | 3.27 | 266 | 1241 | 3.41 |
| Communication | 47 | 1259 | 2.84 | 140 | 1188 | 3.16 |
| Education | 11 | 1163 | 2.91 | 54 | 1173 | 3.18 |
| Engineering | 277 | 1320 | 3.29 | 97 | 1279 | 3.24 |
| Fine Arts | 26 | 1244 | 3.27 | 43 | 1212 | 3.32 |
| Liberal Arts | 182 | 1308 | 3.17 | 366 | 1233 | 3.22 |
| Natural Science | 287 | 1269 | 3.10 | 326 | 1214 | 3.17 |
| Nursing | 2 | 1110 | 2.81 | 33 | 1132 | 2.89 |
| Social Work | | | | 3 | 1237 | 3.54 |
| Total | 1083 | 1290 | 3.19 | 1345 | 1223 | 3.24 |

| College/School | Non-Top 10% | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 13 | 1318 | 2.82 | 6 | 1305 | 3.31 |
| Business | 215 | 1275 | 2.96 | 122 | 1240 | 3.21 |
| Communication | 153 | 1217 | 2.56 | 220 | 1165 | 2.78 |
| Education | 24 | 1094 | 2.43 | 81 | 1151 | 2.72 |
| Engineering | 291 | 1245 | 2.74 | 48 | 1218 | 2.75 |
| Fine Arts | 66 | 1223 | 2.82 | 98 | 1181 | 2.86 |
| Liberal Arts | 669 | 1183 | 2.44 | 639 | 1150 | 2.66 |
| Natural Science | 420 | 1239 | 2.45 | 259 | 1176 | 2.66 |
| Nursing | 6 | 1253 | 2.10 | 34 | 1148 | 2.84 |
| Social Work | 1 | 1120 | 1.90 | 9 | 1144 | 2.94 |
| Total | 1858 | 1220 | 2.57 | 1517 | 1168 | 2.75 |

27

THE UNIVERSITY OF TEXAS AT AUSTIN  
TOP 10% REPORT #9

November 6, 2006

Table 9b
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND GENDER
Entering 1997

| College/School | Top 10% | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 8 | 1241 | 3.61 | 13 | 1265 | 3.52 |
| Business | 209 | 1286 | 3.33 | 270 | 1261 | 3.44 |
| Communication | 48 | 1270 | 3.19 | 124 | 1205 | 3.30 |
| Education | 7 | 1201 | 3.12 | 47 | 1141 | 3.12 |
| Engineering | 289 | 1291 | 3.14 | 117 | 1282 | 3.28 |
| Fine Arts | 22 | 1261 | 3.37 | 35 | 1212 | 3.28 |
| Liberal Arts | 145 | 1278 | 3.08 | 352 | 1248 | 3.31 |
| Natural Science | 268 | 1252 | 3.08 | 339 | 1207 | 3.17 |
| Nursing | 1 | 1030 | 2.54 | 39 | 1102 | 2.94 |
| Social Work | 1 | 1200 | 3.54 | 3 | 1113 | 3.29 |
| Total | 998 | 1275 | 3.17 | 1334 | 1231 | 3.28 |
| College/School | Non-Top 10% | | | | | |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 17 | 1276 | 2.88 | 17 | 1231 | 3.05 |
| Business | 240 | 1273 | 3.06 | 171 | 1242 | 3.19 |
| Communication | 116 | 1198 | 2.58 | 232 | 1157 | 2.95 |
| Education | 45 | 1076 | 2.39 | 143 | 1079 | 2.54 |
| Engineering | 343 | 1268 | 2.72 | 52 | 1202 | 2.68 |
| Fine Arts | 74 | 1180 | 2.57 | 97 | 1124 | 2.79 |
| Liberal Arts | 751 | 1167 | 2.42 | 745 | 1146 | 2.58 |
| Natural Science | 488 | 1207 | 2.46 | 422 | 1150 | 2.63 |
| Nursing | 8 | 1100 | 2.69 | 54 | 1111 | 2.54 |
| Social Work | | | | 16 | 1119 | 2.81 |
| Total | 2082 | 1206 | 2.57 | 1951 | 1152 | 2.71 |

28

THE UNIVERSITY OF TEXAS AT AUSTIN  
TOP 10% REPORT #9

November 6, 2006

Table 9c  
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND GENDER  
Entering 1998

| College/School | Top 10% | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 6 | 1318 | 3.18 | 23 | 1293 | 3.38 |
| Business | 258 | 1267 | 3.26 | 367 | 1227 | 3.28 |
| Communication | 34 | 1279 | 3.29 | 144 | 1188 | 3.22 |
| Education | 8 | 1065 | 2.69 | 42 | 1130 | 3.17 |
| Engineering | 347 | 1304 | 3.26 | 150 | 1277 | 3.27 |
| Fine Arts | 21 | 1212 | 3.41 | 27 | 1249 | 3.35 |
| Liberal Arts | 133 | 1295 | 3.29 | 299 | 1212 | 3.20 |
| Natural Science | 257 | 1263 | 3.15 | 364 | 1207 | 3.18 |
| Nursing | 3 | 1040 | 3.40 | 26 | 1111 | 3.00 |
| Social Work | | | | 4 | 1093 | 2.45 |
| Total | 1067 | 1279 | 3.24 | 1446 | 1216 | 3.22 |
| College/School | Non-Top 10% | | | | | |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 11 | 1327 | 2.68 | 10 | 1295 | 3.12 |
| Business | 92 | 1312 | 3.03 | 78 | 1239 | 3.08 |
| Communication | 69 | 1240 | 2.83 | 108 | 1217 | 2.97 |
| Education | 15 | 1141 | 2.25 | 96 | 1136 | 2.98 |
| Engineering | 380 | 1276 | 2.70 | 67 | 1241 | 2.76 |
| Fine Arts | 54 | 1207 | 2.86 | 81 | 1156 | 2.91 |
| Liberal Arts | 794 | 1181 | 2.62 | 829 | 1148 | 2.80 |
| Natural Science | 460 | 1230 | 2.50 | 384 | 1161 | 2.72 |
| Nursing | 2 | 1135 | 2.53 | 41 | 1103 | 2.77 |
| Social Work | 1 | 1100 | 1.00 | 25 | 1137 | 2.58 |
| Total | 1878 | 1222 | 2.64 | 1719 | 1162 | 2.82 |

29

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 9d
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND GENDER
Entering 1999

| College/School | Top 10% | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 10 | 1387 | 3.30 | 13 | 1325 | 3.25 |
| Business | 315 | 1258 | 3.35 | 400 | 1212 | 3.33 |
| Communication | 68 | 1260 | 3.28 | 166 | 1196 | 3.28 |
| Education | 6 | 1112 | 3.07 | 56 | 1069 | 3.11 |
| Engineering | 406 | 1290 | 3.20 | 160 | 1220 | 3.21 |
| Fine Arts | 17 | 1265 | 3.37 | 55 | 1228 | 3.48 |
| Liberal Arts | 141 | 1263 | 3.26 | 349 | 1216 | 3.28 |
| Natural Science | 310 | 1256 | 3.18 | 415 | 1191 | 3.19 |
| Nursing | | | | 37 | 1152 | 3.03 |
| Social Work | | | | 1 | 930 | 3.00 |
| Total | 1273 | 1269 | 3.25 | 1652 | 1202 | 3.26 |
| College/School | Non-Top 10% | | | | | |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 6 | 1383 | 2.80 | 7 | 1293 | 3.20 |
| Business | 81 | 1313 | 2.89 | 58 | 1257 | 3.16 |
| Communication | 89 | 1292 | 2.92 | 117 | 1222 | 3.18 |
| Education | 31 | 1117 | 2.58 | 116 | 1106 | 2.79 |
| Engineering | 426 | 1246 | 2.58 | 74 | 1233 | 2.91 |
| Fine Arts | 47 | 1154 | 2.69 | 86 | 1167 | 2.90 |
| Liberal Arts | 717 | 1178 | 2.68 | 753 | 1150 | 2.87 |
| Natural Science | 529 | 1229 | 2.63 | 406 | 1174 | 2.76 |
| Nursing | 2 | 1080 | 2.58 | 32 | 1133 | 2.75 |
| Social Work | 4 | 1140 | 3.12 | 15 | 1138 | 2.42 |
| Total | 1932 | 1217 | 2.67 | 1664 | 1166 | 2.87 |

30

THE UNIVERSITY OF TEXAS AT AUSTIN  
TOP 10% REPORT #9

November 6, 2006

Table 9e  
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND GENDER  
Entering 2000

| College/School | Top 10% | | | | | |
|---|---|---|---|---|---|---|
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 9 | 1279 | 3.48 | 15 | 1361 | 3.69 |
| Business | 389 | 1249 | 3.25 | 512 | 1207 | 3.29 |
| Communication | 62 | 1238 | 3.30 | 228 | 1180 | 3.33 |
| Education | 12 | 1078 | 2.76 | 57 | 1097 | 3.29 |
| Engineering | 433 | 1268 | 3.21 | 167 | 1244 | 3.27 |
| Fine Arts | 28 | 1216 | 3.16 | 59 | 1199 | 3.38 |
| Liberal Arts | 178 | 1271 | 3.23 | 376 | 1217 | 3.31 |
| Natural Science | 320 | 1272 | 3.20 | 456 | 1189 | 3.26 |
| Nursing | 2 | 1085 | 2.63 | 39 | 1094 | 3.08 |
| Social Work | | | | 4 | 1055 | 2.91 |
| Total | 1433 | 1260 | 3.22 | 1913 | 1200 | 3.29 |

| College/School | Non-Top 10% | | | | | |
|---|---|---|---|---|---|---|
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 7 | 1387 | 2.72 | 9 | 1386 | 3.52 |
| Business | 48 | 1244 | 3.04 | 39 | 1232 | 3.03 |
| Communication | 31 | 1330 | 3.13 | 54 | 1226 | 3.30 |
| Education | 24 | 1144 | 2.76 | 102 | 1133 | 2.92 |
| Engineering | 299 | 1296 | 2.90 | 52 | 1286 | 2.98 |
| Fine Arts | 58 | 1218 | 2.69 | 101 | 1154 | 2.87 |
| Liberal Arts | 1015 | 1191 | 2.79 | 953 | 1162 | 2.93 |
| Natural Science | 495 | 1260 | 2.69 | 384 | 1206 | 2.90 |
| Nursing | 3 | 1233 | 1.62 | 23 | 1168 | 2.74 |
| Social Work | 3 | 1223 | 2.53 | 13 | 1199 | 2.90 |
| Total | 1983 | 1229 | 2.79 | 1730 | 1178 | 2.94 |

31

THE UNIVERSITY OF TEXAS AT AUSTIN  
TOP 10% REPORT #9

November 6, 2006

Table 9f
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND GENDER
Entering 2001

| College/School | Top 10% | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 16 | 1418 | 3.34 | 24 | 1346 | 3.48 |
| Business | 300 | 1295 | 3.39 | 362 | 1249 | 3.42 |
| Communication | 86 | 1170 | 3.19 | 314 | 1176 | 3.32 |
| Education | 8 | 1140 | 3.07 | 60 | 1087 | 3.20 |
| Engineering | 469 | 1275 | 3.18 | 177 | 1259 | 3.33 |
| Fine Arts | 26 | 1255 | 3.48 | 54 | 1203 | 3.47 |
| Liberal Arts | 212 | 1241 | 3.15 | 446 | 1177 | 3.27 |
| Natural Science | 356 | 1251 | 3.05 | 458 | 1182 | 3.14 |
| Nursing | 2 | 1040 | 3.23 | 46 | 1106 | 2.85 |
| Social Work | 1 | 1280 | 3.78 | 6 | 1130 | 2.76 |
| Total | 1476 | 1263 | 3.19 | 1947 | 1197 | 3.28 |
| College/School | Non-Top 10% | | | | | |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 7 | 1334 | 2.74 | 5 | 1280 | 3.25 |
| Business | 72 | 1379 | 3.28 | 32 | 1329 | 3.48 |
| Communication | 24 | 1233 | 3.15 | 30 | 1143 | 3.25 |
| Education | 16 | 1170 | 2.73 | 102 | 1132 | 3.02 |
| Engineering | 325 | 1274 | 2.82 | 62 | 1257 | 3.07 |
| Fine Arts | 58 | 1222 | 2.87 | 97 | 1145 | 2.82 |
| Liberal Arts | 673 | 1231 | 2.81 | 728 | 1190 | 2.95 |
| Natural Science | 541 | 1225 | 2.65 | 379 | 1190 | 2.77 |
| Nursing | 6 | 1153 | 2.77 | 63 | 1116 | 2.86 |
| Social Work | 2 | 1150 | 2.77 | 33 | 1087 | 2.77 |
| Total | 1724 | 1243 | 2.79 | 1531 | 1183 | 2.92 |

32

THE UNIVERSITY OF TEXAS AT AUSTIN  November 6, 2006
TOP 10% REPORT #9

Table 9g
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND GENDER
Entering 2002

| College/School | Top 10% | | | | | |
|---|---|---|---|---|---|---|
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 9 | 1336 | 3.25 | 21 | 1387 | 3.44 |
| Business | 326 | 1313 | 3.41 | 415 | 1245 | 3.42 |
| Communication | 80 | 1257 | 3.26 | 265 | 1202 | 3.37 |
| Education | 12 | 1078 | 2.83 | 71 | 1087 | 3.10 |
| Engineering | 580 | 1276 | 3.17 | 215 | 1260 | 3.36 |
| Fine Arts | 16 | 1246 | 3.32 | 48 | 1234 | 3.52 |
| Liberal Arts | 258 | 1216 | 3.10 | 581 | 1173 | 3.22 |
| Natural Science | 399 | 1237 | 3.14 | 556 | 1187 | 3.13 |
| Nursing | 9 | 1026 | 2.55 | 62 | 1069 | 2.88 |
| Social Work | | | | 9 | 1087 | 2.77 |
| Total | 1689 | 1261 | 3.20 | 2243 | 1199 | 3.26 |
| College/School | Non-Top 10% | | | | | |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 9 | 1437 | 3.26 | 6 | 1338 | 3.20 |
| Business | 38 | 1362 | 3.30 | 19 | 1320 | 3.38 |
| Communication | 24 | 1334 | 3.10 | 55 | 1317 | 3.36 |
| Education | 22 | 1146 | 2.85 | 139 | 1142 | 3.08 |
| Engineering | 452 | 1267 | 2.72 | 95 | 1242 | 2.87 |
| Fine Arts | 49 | 1231 | 2.89 | 102 | 1174 | 3.01 |
| Liberal Arts | 607 | 1235 | 2.85 | 709 | 1191 | 3.05 |
| Natural Science | 502 | 1248 | 2.80 | 385 | 1190 | 2.84 |
| Nursing | 6 | 1190 | 3.27 | 41 | 1130 | 2.63 |
| Social Work | 6 | 1208 | 3.34 | 35 | 1111 | 2.87 |
| Total | 1715 | 1251 | 2.82 | 1587 | 1191 | 2.99 |

33

THE UNIVERSITY OF TEXAS AT AUSTIN  
TOP 10% REPORT #9

November 6, 2006

Table 9h  
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND GENDER  
Entering 2003

| College/School | Top 10% | | | | | |
|---|---|---|---|---|---|---|
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 17 | 1372 | 3.22 | 19 | 1353 | 3.53 |
| Business | 254 | 1319 | 3.45 | 381 | 1266 | 3.43 |
| Communication | 89 | 1226 | 3.26 | 224 | 1194 | 3.34 |
| Education | 8 | 1025 | 2.89 | 77 | 1064 | 3.14 |
| Engineering | 593 | 1269 | 3.21 | 215 | 1257 | 3.22 |
| Fine Arts | 28 | 1176 | 3.33 | 61 | 1252 | 3.61 |
| Liberal Arts | 347 | 1226 | 3.20 | 725 | 1179 | 3.24 |
| Natural Science | 442 | 1253 | 3.17 | 686 | 1186 | 3.16 |
| Nursing | 12 | 1062 | 2.76 | 91 | 1089 | 2.99 |
| Social Work | 2 | 925 | 2.99 | 18 | 1023 | 2.73 |
| Total | 1792 | 1258 | 3.23 | 2497 | 1197 | 3.25 |
| College/School | Non-Top 10% | | | | | |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 9 | 1412 | 3.31 | 6 | 1292 | 3.65 |
| Business | 20 | 1422 | 3.58 | 12 | 1429 | 3.55 |
| Communication | 6 | 1343 | 3.49 | 2 | 1230 | 2.51 |
| Education | 14 | 1281 | 2.97 | 65 | 1163 | 3.21 |
| Engineering | 310 | 1301 | 2.90 | 63 | 1269 | 3.22 |
| Fine Arts | 42 | 1191 | 2.85 | 67 | 1201 | 3.27 |
| Liberal Arts | 328 | 1263 | 2.96 | 418 | 1233 | 3.17 |
| Natural Science | 225 | 1285 | 2.87 | 195 | 1234 | 3.08 |
| Nursing | 1 | 1120 | 2.63 | 5 | 1052 | 2.85 |
| Social Work | 4 | 1250 | 2.93 | 12 | 1188 | 2.99 |
| Total | 959 | 1283 | 2.94 | 845 | 1229 | 3.17 |

34

THE UNIVERSITY OF TEXAS AT AUSTIN  
TOP 10% REPORT #9

November 6, 2006

Table 9i  
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND GENDER  
Entering 2004

| College/School | Top 10% | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 12 | 1400 | 3.62 | 19 | 1351 | 3.53 |
| Business | 322 | 1295 | 3.39 | 374 | 1262 | 3.41 |
| Communication | 76 | 1236 | 3.45 | 256 | 1213 | 3.45 |
| Education | 15 | 1063 | 2.23 | 89 | 1088 | 3.10 |
| Engineering | 582 | 1279 | 3.10 | 203 | 1261 | 3.28 |
| Fine Arts | 20 | 1266 | 3.31 | 50 | 1244 | 3.62 |
| Liberal Arts | 307 | 1194 | 3.07 | 655 | 1174 | 3.22 |
| Natural Science | 432 | 1251 | 3.12 | 700 | 1182 | 3.09 |
| Nursing | 6 | 1060 | 2.43 | 104 | 1063 | 2.96 |
| Social Work | 3 | 1013 | 3.05 | 16 | 1068 | 2.93 |
| Total | 1775 | 1256 | 3.17 | 2466 | 1195 | 3.23 |
| College/School | Non-Top 10% | | | | | |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 6 | 1378 | 2.83 | 7 | 1364 | 2.95 |
| Business | 17 | 1408 | 3.32 | 15 | 1371 | 3.48 |
| Communication | 15 | 1369 | 3.56 | 26 | 1278 | 3.46 |
| Education | 27 | 1203 | 2.59 | 139 | 1170 | 3.05 |
| Engineering | 344 | 1298 | 2.86 | 56 | 1291 | 3.14 |
| Fine Arts | 44 | 1244 | 3.18 | 84 | 1196 | 3.18 |
| Liberal Arts | 364 | 1254 | 2.90 | 410 | 1234 | 3.07 |
| Natural Science | 283 | 1301 | 2.89 | 292 | 1247 | 3.07 |
| Nursing | | | | 3 | 1060 | 2.87 |
| Social Work | 5 | 1250 | 3.37 | 20 | 1241 | 3.27 |
| Total | 1105 | 1283 | 2.91 | 1052 | 1233 | 3.10 |

35

THE UNIVERSITY OF TEXAS AT AUSTIN  November 6, 2006
TOP 10% REPORT #9

Table 9j
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND GENDER
Entering 2005

| College/School | Top 10% | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 10 | 1369 | 3.54 | 23 | 1373 | 3.50 |
| Business | 287 | 1295 | 3.36 | 341 | 1259 | 3.34 |
| Communication | 79 | 1246 | 3.15 | 233 | 1197 | 3.25 |
| Education | 33 | 1072 | 2.76 | 105 | 1125 | 2.96 |
| Engineering | 482 | 1316 | 3.13 | 145 | 1311 | 3.39 |
| Fine Arts | 26 | 1208 | 3.20 | 63 | 1225 | 3.38 |
| Liberal Arts | 433 | 1217 | 3.13 | 802 | 1183 | 3.17 |
| Natural Science | 441 | 1245 | 3.10 | 768 | 1193 | 3.09 |
| Nursing | 7 | 1154 | 2.37 | 85 | 1110 | 3.22 |
| Social Work | 10 | 1070 | 2.35 | 18 | 1112 | 2.92 |
| Total | 1808 | 1261 | 3.15 | 2583 | 1202 | 3.19 |

| College/School | Non-Top 10% | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Male | | | Female | | |
| | N | SAT | GPA | N | SAT | GPA |
| Architecture | 9 | 1399 | 2.99 | 11 | 1365 | 3.48 |
| Business | 26 | 1413 | 3.43 | 11 | 1345 | 3.47 |
| Communication | 12 | 1396 | 3.11 | 22 | 1343 | 3.23 |
| Education | 14 | 1222 | 2.50 | 70 | 1254 | 3.24 |
| Engineering | 339 | 1315 | 2.93 | 60 | 1324 | 3.10 |
| Fine Arts | 56 | 1213 | 3.30 | 101 | 1189 | 3.18 |
| Liberal Arts | 419 | 1277 | 3.00 | 340 | 1241 | 3.08 |
| Natural Science | 267 | 1320 | 2.94 | 204 | 1234 | 2.86 |
| Nursing | | | | 4 | 1315 | 3.30 |
| Social Work | 6 | 1200 | 1.42 | 26 | 1277 | 3.43 |
| Total | 1148 | 1399 | 2.98 | 849 | 1247 | 3.08 |