# EXHIBIT

# 23

Revised December 6, 2006



THE UNIVERSITY OF TEXAS AT AUSTIN
**OFFICE OF ADMISSIONS**

*IMPLEMENTATION AND RESULTS OF THE TEXAS AUTOMATIC ADMISSIONS LAW*
*(HB 588)*
*at*
*THE UNIVERSITY OF TEXAS AT AUSTIN*

**DEMOGRAPHIC ANALYSIS OF ENTERING FRESHMEN**
**FALL 2006**

*ACADEMIC PERFORMANCE OF TOP 10% AND NON-TOP 10% STUDENTS*
**ACADEMIC YEARS 1996-2005**

Prepared by:

**The Office of Admissions**
**The University of Texas at Austin**
**Main Building, Room 7**
**Austin, Texas 78712**

### Introduction

This is the ninth in a series of reports on the demographic makeup of Top 10% students entering The University of Texas at Austin. These reports were developed to provide easy access to understandable data for the press, the general public, policy analysts, political decision-makers, and fellow academicians.

The Texas Top 10% Law (HB 588) requires the automatic admission of any student graduating in the top 10% of an accredited Texas high school.

As in past reports, the entering summer/fall class of 1996 is a comparison group. It was the last year in which students were admitted under a classic admissions model using affirmative action to assist in the accomplishment of the University's diversity goals.[1] (Affirmative Action was re-introduced to the admissions process with the entering class of 2005.) The continuation and graduation rates of these students are illustrated in a companion to this report.

*This paper is designed to present simple, descriptive statistics relative to graduates of Texas high schools matriculating as entering freshmen from 1996-2006. This is not a position paper. It is not an evaluation of past or present affirmative action policies. It is not a proposed blueprint for other universities or public institutions seeking diversity. It is not representative of the higher education experience in all of Texas. It is merely another chapter about what has happened at The University of Texas at Austin the year before the interruption of affirmative action (1996), the years in which there was no affirmative action (1997-2004), and its return (2005 and 2006).*

November 6, 2006

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

**Table 1**
**Applicants/Admits/First-Time Enrolled Freshmen**
**Summers and Falls Combined**
**1996-2006**

### All Freshman Applications

| | White | | Native American | | African American | | Asian American | | Hispanic | | International | | Unknown | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 1996 | 10564 | 61% | 119 | 1% | 809 | 5% | 2363 | 14% | 2492 | 14% | 896 | 5% | 57 | 0% | 17263 | 100% |
| 1997 | 9134 | 61% | 67 | 0% | 639 | 4% | 2184 | 15% | 1955 | 13% | 946 | 6% | 118 | 1% | 14982 | 100% |
| 1998 | 10138 | 60% | 94 | 1% | 660 | 4% | 2491 | 15% | 2338 | 14% | 958 | 6% | 64 | 0% | 16797 | 100% |
| 1999 | 11051 | 58% | 87 | 0% | 1030 | 5% | 2668 | 14% | 2831 | 15% | 1199 | 6% | 64 | 0% | 18930 | 100% |
| 2000 | 12737 | 59% | 107 | 0% | 1186 | 6% | 2939 | 14% | 3067 | 14% | 1404 | 7% | 79 | 0% | 21539 | 100% |
| 2001 | 11723 | 56% | 127 | 1% | 1053 | 5% | 3123 | 15% | 3164 | 15% | 1673 | 8% | 123 | 1% | 20986 | 100% |
| 2002 | 12603 | 57% | 110 | 0% | 1159 | 5% | 3259 | 15% | 3487 | 16% | 1447 | 7% | 114 | 1% | 22179 | 100% |
| 2003 | 13844 | 57% | 111 | 0% | 1351 | 6% | 3439 | 14% | 4101 | 17% | 1477 | 6% | 96 | 0% | 24519 | 100% |
| 2004 | 12417 | 54% | 127 | 1% | 1456 | 6% | 3262 | 14% | 4035 | 18% | 1571 | 7% | 140 | 1% | 23008 | 100% |
| 2005 | 12552 | 52% | 126 | 1% | 1552 | 6% | 3483 | 15% | 4457 | 19% | 1700 | 7% | 57 | 0% | 23925 | 100% |
| 2006 | 14301 | 52% | 178 | 1% | 1915 | 7% | 4005 | 15% | 5148 | 19% | 1741 | 6% | 27 | 0% | 27315 | 100% |

### All Freshman Admits

| | White | | Native American | | African American | | Asian American | | Hispanic | | International | | Unknown | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 1996 | 7167 | 63% | 63 | 1% | 501 | 4% | 1654 | 14% | 1761 | 15% | 310 | 3% | 10 | 0% | 11456 | 100% |
| 1997 | 7864 | 65% | 54 | 0% | 419 | 3% | 1938 | 16% | 1592 | 13% | 312 | 3% | 42 | 0% | 12289 | 100% |
| 1998 | 7659 | 64% | 59 | 0% | 401 | 3% | 1942 | 16% | 1620 | 14% | 252 | 2% | 41 | 0% | 11975 | 100% |
| 1999 | 7421 | 62% | 47 | 0% | 517 | 4% | 1970 | 16% | 1795 | 14% | 248 | 2% | 28 | 0% | 11949 | 100% |
| 2000 | 8162 | 62% | 59 | 0% | 562 | 4% | 2151 | 16% | 1823 | 14% | 471 | 4% | 65 | 0% | 13256 | 100% |
| 2001 | 7787 | 61% | 66 | 1% | 445 | 3% | 2198 | 17% | 1815 | 14% | 355 | 3% | 41 | 1% | 12733 | 100% |
| 2002 | 8258 | 61% | 61 | 0% | 494 | 4% | 2298 | 17% | 1945 | 14% | 379 | 3% | 33 | 0% | 13476 | 100% |
| 2003 | 6952 | 60% | 37 | 0% | 448 | 4% | 1991 | 17% | 1795 | 16% | 348 | 3% | 38 | 0% | 11504 | 100% |
| 2004 | 6314 | 58% | 53 | 0% | 569 | 5% | 2013 | 17% | 1911 | 16% | 390 | 3% | 29 | 0% | 11788 | 100% |
| 2005 | 6745 | 55% | 59 | 0% | 617 | 5% | 2076 | 17% | 2183 | 18% | 498 | 4% | 8 | 0% | 11922 | 100% |
| 2006 | 7280 | 55% | 68 | 1% | 683 | 5% | 2315 | 17% | 2406 | 18% | 547 | 4% | 8 | 0% | 13307 | 100% |

### All Enrolled First-time Freshmen

| | White | | Native American | | African American | | Asian American | | Hispanic | | International | | Unknown | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 1996 | 4159 | 65% | 34 | 1% | 266 | 4% | 942 | 15% | 932 | 14% | 97 | 2% | | | 6430 | 100% |
| 1997 | 4730 | 67% | 36 | 1% | 190 | 3% | 1130 | 16% | 892 | 13% | 107 | 2% | | | 7085 | 100% |
| 1998 | 4399 | 65% | 37 | 1% | 199 | 3% | 1133 | 17% | 891 | 13% | 83 | 1% | 2 | 0% | 6744 | 100% |
| 1999 | 4447 | 63% | 28 | 0% | 286 | 4% | 1221 | 17% | 976 | 14% | 82 | 1% | | | 7040 | 100% |
| 2000 | 4801 | 62% | 32 | 0% | 296 | 4% | 1325 | 17% | 1011 | 13% | 217 | 3% | 4 | 0% | 7686 | 100% |
| 2001 | 4447 | 61% | 34 | 0% | 242 | 3% | 1413 | 19% | 1024 | 14% | 139 | 2% | 38 | 1% | 7337 | 100% |
| 2002 | 4882 | 62% | 35 | 0% | 272 | 3% | 1452 | 18% | 1137 | 14% | 157 | 2% | | | 7935 | 100% |
| 2003 | 3866 | 59% | 39 | 0% | 267 | 4% | 1133 | 18% | 1068 | 16% | 156 | 2% | 15 | 0% | 6544 | 100% |
| 2004 | 3901 | 57% | 28 | 0% | 309 | 5% | 1216 | 18% | 1149 | 17% | 173 | 3% | 18 | 0% | 6796 | 100% |
| 2005 | 3838 | 56% | 33 | 0% | 351 | 5% | 1192 | 17% | 1244 | 18% | 236 | 3% | 18 | 0% | 6912 | 100% |
| 2006 | 4029 | 54% | 38 | 1% | 387 | 5% | 1327 | 18% | 1389 | 19% | 249 | 3% | 2 | 0% | 7421 | 100% |

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 1a
First-Time Enrolled Freshmen from Texas High Schools
Summers and Falls Combined
1996-2006

**Top 10% First-Time Enrolled Freshmen from Texas High Schools**

| | White | | Native American | | African American | | Asian American | | Hispanic | | International | | Unknown | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 1996 | 1497 | 62% | 8 | 0% | 91 | 4% | 430 | 18% | 396 | 16% | 6 | 0% | | | 2428 | 100% |
| 1997 | 1408 | 60% | 10 | 0% | 50 | 2% | 505 | 22% | 358 | 15% | 1 | 0% | | | 2332 | 100% |
| 1998 | 1497 | 60% | 9 | 0% | 69 | 3% | 519 | 21% | 414 | 16% | 5 | 0% | | | 2513 | 100% |
| 1999 | 1620 | 55% | 10 | 0% | 160 | 5% | 809 | 21% | 513 | 18% | 10 | 0% | 3 | 0% | 2925 | 100% |
| 2000 | 1921 | 57% | 10 | 0% | 156 | 5% | 653 | 20% | 591 | 18% | 15 | 0% | 1 | 0% | 3346 | 100% |
| 2001 | 1942 | 57% | 19 | 0% | 137 | 4% | 718 | 21% | 575 | 17% | 25 | 1% | 16 | 0% | 3423 | 100% |
| 2002 | 2203 | 56% | 19 | 0% | 156 | 4% | 800 | 20% | 703 | 18% | 51 | 1% | | | 3932 | 100% |
| 2003 | 2378 | 55% | 15 | 0% | 194 | 5% | 781 | 18% | 858 | 20% | 61 | 1% | 2 | 0% | 4289 | 100% |
| 2004 | 2270 | 54% | 20 | 0% | 225 | 5% | 776 | 18% | 887 | 21% | 60 | 1% | 3 | 0% | 4241 | 100% |
| 2005 | 2288 | 52% | 18 | 0% | 252 | 6% | 782 | 18% | 966 | 22% | 85 | 2% | | | 4391 | 100% |
| 2006 | 2524 | 51% | 23 | 0% | 268 | 5% | 929 | 19% | 1049 | 21% | 108 | 2% | 1 | 0% | 4902 | 100% |

**Non-Top 10% First-Time Enrolled Freshmen from Texas High Schools**

| | White | | Native American | | African American | | Asian American | | Hispanic | | International | | Unknown | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 1996 | 2215 | 66% | 21 | 1% | 164 | 5% | 461 | 14% | 508 | 15% | 8 | 0% | | | 3375 | 100% |
| 1997 | 2781 | 69% | 22 | 1% | 135 | 3% | 567 | 14% | 519 | 13% | 9 | 0% | | | 4033 | 100% |
| 1998 | 2457 | 68% | 24 | 1% | 119 | 3% | 642 | 18% | 441 | 12% | 6 | 0% | | | 3597 | 100% |
| 1999 | 2472 | 69% | 14 | 0% | 113 | 3% | 559 | 16% | 424 | 12% | 7 | 0% | 7 | 0% | 3596 | 100% |
| 2000 | 2529 | 68% | 21 | 1% | 129 | 3% | 606 | 16% | 401 | 11% | 15 | 1% | 2 | 0% | 3713 | 100% |
| 2001 | 2076 | 64% | 20 | 1% | 98 | 3% | 607 | 19% | 426 | 13% | 15 | 0% | 13 | 0% | 3255 | 100% |
| 2002 | 2188 | 66% | 12 | 0% | 99 | 3% | 562 | 17% | 411 | 12% | 30 | 1% | | | 3302 | 100% |
| 2003 | 1202 | 67% | 4 | 0% | 64 | 4% | 299 | 17% | 199 | 11% | 35 | 2% | 5 | 0% | 1804 | 100% |
| 2004 | 1384 | 64% | 8 | 0% | 77 | 4% | 388 | 18% | 251 | 12% | 44 | 2% | 5 | 0% | 2157 | 100% |
| 2005 | 1230 | 62% | 10 | 1% | 87 | 4% | 350 | 18% | 264 | 13% | 44 | 2% | 12 | 1% | 1997 | 100% |
| 2006 | 1163 | 59% | 10 | 1% | 110 | 6% | 327 | 17% | 314 | 16% | 38 | 2% | | | 1962 | 100% |

**All Enrolled First-Time Freshmen from Texas High Schools**

| | White | | Native American | | African American | | Asian American | | Hispanic | | International | | Unknown | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| 1996 | 3712 | 64% | 29 | 0% | 255 | 4% | 891 | 15% | 902 | 16% | 14 | 0% | | | 5803 | 100% |
| 1997 | 4189 | 66% | 32 | 1% | 185 | 3% | 1072 | 17% | 877 | 14% | 10 | 0% | | | 6365 | 100% |
| 1998 | 3954 | 65% | 33 | 1% | 188 | 3% | 1061 | 17% | 855 | 14% | 19 | 0% | | | 6110 | 100% |
| 1999 | 4092 | 63% | 24 | 0% | 273 | 4% | 1168 | 18% | 937 | 14% | 17 | 0% | 10 | 0% | 6521 | 100% |
| 2000 | 4450 | 63% | 30 | 0% | 285 | 4% | 1289 | 18% | 992 | 14% | 40 | 1% | 3 | 0% | 7059 | 100% |
| 2001 | 4018 | 60% | 30 | 0% | 235 | 4% | 1325 | 20% | 1001 | 15% | 40 | 1% | 29 | 0% | 6678 | 100% |
| 2002 | 4391 | 61% | 31 | 0% | 255 | 4% | 1362 | 19% | 1114 | 15% | 81 | 1% | | | 7234 | 100% |
| 2003 | 3580 | 59% | 19 | 0% | 258 | 4% | 1080 | 18% | 1057 | 17% | 96 | 2% | 3 | 0% | 6093 | 100% |
| 2004 | 3654 | 57% | 28 | 0% | 302 | 5% | 1164 | 18% | 1138 | 18% | 104 | 2% | 8 | 0% | 6398 | 100% |
| 2005 | 3518 | 55% | 28 | 0% | 339 | 5% | 1132 | 18% | 1230 | 19% | 129 | 2% | 12 | 0% | 6388 | 100% |
| 2006 | 3687 | 54% | 33 | 0% | 378 | 6% | 1256 | 18% | 1363 | 20% | 146 | 2% | 1 | 0% | 6864 | 100% |

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 2

TOP 10% STUDENTS ADMITTED TO UT AUSTIN BY RACIAL/ETHNIC BACKGROUND

HB 588 Automatic Admits divided by ("/") Total Admits

Summer/Fall 1999-2006

| ETHNICITY | 1999 | | 2000 | | 2001 | | 2002 | | 2003 | | 2004 | | 2005 | | 2006 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| White | 2753/7421 | 37% | 3182/8162 | 39% | 3213/7787 | 41% | 3527/8258 | 43% | 3996/6852 | 58% | 3817/6814 | 56% | 3887/6745 | 58% | 4297/7280 | 59% |
| African American | 268/517 | 52% | 291/562 | 52% | 245/445 | 55% | 278/494 | 56% | 326/448 | 73% | 428/569 | 75% | 441/817 | 71% | 463/683 | 68% |
| Asian American | 998/1970 | 51% | 1034/2151 | 48% | 1081/2198 | 49% | 1211/2258 | 53% | 1250/1991 | 63% | 1257/2013 | 62% | 1302/2076 | 63% | 1572/2315 | 68% |
| Hispanic | 911/1705 | 53% | 1020/1823 | 56% | 1012/1815 | 56% | 1177/1945 | 61% | 1424/1795 | 79% | 1451/1911 | 76% | 1656/2183 | 76% | 1790/2406 | 74% |

Table 2a

TOP 10% STUDENTS ADMITTED TO UT AUSTIN BY RACIAL/ETHNIC BACKGROUND

HB 588 Automatic Admits divided by ("/") Admits from Texas High Schools

Summer/Fall 1999-2006

| ETHNICITY | 1999 | | 2000 | | 2001 | | 2002 | | 2003 | | 2004 | | 2005 | | 2006 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | % | N | % | N | % | N | % | N | % | N | % | N | % | N | % |
| White | 2753/6664 | 41% | 3182/7194 | 44% | 3213/6629 | 48% | 3527/6869 | 51% | 3996/6004 | 67% | 3817/6132 | 62% | 3887/5906 | 66% | 4297/6288 | 69% |
| African American | 268/491 | 55% | 291/531 | 55% | 245/424 | 58% | 278/452 | 62% | 326/425 | 77% | 428/553 | 77% | 441/592 | 74% | 463/661 | 70% |
| Asian American | 998/1828 | 55% | 1034/1941 | 53% | 1081/1909 | 57% | 1211/1965 | 62% | 1250/1725 | 72% | 1257/1823 | 69% | 1302/1865 | 70% | 1572/2060 | 76% |
| Hispanic | 911/1643 | 55% | 1020/1753 | 58% | 1012/1714 | 59% | 1177/1817 | 65% | 1424/1745 | 82% | 1451/1860 | 78% | 1656/2119 | 78% | 1790/2318 | 77% |

November 6, 2006

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

7

Table 2b
UNIVERSITY OF TEXAS ENTERING FRESHMAN CLASSES
Breakout of Top 10% Status
Enrolled Students from Texas High Schools
Summer/Fall 1996-2006

|      | TX Grads | Top 10% | | Non-Top 10% | |
| --- | --- | --- | --- | --- | --- |
|      | N | N | % | N | % |
| 1996 | 5803 | 2428 | 42% | 3375 | 58% |
| 1997 | 6365 | 2332 | 37% | 4033 | 63% |
| 1998 | 6110 | 2513 | 41% | 3597 | 59% |
| 1999 | 6521 | 2925 | 45% | 3596 | 55% |
| 2000 | 7059 | 3346 | 47% | 3713 | 53% |
| 2001 | 6678 | 3423 | 51% | 3255 | 49% |
| 2002 | 7234 | 3932 | 54% | 3302 | 46% |
| 2003 | 6093 | 4289 | 70% | 1804 | 30% |
| 2004 | 6398 | 4241 | 66% | 2157 | 34% |
| 2005 | 6388 | 4391 | 69% | 1997 | 31% |
| 2006 | 6864 | 4902 | 71% | 1962 | 29% |

Table 3
MEAN COLLEGE ADMISSION TEST SCORES OF ENROLLED TOP 10% AND NON-TOP 10% STUDENTS
Graduates of Texas High Schools
Summer/Fall 1996-2006

Note: The ranges below, and throughout this report, represent SAT combined scores and concorded ACT scores. As is the case with the UT admissions routine, students submitting more than one set of scores were given the benefit of the best performance from a single test date.

|             | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Top 10%     | 1253 | 1249 | 1243 | 1231 | 1226 | 1225 | 1226 | 1223 | 1221 | 1226 | 1220 |
| Non-Top 10% | 1197 | 1180 | 1193 | 1193 | 1205 | 1215 | 1222 | 1257 | 1258 | 1277 | 1257 |
| Total       | 1220 | 1205 | 1214 | 1210 | 1215 | 1220 | 1224 | 1233 | 1233 | 1242 | 1230 |

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

**Table 6d**
FRESHMAN YEAR PERFORMANCE BY SAT SCORE RANGE
Entering 1996-2005
Graduates of Texas High Schools
Hispanic Students

| SAT Ranges | Entering 1996 Top 10% N | GPA | Non-Top 10% N | GPA | Entering 1997 Top 10% N | GPA | Non-Top 10% N | GPA | Entering 1998 Top 10% N | GPA | Non-Top 10% N | GPA | Entering 1999 Top 10% N | GPA | Non-Top 10% N | GPA | Entering 2000 Top 10% N | GPA | Non-Top 10% N | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <900 | 11 | 2.61 | 12 | 2.11 | 9 | 2.11 | 21 | 2.05 | 20 | 2.29 | 19 | 2.52 | 32 | 2.75 | 15 | 2.40 | 38 | 2.57 | 14 | 2.73 |
| 900-990 | 36 | 2.54 | 54 | 2.54 | 41 | 2.83 | 67 | 2.17 | 44 | 2.66 | 49 | 2.23 | 50 | 2.71 | 58 | 2.41 | 90 | 2.83 | 19 | 2.60 |
| 1000-1090 | 105 | 2.80 | 124 | 2.43 | 89 | 2.74 | 126 | 2.55 | 113 | 2.94 | 100 | 2.54 | 130 | 2.78 | 103 | 2.51 | 144 | 2.96 | 95 | 2.58 |
| 1100-1190 | 88 | 3.05 | 149 | 2.51 | 85 | 3.01 | 146 | 2.62 | 95 | 2.83 | 114 | 2.54 | 126 | 3.09 | 110 | 2.60 | 150 | 3.01 | 109 | 2.80 |
| 1200-1290 | 84 | 3.15 | 112 | 2.68 | 71 | 3.16 | 97 | 2.61 | 86 | 3.10 | 102 | 2.64 | 116 | 3.16 | 92 | 2.81 | 102 | 3.22 | 109 | 2.86 |
| 1300-1390 | 51 | 3.26 | 43 | 2.63 | 51 | 3.35 | 47 | 2.82 | 39 | 3.43 | 39 | 2.93 | 47 | 3.26 | 34 | 2.92 | 51 | 3.47 | 41 | 2.92 |
| 1400-1490 | 18 | 3.60 | 10 | 2.31 | 10 | 3.33 | 14 | 2.97 | 14 | 3.60 | 16 | 3.45 | 10 | 3.78 | 11 | 3.35 | 14 | 3.60 | 9 | 3.39 |
| 1500+ | 3 | 3.50 | 2 | 1.34 | 2 | 4.00 | 1 | 3.35 | 3 | 3.71 | 2 | 2.02 | 2 | 3.66 | 1 | 3.91 | 2 | 3.27 | 5 | 3.42 |
| Total/Mean | 396 | 3.00 | 506 | 2.52 | 358 | 2.99 | 519 | 2.55 | 414 | 2.96 | 441 | 2.59 | 513 | 3 | 424 | 2.64 | 591 | 3.04 | 401 | 2.78 |
| SAT Mean | 1158 | | 1136 | | 1147 | | 1128 | | 1134 | | 1140 | | 1129 | | 1128 | | 1114 | | 1158 | |

**Table 6d**   (continued from above)
FRESHMAN YEAR PERFORMANCE BY SAT SCORE RANGE
Entering 1996-2005
Graduates of Texas High Schools
Hispanic Students

| SAT Ranges | Entering 2001 Top 10% N | GPA | Non-Top 10% N | GPA | Entering 2002 Top 10% N | GPA | Non-Top 10% N | GPA | Entering 2003 Top 10% N | GPA | Non-Top 10% N | GPA | Entering 2004 Top 10% N | GPA | Non-Top 10% N | GPA | Entering 2005 Top 10% N | GPA | Non-Top 10% N | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <900 | 43 | 2.51 | 6 | 2.94 | 52 | 2.56 | 16 | 2.14 | 71 | 2.61 | 11 | 2.06 | 67 | 2.54 | 9 | 2.32 | 56 | 2.42 | 13 | 2.39 |
| 900-990 | 86 | 2.90 | 36 | 2.64 | 112 | 2.60 | 35 | 2.50 | 145 | 2.67 | 12 | 2.50 | 131 | 2.60 | 17 | 2.44 | 135 | 2.69 | 15 | 3.16 |
| 1000-1090 | 149 | 2.87 | 107 | 2.55 | 198 | 2.96 | 87 | 2.61 | 211 | 2.89 | 28 | 2.86 | 229 | 2.73 | 38 | 2.80 | 239 | 2.83 | 40 | 2.53 |
| 1100-1190 | 143 | 3.13 | 116 | 2.60 | 151 | 3.13 | 103 | 2.69 | 205 | 3.01 | 35 | 2.83 | 192 | 3.02 | 61 | 2.73 | 225 | 2.90 | 41 | 2.57 |
| 1200-1290 | 93 | 3.29 | 111 | 2.83 | 109 | 3.26 | 111 | 2.93 | 134 | 3.21 | 65 | 3.02 | 159 | 3.14 | 61 | 2.73 | 177 | 3.11 | 90 | 2.86 |
| 1300-1390 | 41 | 3.32 | 37 | 2.96 | 71 | 3.37 | 43 | 3.06 | 56 | 3.31 | 41 | 2.97 | 61 | 3.37 | 48 | 3.15 | 102 | 3.42 | 44 | 2.93 |
| 1400-1490 | 15 | 3.55 | 11 | 3.09 | 18 | 3.71 | 14 | 3.42 | 33 | 3.47 | 5 | 3.22 | 26 | 3.59 | 13 | 3.12 | 27 | 3.45 | 20 | 3.25 |
| 1500+ | 5 | 3.74 | 2 | 3.60 | 2 | 2.94 | | 2.77 | 3 | 4.00 | 2 | 2.25 | 2 | 3.98 | 4 | 2.91 | 5 | 3.84 | 1 | 3.83 |
| Total/Mean | 575 | 3.04 | 426 | 2.71 | 703 | 3.01 | 411 | | 858 | 2.96 | 199 | 2.87 | 887 | 2.92 | 251 | 2.81 | 966 | 2.94 | 264 | 2.80 |
| SAT Mean | 1109 | | 1149 | | 1103 | | 1155 | | 1100 | | 1189 | | 1110 | | 1189 | | 1122 | | 1193 | |

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 7a
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND ETHNICITY
Entering 1996

Note: N-counts below represent students with a college admissions test score. SAT means represent SAT combined scores and concorded ACT scores. As is the case with the UT admissions routine, students submitting more than one set of scores were given the benefit of the best performance from a single test date. Students with no hours toward a GPA were excluded from the computation of the GPA mean. On very rare occasions students are admitted as freshmen to Pharmacy. Those are included in the total but are not listed.

### Top 10%

| College/School | White | | | African-American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 27 | 1296 | 3.16 | | | | 4 | 1160 | 3.54 | 7 | 1236 | 3.42 | 38 | 1270 | 3.24 |
| Business | 318 | 1277 | 3.36 | 20 | 1183 | 3.02 | 97 | 1276 | 3.43 | 58 | 1178 | 3.23 | 495 | 1261 | 3.34 |
| Communication | 129 | 1223 | 3.10 | 13 | 1110 | 2.59 | 16 | 1211 | 3.20 | 27 | 1155 | 3.13 | 187 | 1206 | 3.08 |
| Education | 43 | 1184 | 3.08 | 4 | 1145 | 2.84 | 8 | 1230 | 3.50 | 9 | 1096 | 3.10 | 65 | 1171 | 3.13 |
| Engineering | 208 | 1335 | 3.35 | 13 | 1122 | 2.50 | 83 | 1346 | 3.44 | 68 | 1221 | 2.98 | 374 | 1309 | 3.28 |
| Fine Arts | 48 | 1259 | 3.40 | | | | 4 | 1260 | 3.51 | 17 | 1118 | 2.97 | 69 | 1224 | 3.30 |
| Liberal Arts | 371 | 1293 | 3.27 | 17 | 1132 | 3.02 | 55 | 1288 | 3.37 | 104 | 1134 | 2.89 | 548 | 1258 | 3.20 |
| Natural Science | 333 | 1274 | 3.11 | 19 | 1150 | 2.87 | 157 | 1241 | 3.34 | 99 | 1142 | 2.96 | 613 | 1240 | 3.14 |
| Nursing | 19 | 1184 | 3.01 | 4 | 1020 | 2.60 | 4 | 1083 | 3.05 | 7 | 1083 | 2.56 | 35 | 1131 | 2.88 |
| Social Work | 1 | 1210 | 4.00 | | 1200 | 3.74 | 1 | 1300 | 2.88 | | | | 3 | 1237 | 3.54 |
| Total | 1497 | 1280 | 3.24 | 91 | 1139 | 2.84 | 430 | 1272 | 3.38 | 396 | 1158 | 3.00 | 2428 | 1253 | 3.21 |

### Non-Top 10%

| College/School | White | | | African-American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 17 | 1312 | 2.92 | | | | | | | 2 | 1330 | 3.47 | 19 | 1314 | 2.97 |
| Business | 219 | 1279 | 2.99 | 14 | 1166 | 3.02 | 62 | 1284 | 3.34 | 40 | 1170 | 2.95 | 337 | 1262 | 3.05 |
| Communication | 282 | 1199 | 2.72 | 19 | 1093 | 2.52 | 27 | 1224 | 2.77 | 45 | 1124 | 2.52 | 373 | 1186 | 2.69 |
| Education | 71 | 1140 | 2.71 | 8 | 1011 | 2.76 | 8 | 1229 | 2.51 | 18 | 1146 | 2.46 | 105 | 1138 | 2.66 |
| Engineering | 196 | 1261 | 2.75 | 14 | 1172 | 2.63 | 69 | 1252 | 2.76 | 56 | 1171 | 2.65 | 339 | 1241 | 2.74 |
| Fine Arts | 132 | 1208 | 2.86 | 9 | 1167 | 2.60 | 6 | 1208 | 3.04 | 16 | 1151 | 2.86 | 164 | 1198 | 2.84 |
| Liberal Arts | 897 | 1190 | 2.58 | 55 | 1041 | 2.34 | 128 | 1159 | 2.56 | 216 | 1103 | 2.46 | 1308 | 1167 | 2.55 |
| Natural Science | 369 | 1239 | 2.55 | 41 | 1137 | 2.35 | 156 | 1211 | 2.63 | 103 | 1167 | 2.39 | 679 | 1215 | 2.53 |
| Nursing | 27 | 1157 | 2.89 | 1 | 1050 | 1.86 | 4 | 1115 | 2.97 | 8 | 1224 | 2.15 | 40 | 1164 | 2.73 |
| Social Work | 5 | 1194 | 2.82 | 3 | 1150 | 2.83 | | | | 2 | 1000 | 2.86 | 10 | 1142 | 2.83 |
| Total | 2215 | 1214 | 2.68 | 164 | 1100 | 2.48 | 461 | 1213 | 2.74 | 506 | 1136 | 2.52 | 3375 | 1197 | 2.65 |

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 7b
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND ETHNICITY
Entering 1997

**Top 10%**

| College/School | White N | White SAT | White GPA | African American N | African American SAT | African American GPA | Asian American N | Asian American SAT | Asian American GPA | Hispanic N | Hispanic SAT | Hispanic GPA | All Students N | All Students SAT | All Students GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Architecture | 16 | 1254 | 3.56 | 5 | | | 3 | 1373 | 3.49 | 2 | 1095 | 3.59 | 21 | 1256 | 3.55 |
| Business | 307 | 1272 | 3.38 | 6 | 1158 | 3.03 | 120 | 1298 | 3.47 | 45 | 1211 | 3.33 | 479 | 1272 | 3.39 |
| Communication | 121 | 1248 | 3.27 | 6 | 1223 | 3.56 | 13 | 1235 | 3.43 | 32 | 1127 | 3.16 | 172 | 1223 | 3.27 |
| Education | 34 | 1169 | 3.13 | | | | 7 | 1106 | 3.13 | 12 | 1113 | 3.05 | 54 | 1149 | 3.12 |
| Engineering | 217 | 1329 | 3.28 | 8 | 1185 | 3.26 | 109 | 1311 | 3.26 | 70 | 1142 | 2.70 | 406 | 1289 | 3.18 |
| Fine Arts | 44 | 1238 | 3.30 | 1 | 1230 | 3.49 | 4 | 1298 | 3.59 | 8 | 1160 | 3.21 | 57 | 1231 | 3.31 |
| Liberal Arts | 351 | 1281 | 3.28 | 11 | 1098 | 3.08 | 56 | 1263 | 3.29 | 77 | 1158 | 3.04 | 497 | 1256 | 3.24 |
| Natural Science | 302 | 1264 | 3.18 | 19 | 1106 | 2.84 | 188 | 1221 | 3.19 | 94 | 1144 | 2.93 | 607 | 1227 | 3.13 |
| Nursing | 15 | 1169 | 2.95 | | | | 4 | 1163 | 3.20 | 15 | 1013 | 2.84 | 34 | 1099 | 2.93 |
| Social Work | 1 | 1250 | 4.00 | | | | | | | 3 | 1097 | 3.13 | 4 | 1135 | 3.35 |
| Total | 1408 | 1275 | 3.28 | 50 | 1139 | 3.08 | 505 | 1263 | 3.29 | 358 | 1147 | 2.99 | 2332 | 1249 | 3.23 |

**Non-Top 10%**

| College/School | White N | White SAT | White GPA | African American N | African American SAT | African American GPA | Asian American N | Asian American SAT | Asian American GPA | Hispanic N | Hispanic SAT | Hispanic GPA | All Students N | All Students SAT | All Students GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Architecture | 30 | 1244 | 2.92 | 4 | | | 4 | 1328 | 3.32 | | | | 34 | 1254 | 2.96 |
| Business | 286 | 1267 | 3.06 | 4 | 1258 | 2.80 | 85 | 1256 | 3.26 | 33 | 1214 | 3.14 | 411 | 1260 | 3.11 |
| Communication | 274 | 1177 | 2.87 | 8 | 1126 | 2.42 | 16 | 1188 | 2.88 | 48 | 1138 | 2.62 | 348 | 1171 | 2.83 |
| Education | 134 | 1094 | 2.49 | 12 | 976 | 2.36 | 14 | 1096 | 2.66 | 27 | 1041 | 2.60 | 188 | 1079 | 2.50 |
| Engineering | 246 | 1273 | 2.71 | 11 | 1155 | 2.53 | 78 | 1264 | 2.89 | 55 | 1217 | 2.52 | 395 | 1259 | 2.72 |
| Fine Arts | 131 | 1162 | 2.68 | 8 | 994 | 2.85 | 10 | 1131 | 2.73 | 18 | 1114 | 2.82 | 171 | 1148 | 2.70 |
| Liberal Arts | 1076 | 1175 | 2.64 | 59 | 1003 | 2.12 | 147 | 1150 | 2.43 | 203 | 1108 | 2.47 | 1496 | 1157 | 2.50 |
| Natural Science | 543 | 1203 | 2.54 | 30 | 1043 | 2.31 | 209 | 1176 | 2.64 | 123 | 1118 | 2.42 | 910 | 1181 | 2.54 |
| Nursing | 48 | 1107 | 2.47 | 3 | 1073 | 2.45 | 2 | 1240 | 3.17 | 9 | 1109 | 2.89 | 62 | 1110 | 2.56 |
| Social Work | 13 | 1151 | 2.78 | | | | | | | 3 | 980 | 2.97 | 16 | 1119 | 2.81 |
| Total | 2781 | 1194 | 2.65 | 135 | 1038 | 2.31 | 567 | 1193 | 2.73 | 519 | 1128 | 2.55 | 4033 | 1180 | 2.64 |

November 6, 2006

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

Table 7c
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND ETHNICITY
Entering 1998

**Top 10%**

| College/School | White | | | African American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 24 | 1296 | 3.38 | 2 | 1106 | 3.09 | 3 | 1303 | 3.04 | 2 | 1320 | 3.34 | 29 | 1298 | 3.34 |
| Business | 382 | 1264 | 3.28 | | | | 141 | 1282 | 3.49 | 78 | 1111 | 2.90 | 625 | 1243 | 3.27 |
| Communication | 121 | 1227 | 3.33 | 7 | 1110 | 2.84 | 19 | 1268 | 3.26 | 31 | 1103 | 2.94 | 178 | 1205 | 3.24 |
| Education | 28 | 1184 | 3.17 | 2 | 990 | 2.90 | 4 | 1125 | 3.43 | 16 | 1021 | 2.89 | 50 | 1120 | 3.09 |
| Engineering | 281 | 1329 | 3.31 | 5 | 1080 | 2.94 | 126 | 1318 | 3.36 | 84 | 1168 | 2.98 | 497 | 1296 | 3.27 |
| Fine Arts | 42 | 1252 | 3.42 | 1 | 1114 | 2.79 | 1 | 1110 | 4.00 | 4 | 1033 | 2.69 | 48 | 1233 | 3.38 |
| Liberal Arts | 284 | 1263 | 3.26 | 17 | 1114 | 2.79 | 54 | 1288 | 3.42 | 74 | 1128 | 3.01 | 432 | 1237 | 3.22 |
| Natural Science | 314 | 1253 | 3.17 | 16 | 1161 | 3.04 | 167 | 1248 | 3.29 | 118 | 1157 | 2.99 | 621 | 1230 | 3.17 |
| Nursing | 19 | 1107 | 3.01 | | | | 4 | 1143 | 3.66 | 6 | 1065 | 2.73 | 29 | 1103 | 3.04 |
| Social Work | 2 | 1205 | 2.19 | 1 | 800 | 2.34 | | | | 1 | 1160 | 3.10 | 4 | 1093 | 2.45 |
| Total | 1497 | 1267 | 3.26 | 69 | 1111 | 2.95 | 519 | 1277 | 3.38 | 414 | 1134 | 2.96 | 2513 | 1243 | 3.23 |

**Non-Top 10%**

| College/School | White | | | African American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 18 | 1324 | 2.86 | 7 | 1163 | 2.84 | 25 | 1288 | 3.10 | 12 | 1240 | 3.02 | 21 | 1312 | 2.89 |
| Business | 125 | 1290 | 3.06 | 3 | 1217 | 3.19 | 9 | 1284 | 3.35 | 27 | 1143 | 2.63 | 170 | 1278 | 3.05 |
| Communication | 135 | 1240 | 2.93 | 1 | 940 | 3.11 | 6 | 1080 | 2.85 | 10 | 1152 | 2.86 | 177 | 1226 | 2.91 |
| Education | 91 | 1142 | 2.92 | | | | | | | 3 | | | 111 | 1137 | 2.88 |
| Engineering | 281 | 1284 | 2.67 | 15 | 1228 | 2.94 | 95 | 1257 | 2.83 | 49 | 1226 | 2.66 | 447 | 1270 | 2.71 |
| Fine Arts | 106 | 1186 | 2.91 | 3 | 1053 | 3.04 | 8 | 1171 | 3.37 | 16 | 1132 | 2.54 | 135 | 1177 | 2.89 |
| Liberal Arts | 1165 | 1180 | 2.73 | 60 | 1031 | 2.51 | 174 | 1169 | 2.72 | 212 | 1110 | 2.63 | 1623 | 1164 | 2.71 |
| Natural Science | 490 | 1212 | 2.56 | 22 | 1149 | 2.76 | 217 | 1196 | 2.77 | 105 | 1151 | 2.40 | 844 | 1199 | 2.60 |
| Nursing | 31 | 1121 | 2.81 | 5 | 1032 | 2.42 | 6 | 1107 | 2.75 | 1 | 930 | 2.88 | 43 | 1104 | 2.76 |
| Social Work | 15 | 1139 | 2.53 | 3 | 1083 | 2.62 | 2 | 1105 | 2.12 | 6 | 1163 | 2.57 | 26 | 1136 | 2.52 |
| Total | 2457 | 1206 | 2.73 | 119 | 1091 | 2.66 | 542 | 1201 | 2.79 | 441 | 1140 | 2.59 | 3597 | 1193 | 2.72 |

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 7d
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND ETHNICITY
Entering 1999

**Top 10%**

| College/School | White | | | African American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 20 | 1358 | 3.32 | 38 | 1095 | 2.99 | 1 | 1380 | 3.50 | 2 | 1275 | 2.73 | 23 | 1352 | 3.27 |
| Business | 400 | 1252 | 3.40 | 10 | 1126 | 3.19 | 173 | 1269 | 3.43 | 99 | 1145 | 3.09 | 715 | 1233 | 3.34 |
| Communication | 164 | 1239 | 3.31 | | | | 18 | 1250 | 3.29 | 41 | 1121 | 3.15 | 234 | 1214 | 3.28 |
| Education | 39 | 1133 | 3.20 | 8 | 901 | 2.73 | | | | 15 | 1012 | 3.08 | 62 | 1074 | 3.11 |
| Engineering | 274 | 1314 | 3.28 | 28 | 1089 | 2.75 | 142 | 1319 | 3.36 | 116 | 1153 | 2.90 | 566 | 1271 | 3.20 |
| Fine Arts | 53 | 1273 | 3.52 | 3 | 1040 | 3.44 | 4 | 1128 | 3.17 | 12 | 1164 | 3.23 | 72 | 1237 | 3.45 |
| Liberal Arts | 314 | 1274 | 3.33 | 28 | 1014 | 2.96 | 54 | 1264 | 3.40 | 88 | 1119 | 3.11 | 490 | 1230 | 3.27 |
| Natural Science | 332 | 1268 | 3.26 | 40 | 1060 | 2.97 | 211 | 1240 | 3.30 | 137 | 1115 | 2.89 | 725 | 1219 | 3.19 |
| Nursing | 24 | 1182 | 3.11 | 4 | 953 | 2.63 | 6 | 1185 | 2.94 | 3 | 1117 | 3.11 | 37 | 1152 | 3.03 |
| Social Work | | | | 1 | 930 | 3.00 | | | | | | | 1 | 930 | 3.00 |
| Total | 1620 | 1267 | 3.32 | 160 | 1058 | 2.94 | 609 | 1268 | 3.36 | 513 | 1129 | 3.00 | 2925 | 1231 | 3.25 |

**Non-Top 10%**

| College/School | White | | | African American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 11 | 1345 | 2.83 | 6 | 1145 | 2.64 | 1 | 1350 | 4.00 | 1 | 1200 | 3.70 | 13 | 1335 | 3.00 |
| Business | 94 | 1294 | 2.98 | 2 | 1100 | 2.05 | 21 | 1344 | 3.23 | 13 | 1247 | 2.95 | 139 | 1290 | 3.00 |
| Communication | 171 | 1250 | 3.07 | 5 | 1036 | 2.90 | 11 | 1294 | 3.38 | 21 | 1250 | 2.96 | 206 | 1282 | 3.07 |
| Education | 120 | 1114 | 2.76 | 13 | 1145 | 2.81 | 8 | 1104 | 2.82 | 12 | 1082 | 2.58 | 147 | 1108 | 2.75 |
| Engineering | 307 | 1253 | 2.61 | 4 | 1093 | 1.95 | 116 | 1271 | 2.73 | 59 | 1157 | 2.43 | 500 | 1244 | 2.63 |
| Fine Arts | 110 | 1178 | 2.90 | 56 | 1035 | 2.53 | 5 | 1104 | 2.74 | 14 | 1085 | 2.51 | 133 | 1163 | 2.82 |
| Liberal Arts | 1038 | 1184 | 2.80 | 22 | 1146 | 2.63 | 178 | 1158 | 2.81 | 189 | 1098 | 2.72 | 1470 | 1163 | 2.78 |
| Natural Science | 585 | 1217 | 2.69 | 1 | 1090 | 2.42 | 212 | 1209 | 2.75 | 108 | 1139 | 2.55 | 935 | 1205 | 2.69 |
| Nursing | 25 | 1123 | 2.75 | 2 | 1065 | 2.57 | 4 | 1208 | 2.76 | 4 | 1108 | 2.76 | 34 | 1130 | 2.74 |
| Social Work | 11 | 1136 | 2.63 | 3 | 1080 | 2.58 | 3 | 1240 | 2.94 | 3 | 1093 | 1.95 | 19 | 1138 | 2.56 |
| Total | 2472 | 1205 | 2.77 | 113 | 1080 | 2.58 | 559 | 1210 | 2.80 | 424 | 1128 | 2.64 | 3596 | 1193 | 2.76 |

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 7e
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND ETHNICITY
Entering 2000

**Top 10%**

| College/School | White N | White SAT | White GPA | African American N | SAT | GPA | Asian American N | SAT | GPA | Hispanic N | SAT | GPA | All Students N | SAT | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Architecture | 19 | 1343 | 3.61 | 1 | 1030 | 3.28 | 2 | 1390 | 3.86 | 2 | 1305 | 3.60 | 24 | 1330 | 3.61 |
| Business | 517 | 1251 | 3.29 | 39 | 1055 | 2.78 | 207 | 1257 | 3.48 | 132 | 1126 | 3.05 | 901 | 1226 | 3.27 |
| Communication | 214 | 1221 | 3.34 | 9 | 1071 | 2.90 | 18 | 1184 | 3.28 | 49 | 1094 | 3.32 | 290 | 1192 | 3.32 |
| Education | 35 | 1151 | 3.22 | 9 | 1010 | 3.29 | 7 | 1117 | 3.47 | 18 | 1016 | 2.98 | 69 | 1094 | 3.20 |
| Engineering | 291 | 1304 | 3.27 | 22 | 1162 | 3.27 | 153 | 1293 | 3.35 | 129 | 1143 | 2.93 | 600 | 1262 | 3.23 |
| Fine Arts | 53 | 1235 | 3.44 | 3 | 1163 | 3.33 | 7 | 1246 | 3.45 | 22 | 1126 | 2.97 | 87 | 1205 | 3.31 |
| Liberal Arts | 369 | 1279 | 3.38 | 26 | 1068 | 2.94 | 60 | 1263 | 3.40 | 96 | 1090 | 2.94 | 554 | 1235 | 3.29 |
| Natural Science | 402 | 1265 | 3.26 | 39 | 1069 | 2.81 | 193 | 1240 | 3.36 | 133 | 1112 | 3.10 | 776 | 1223 | 3.24 |
| Nursing | 20 | 1162 | 3.40 | 7 | 890 | 2.35 | 6 | 1122 | 2.98 | 8 | 1079 | 2.89 | 41 | 1093 | 3.06 |
| Social Work | 1 | 1160 | 2.20 | 1 | 990 | 2.88 | | | | 2 | 1035 | 3.27 | 4 | 1055 | 2.91 |
| Total | 1921 | 1262 | 3.31 | 156 | 1068 | 2.91 | 653 | 1257 | 3.40 | 591 | 1114 | 3.04 | 3346 | 1226 | 3.26 |

**Non-Top 10%**

| College/School | White N | White SAT | White GPA | African American N | SAT | GPA | Asian American N | SAT | GPA | Hispanic N | SAT | GPA | All Students N | SAT | GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Architecture | 10 | 1385 | 3.02 | 2 | 1075 | 2.85 | 4 | 1370 | 3.57 | 2 | 1425 | 3.09 | 16 | 1386 | 3.17 |
| Business | 58 | 1244 | 2.98 | 2 | 1050 | 2.86 | 17 | 1261 | 3.00 | 8 | 1195 | 3.47 | 87 | 1238 | 3.03 |
| Communication | 64 | 1281 | 3.27 | 1 | 870 | 1.77 | 8 | 1255 | 3.34 | 9 | 1178 | 2.97 | 85 | 1264 | 3.24 |
| Education | 105 | 1142 | 2.91 | | | | 10 | 1181 | 2.89 | 10 | 1040 | 2.60 | 126 | 1135 | 2.89 |
| Engineering | 209 | 1302 | 2.89 | 16 | 1254 | 3.11 | 72 | 1312 | 3.02 | 41 | 1235 | 2.74 | 351 | 1294 | 2.91 |
| Fine Arts | 133 | 1182 | 2.83 | 1 | 1030 | 2.92 | 7 | 1187 | 2.75 | 17 | 1161 | 2.60 | 159 | 1178 | 2.80 |
| Liberal Arts | 1403 | 1188 | 2.86 | 82 | 1085 | 2.65 | 262 | 1177 | 2.93 | 209 | 1139 | 2.84 | 1968 | 1177 | 2.86 |
| Natural Science | 517 | 1246 | 2.76 | 25 | 1177 | 2.63 | 223 | 1251 | 2.89 | 98 | 1168 | 2.67 | 879 | 1236 | 2.78 |
| Nursing | 17 | 1179 | 2.66 | 1 | 1200 | 2.79 | 2 | 1180 | 3.03 | 6 | 1160 | 2.32 | 26 | 1176 | 2.61 |
| Social Work | 13 | 1193 | 2.79 | | | | 1 | 1340 | 3.24 | 1 | 1240 | 3.00 | 16 | 1204 | 2.83 |
| Total | 2529 | 1212 | 2.86 | 129 | 1122 | 2.70 | 606 | 1225 | 2.94 | 401 | 1158 | 2.78 | 3713 | 1205 | 2.86 |

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 7f
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND ETHNICITY
Entering 2001

### Top 10%

| College/School | White N | White SAT | White GPA | African American N | African American SAT | African American GPA | Asian American N | Asian American SAT | Asian American GPA | Hispanic N | Hispanic SAT | Hispanic GPA | All Students N | All Students SAT | All Students GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Architecture | 31 | 1384 | 3.40 | 1 | 1120 | 3.00 | 4 | 1358 | 3.55 | 4 | 1388 | 3.60 | 40 | 1375 | 3.42 |
| Business | 373 | 1290 | 3.41 | 20 | 1094 | 2.86 | 183 | 1304 | 3.52 | 77 | 1140 | 3.25 | 662 | 1270 | 3.41 |
| Communication | 270 | 1203 | 3.35 | 15 | 1038 | 3.15 | 42 | 1165 | 3.18 | 70 | 1094 | 3.15 | 400 | 1174 | 3.29 |
| Education | 45 | 1149 | 3.32 | 6 | 910 | 2.55 | 4 | 1126 | 3.56 | 13 | 975 | 2.92 | 68 | 1093 | 3.19 |
| Engineering | 329 | 1307 | 3.25 | 16 | 1119 | 2.98 | 167 | 1304 | 3.36 | 120 | 1141 | 2.94 | 646 | 1270 | 3.22 |
| Fine Arts | 56 | 1224 | 3.50 | 2 | 1130 | 2.78 | 9 | 1322 | 3.71 | 13 | 1148 | 3.29 | 80 | 1220 | 3.47 |
| Liberal Arts | 405 | 1238 | 3.27 | 29 | 1035 | 2.96 | 80 | 1203 | 3.26 | 130 | 1100 | 3.10 | 658 | 1197 | 3.23 |
| Natural Science | 406 | 1252 | 3.13 | 40 | 1059 | 2.58 | 225 | 1237 | 3.27 | 132 | 1093 | 2.87 | 814 | 1213 | 3.10 |
| Nursing | 24 | 1152 | 2.99 | 7 | 1074 | 2.55 | 4 | 1123 | 2.89 | 13 | 1024 | 2.80 | 48 | 1103 | 2.86 |
| Social Work | 3 | 1297 | 3.22 | 1 | 1070 | 3.00 |  |  |  | 3 | 1033 | 2.57 | 7 | 1151 | 2.91 |
| Total | 1942 | 1257 | 3.28 | 137 | 1059 | 2.81 | 718 | 1262 | 3.35 | 575 | 1109 | 3.04 | 3423 | 1225 | 3.24 |

### Non-Top 10%

| College/School | White N | White SAT | White GPA | African American N | African American SAT | African American GPA | Asian American N | Asian American SAT | Asian American GPA | Hispanic N | Hispanic SAT | Hispanic GPA | All Students N | All Students SAT | All Students GPA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Architecture | 8 | 1336 | 2.97 | 2 | 880 | 2.76 | 35 | 1375 | 3.38 | 2 | 1245 | 3.52 | 12 | 1312 | 2.95 |
| Business | 63 | 1375 | 3.32 | 2 | 1450 | 2.36 | 1 | 1070 | 3.93 | 3 | 1287 | 3.12 | 104 | 1364 | 3.34 |
| Communication | 39 | 1212 | 3.24 |  |  |  | 11 | 1185 | 2.79 | 11 | 1088 | 3.06 | 54 | 1183 | 3.21 |
| Education | 96 | 1136 | 2.98 | 11 | 1184 | 2.36 | 94 | 1325 | 2.98 | 10 | 1103 | 3.13 | 118 | 1138 | 2.98 |
| Engineering | 224 | 1273 | 2.85 | 11 | 1110 | 3.15 | 13 | 1132 | 2.59 | 52 | 1190 | 2.77 | 387 | 1271 | 2.86 |
| Fine Arts | 119 | 1190 | 2.89 | 2 | 1101 | 2.69 | 177 | 1233 | 2.92 | 17 | 1098 | 2.46 | 155 | 1174 | 2.84 |
| Liberal Arts | 978 | 1220 | 2.91 | 47 | 1171 | 2.65 | 258 | 1219 | 2.78 | 177 | 1152 | 2.73 | 1401 | 1209 | 2.88 |
| Natural Science | 484 | 1224 | 2.68 | 30 | 1195 | 3.85 | 16 | 1103 | 2.97 | 138 | 1153 | 2.60 | 920 | 1211 | 2.70 |
| Nursing | 41 | 1137 | 2.78 | 2 | 1120 | 3.69 | 2 | 1035 | 2.50 | 9 | 1053 | 2.73 | 69 | 1119 | 2.85 |
| Social Work | 24 | 1115 | 2.76 | 1 | 1137 | 2.68 |  |  |  | 7 | 1026 | 2.79 | 35 | 1091 | 2.77 |
| Total | 2076 | 1223 | 2.87 | 98 | 1137 | 2.68 | 607 | 1242 | 2.89 | 426 | 1149 | 2.71 | 3255 | 1215 | 2.85 |

20

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 7g
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND ETHNICITY
Entering 2002

**Top 10%**

| College/School | White | | | African American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 21 | 1380 | 3.43 | 1 | 1290 | 3.03 | 5 | 1396 | 3.25 | 3 | 1297 | 3.41 | 30 | 1372 | 3.38 |
| Business | 412 | 1296 | 3.44 | 29 | 1093 | 2.82 | 200 | 1311 | 3.54 | 88 | 1155 | 3.23 | 741 | 1275 | 3.42 |
| Communication | 245 | 1242 | 3.35 | 9 | 1052 | 3.07 | 28 | 1205 | 3.46 | 61 | 1129 | 3.31 | 345 | 1215 | 3.35 |
| Education | 46 | 1142 | 3.26 | 3 | 920 | 2.59 | 4 | 1190 | 2.96 | 30 | 1002 | 2.83 | 83 | 1086 | 3.07 |
| Engineering | 422 | 1307 | 3.27 | 27 | 1077 | 2.85 | 204 | 1309 | 3.37 | 129 | 1142 | 2.93 | 795 | 1272 | 3.22 |
| Fine Arts | 48 | 1254 | 3.52 | 1 | 1280 | 3.59 | 5 | 1386 | 3.61 | 9 | 1033 | 3.08 | 64 | 1237 | 3.47 |
| Liberal Arts | 523 | 1228 | 3.23 | 51 | 1057 | 2.88 | 85 | 1238 | 3.39 | 165 | 1080 | 3.03 | 839 | 1186 | 3.19 |
| Natural Science | 444 | 1257 | 3.16 | 29 | 1023 | 2.72 | 259 | 1235 | 3.30 | 199 | 1092 | 2.93 | 965 | 1208 | 3.14 |
| Nursing | 37 | 1095 | 3.01 | 5 | 992 | 2.65 | 9 | 1151 | 2.71 | 17 | 974 | 2.63 | 71 | 1064 | 2.83 |
| Social Work | 5 | 1128 | 2.79 | 1 | 990 | 3.13 | 1 | 970 | 3.46 | 2 | 1090 | 2.20 | 9 | 1087 | 2.77 |
| Total | 2203 | 1261 | 3.28 | 156 | 1059 | 2.84 | 800 | 1272 | 3.38 | 703 | 1103 | 3.01 | 3932 | 1226 | 3.24 |

**Non-Top 10%**

| College/School | White | | | African American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 12 | 1394 | 3.14 | | | | | | | 2 | 1415 | 3.48 | 15 | 1397 | 3.24 |
| Business | 31 | 1348 | 3.31 | 4 | 1030 | 2.50 | 20 | 1401 | 3.37 | 2 | 1040 | 3.02 | 57 | 1348 | 3.33 |
| Communication | 68 | 1329 | 3.35 | 2 | 1150 | 2.24 | 5 | 1360 | 3.39 | 4 | 1248 | 2.56 | 79 | 1322 | 3.28 |
| Education | 121 | 1151 | 3.12 | 3 | 1090 | 2.14 | 14 | 1174 | 3.00 | 21 | 1100 | 2.84 | 161 | 1143 | 3.05 |
| Engineering | 307 | 1274 | 2.79 | 12 | 1200 | 2.47 | 132 | 1283 | 2.74 | 85 | 1196 | 2.62 | 547 | 1262 | 2.75 |
| Fine Arts | 110 | 1206 | 2.99 | 2 | 1290 | 2.31 | 17 | 1148 | 2.78 | 16 | 1143 | 3.09 | 151 | 1192 | 2.97 |
| Liberal Arts | 967 | 1232 | 2.99 | 43 | 994 | 2.47 | 138 | 1224 | 3.09 | 159 | 1130 | 2.76 | 1316 | 1211 | 2.95 |
| Natural Science | 517 | 1233 | 2.80 | 33 | 1139 | 2.41 | 216 | 1232 | 2.91 | 109 | 1171 | 2.81 | 887 | 1223 | 2.82 |
| Nursing | 29 | 1153 | 2.66 | 1 | 960 | 2.81 | 13 | 1131 | 2.91 | 4 | 1098 | 2.46 | 47 | 1138 | 2.72 |
| Social Work | 26 | 1137 | 2.95 | 2 | 970 | 2.52 | 6 | 1153 | 2.82 | 7 | 1104 | 3.12 | 41 | 1126 | 2.94 |
| Total | 2188 | 1236 | 2.94 | 99 | 1079 | 2.44 | 562 | 1242 | 2.93 | 411 | 1155 | 2.77 | 3302 | 1222 | 2.90 |

THE UNIVERSITY OF TEXAS AT AUSTIN
TOP 10% REPORT #9

November 6, 2006

Table 7h
SAT MEAN AND FRESHMAN GPA BY UNDERGRADUATE COLLEGES AND ETHNICITY
Entering 2003

**Top 10%**

| College/School | White | | | African American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 30 | 1364 | 3.37 | | | | 5 | 1354 | 3.44 | 1 | 1350 | 3.60 | 36 | 1362 | 3.39 |
| Business | 351 | 1312 | 3.45 | 24 | 1134 | 2.99 | 153 | 1342 | 3.62 | 94 | 1148 | 3.20 | 635 | 1287 | 3.44 |
| Communication | 214 | 1234 | 3.41 | 16 | 1030 | 3.08 | 21 | 1262 | 3.34 | 57 | 1118 | 3.03 | 313 | 1203 | 3.32 |
| Education | 45 | 1107 | 3.26 | 5 | 858 | 2.26 | 7 | 1139 | 3.25 | 22 | 1009 | 3.02 | 85 | 1060 | 3.12 |
| Engineering | 411 | 1306 | 3.30 | 29 | 1130 | 2.76 | 183 | 1313 | 3.38 | 167 | 1134 | 2.91 | 808 | 1266 | 3.21 |
| Fine Arts | 60 | 1243 | 3.61 | 2 | 1110 | 3.08 | 9 | 1281 | 3.61 | 16 | 1178 | 3.17 | 89 | 1228 | 3.52 |
| Liberal Arts | 681 | 1244 | 3.32 | 46 | 1050 | 2.80 | 95 | 1214 | 3.37 | 237 | 1074 | 3.00 | 1072 | 1194 | 3.23 |
| Natural Science | 519 | 1253 | 3.21 | 58 | 1055 | 2.76 | 298 | 1254 | 3.35 | 228 | 1102 | 2.89 | 1128 | 1212 | 3.16 |
| Nursing | 61 | 1139 | 3.17 | 12 | 988 | 2.49 | 9 | 1088 | 3.29 | 20 | 987 | 2.50 | 103 | 1086 | 2.97 |
| Social Work | 6 | 1180 | 3.09 | 2 | 835 | 2.13 | 1 | 1260 | 3.68 | 11 | 932 | 2.61 | 20 | 1013 | 2.76 |
| Total | 2378 | 1262 | 3.32 | 194 | 1062 | 2.79 | 781 | 1278 | 3.41 | 858 | 1100 | 2.96 | 4289 | 1223 | 3.24 |

**Non-Top 10%**

| College/School | White | | | African American | | | Asian American | | | Hispanic | | | All Students | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA | N | SAT | GPA |
| Architecture | 9 | 1387 | 3.44 | | | | 2 | 1410 | 3.51 | 2 | 1415 | 2.90 | 15 | 1364 | 3.44 |
| Business | 23 | 1415 | 3.55 | | | | 8 | 1471 | 3.63 | | | | 32 | 1424 | 3.57 |
| Communication | 6 | 1308 | 3.21 | | | | | | | 1 | 1300 | 3.30 | 8 | 1315 | 3.25 |
| Education | 62 | 1197 | 3.15 | | | | 5 | 1192 | 3.48 | 10 | 1123 | 3.23 | 79 | 1184 | 3.17 |
| Engineering | 218 | 1299 | 2.87 | | | | 90 | 1335 | 3.22 | 41 | 1213 | 2.86 | 373 | 1294 | 2.96 |
| Fine Arts | 82 | 1211 | 3.13 | | | | 9 | 1197 | 3.23 | 14 | 1135 | 2.86 | 109 | 1198 | 3.11 |
| Liberal Arts | 548 | 1261 | 3.12 | | | | 72 | 1292 | 3.19 | 80 | 1202 | 2.95 | 746 | 1246 | 3.08 |
| Natural Science | 238 | 1277 | 2.98 | | | | 112 | 1276 | 3.07 | 46 | 1175 | 2.69 | 420 | 1261 | 2.97 |
| Nursing | 3 | 1073 | 2.77 | | | | 1 | 1210 | 3.66 | 2 | 975 | 2.45 | 6 | 1063 | 2.81 |
| Social Work | 13 | 1215 | 3.06 | | | | | | | 3 | 1153 | 2.62 | 16 | 1204 | 2.98 |
| Total | 1202 | 1267 | 3.06 | 64 | 1065 | 2.55 | 299 | 1300 | 3.17 | 199 | 1189 | 2.87 | 1804 | 1257 | 3.05 |