# EXHIBIT 32

Westlaw

TX EDUC § 51.803                                                                                               Page 1
V.T.C.A., Education Code § 51.803

VERNON'S TEXAS STATUTES AND CODES ANNOTATED
EDUCATION CODE
TITLE 3. HIGHER EDUCATION
SUBTITLE A. HIGHER EDUCATION IN GENERAL
CHAPTER 51. PROVISIONS GENERALLY APPLICABLE TO HIGHER EDUCATION
SUBCHAPTER S. UNIFORM ADMISSION POLICY

Copr. © West Group 1997. All rights reserved.

§ 51.803. Automatic Admission: All Institutions

(a) Each general academic teaching institution shall admit an applicant for admission to the institution as an undergraduate student if the applicant graduated in one of the two school years preceding the academic year for which the applicant is applying for admission from a public or private high school in this state accredited by a generally recognized accrediting organization with a grade point average in the top 10 percent of the student's high school graduating class. To qualify for admission under this section, an applicant must submit an application before the expiration of any application filing deadline established by the institution.

(b) After admitting an applicant under this section, the institution shall review the applicant's record and any other factor the institution considers appropriate to determine whether the applicant may require additional preparation for college-level work or would benefit from inclusion in a retention program. The institution may require a student so identified to enroll during the summer immediately after the student is admitted under this section to participate in appropriate enrichment courses and orientation programs. This section does not prohibit a student who is not determined to need additional preparation for college-level work from enrolling, if the student chooses, during the summer immediately after the student is admitted under this section.

CREDIT(S)

1997 Electronic Pocket Part Update

Added by Acts 1997, 75th Leg., ch. 155, § 1, eff. Sept. 1, 1997.

V. T. C. A., Education Code § 51.803

TX EDUC § 51.803

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. US Gov. Works.