IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ABIGAIL NOEL FISHER, and § | |
| RACHEL MULTER MICHALEWICZ, § | |
|     *Plaintiffs*, § | |
| § | CIVIL ACTION NO. 1:08-CV-00263-SS |
| v. § | |
| § | |
| UNIVERSITY OF TEXAS AT AUSTIN; et al., § | |
|     *Defendants*. § | |

## ORDER

Before the Court for consideration is Plaintiffs' Motion for Partial Summary Judgment and Defendants' Cross-Motion for Summary Judgment. Having considered the Motions, Opposition thereto, and any replies, the Court is of the opinion that Plaintiffs' motion is not well founded and that it should be denied and the Defendants' motion is well founded and it should be granted. It is therefore:

ORDERED that Plaintiffs' Motion for Partial Summary Judgment is DENIED in all respects; and it is further

ORDERED that Defendants' Motion for Summary Judgment is GRANTED in all respects; and it is further

ORDERED that Plaintiffs' claims against Defendants are DISMISSED in their entirety.

SIGNED this the _____ day of _____, 2009.

_____
HONORABLE SAM SPARKS
UNITED STATES DISTRICT JUDGE