IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ABIGAIL NOEL FISHER, and<br>RACHEL MULTER MICHALEWICZ<br>　　　　Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN,<br>*et al.*,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 1:08-CV-00263-88 |

**MOTION OF LAWRENCE LONGORIA, JR., NATHAN BUNCH AND
TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN
<u>SUPPORT OF DEFENDANTS OUT OF TIME</u>**

　　COME NOW *amici curiae* Lawrence Longoria, Jr., Nathan Bunch and Texas League of United Latin American Citizens (Texas LULAC) and submit their Motion for Leave to File *Amicus Curiae* Brief in Support of Defendants Out of Time.  In support of their Motion, *amici* state as follows:

1. *Amici* Lawrence Longoria, Jr., Nathan Bunch, and Texas LULAC are a Latino student who may enroll in UT Austin, a current Latino student at UT Austin, and a community advocacy organization for Latino citizens, respectively.

2. In its Order of August 8, 2008 this Court denied Longoria, Bunch and Texas LULAC Intervenor status but provided them with the opportunity to file briefs as *amici curiae*.  *See* Dkt. Entry No. 83.

3. It is *amici*'s understanding that this Court asked the brief to be submitted on April 13, 2009—after the conclusion of summary judgment briefing in the case—to file their Brief in

1

Support of Defendants.

4. Because the final round of summary judgment briefing is now complete, *see, e.g.,* Dkt. Entry No. 98, and it is one day after the Court's April 13, 2009 deadline, out of an abundance of caution *amici* now respectfully seek leave of Court to submit their Brief in Support of Defendants out of time.  *See* Exs. A (*Amici Curiae* Brief in Support of Defendants) and B (Exhibits to *Amici Curiae* Brief in Support of Defendants).

5. *Amici curiae* seek leave of Court to file their Brief in Support out of time for good cause.  In addition to an already heavy caseload, counsel for *amici* also had briefs due to the Fifth Circuit Court of Appeals on April 8, 2009 in *U.S. v. Texas,* App. No. 08-40858, and to the Ninth Circuit Court of Appeals on April 13, 2009 in *Gonzalez v. Arizona,* App. No. 08-17094.

6. *Amici curiae* assert that granting their Motion for Leave will not harm any party or participant in the litigation and will not cause this Court to unnecessarily expend judicial resources.

WHEREFORE, *amici curiae* respectfully urge this Court to grant their Motion for Leave to File Brief in Support of Defendants Out of Time.

DATED: April 14, 2009                     Respectfully submitted,

                                                                   /s/ David G. Hinojosa
                                                                  David G. Hinojosa
Texas State Bar No. 24010689
Nina Perales
Texas State Bar No. 24005046
Diego Bernal
Texas State Bar No. 24048350
MEXICAN AMERICAN LEGAL DEFENSE AND
EDUCATIONAL FUND, INC. (MALDEF)
110 Broadway, Suite 300

San Antonio, TX 78205
Tel. (210) 224-5476
Fax (210) 224-5382


 __/s/_Brigida Benitez_____
BRIGIDA BENITEZ
District of Columbia Bar No. 446144
ALVARO BEDOYA
District of Columbia Bar No. 986171
WILMER, CUTLER, PICKERING,
HALE AND DORR, LLP
1875 Pennsylvania Avenue N.W.
Washington, DC 20006
Tel. (202) 663-6000
Fax. (202) 663-6363

COUNSEL FOR *AMICI CURIAE*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was served via the electronic court filing system on this, the 14th day of April, 2009, upon:

>Greg Abbott, Attorney General of Texas
>Kent C. Sullivan, First Asst Atty General
>David S. Morales, Deputy Attorney General
>James C. Ho, Solicitor General
>Robert B. O'Keefe, Chief, Gen. Lit. Div.
>Ryan Clinton, Assistant Solicitor General
>Mishell B. Kneeland
>Marina Grayson
>General Litigation Division
>P.O. Box 12548, Capitol Station
>Austin TX 78711-2548
>512.475.4099
>512.320.0667 Fax
>*Attorney for Defendants*
>
>Bert W. Rein
>David C. Rybicki
>Thomas R. McCarty
>Wiley Rein LLP
>1776 K Street, NW
>Washington DC 20006
>202.719.7000
>202.719.7049 Fax
>*Attorney for Plaintiffs*
>
>Paul M. Terrill
>The Terrill Firm, PC
>810 West 10th Street
>Austin TX 78701
>512.474.9100
>512.474.9888 Fax
>*Attorney for Plaintiffs*
>
>  /s/ David G. Hinojosa     
>David G. Hinojosa