IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2009 AUG 17 PM 1:29
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
     DEPUTY

ABIGAIL NOEL FISHER and RACHEL MULTER MICHALEWICZ,
           Plaintiffs,

-vs-

UNIVERSITY OF TEXAS AT AUSTIN, *et al.*,
           Defendants.

Case No. A-08-CA-263-SS

## JUDGMENT

BE IT REMEMBERED on the _17th_ day of August 2009 the Court entered its order granting summary judgment on behalf of the Defendants, the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the Court finds the University of Texas at Austin's admissions policy, and specifically its consideration of race as part of the admissions process, to be narrowly tailored to further a compelling government interest and thus constitutional under the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution, U.S. Const. amend. XIV, § 1, and the federal civil rights statutes, 42 U.S.C. §§ 1981, 1983, and 2000d *et seq.*

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Plaintiffs Abigail Fisher and Rachel Michalewicz TAKE NOTHING in this cause against the Defendants the State of Texas; the University of Texas at Austin; Kenneth Shine, Chancellor of the University of Texas System in his official capacity; David B. Pryor, Executive Vice Chancellor for Academic Affairs in his official capacity; Barry D. Burgdorf, Vice Chancellor

and General Counsel in his official capacity; William Powers, Jr., President of the University of Texas at Austin in his official capacity; the Board of Regents of the Texas State University System; John W. Barnhill, Jr., H. Scott Caven, Jr., James R. Huffines, Janiece Longoria, Colleen McHugh, Robert B. Rowling, James D. Dannenbaum, Paul Foster, and Printice L. Gary, as Members of the Board of Regents in their official capacities; and Bruce Walker, Vice Provost and Director of Undergraduate Admissions in his official capacity,[1] and that all costs of suit are taxed against the Plaintiffs, for which let execution issue.

SIGNED this the 17th day of August 2009.

*/s/ Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs previously voluntarily dismissed Defendants the State of Texas and Burgdorf, and substituted Kenneth Shine for Mark Yudof. To any extent necessary, this judgment shall also apply to the previously dismissed or substituted defendants.