IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ABIGAIL NOEL FISHER; and RACHEL MULTER MICHALEWICZ<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF TEXAS AT AUSTIN; et al.,<br><br>Defendants. | Civil Action No. 1:08-cv-00263-SS |

## NOTICE OF APPEAL

Notice is hereby given that ABIGAIL NOEL FISHER and RACHEL MULTER MICHALEWICZ, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final order and judgment of the Honorable Sam Sparks, which was entered in this action on the 17th day of August, 2009.

Respectfully submitted,

Paul M. Terrill
Texas State Bar No. 00785094
Joshua Katz
Texas State Bar No. 24044985
The Terrill Firm, P.C.
810 W. 10th Street
Austin, TX 78701
Tel. 512-474-9100
Fax 512-474-9888

Bert W. Rein
Thomas R. McCarthy
(admitted *pro hac vice*)
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC 20006
Tel. 202-719-7000
Fax 202-719-7049

*Attorneys for Plaintiffs ABIGAIL NOEL FISHER and RACHEL MULTER MICHALEWICZ*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2009, a true and correct copy of the foregoing has been served on the following as indicated:

Mishell Kneeland  *via CM/RRR# 7108 1853 1570 0010 1150*
Assistant Attorney General
Texas Attorney General's Office
300 W. 15th Street
Austin, TX 78701
mishell.kneeland@oag.state.tx.us

_____
Paul M. Terrill

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 1
Receipt Number: 100003678
Cashier ID: kwallace
Transaction Date: 09/14/2009
Payer Name: THE TERRILL FIRM, PC
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: PLAINTIFFS
 Amount:        $455.00
------------------------------------
CHECK
 Check/Money Order Num: 1754
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

1:08-CV-263; ABIGAIL NOEL FISHER,
et al v UNIVERISTY OF TEXAS AT
AUSTIN, et al
```