# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 29, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

Re: Abigail Noel Fisher
    v. University of Texas at Austin, et al.
    No. 14-981
    (Your No. 09-50822)
    1:08-cv-263-SS

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.  Justice Kagan took no part in the consideration or decision of this petition.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 30, 2015

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 09-50822 Abigail Fisher, et al v. State of Texas, et al
              USDC No. 1:08-CV-263

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order granting certiorari.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      */s/ Charlene A. Vogelaar*
                      By: _____
                      Charlene A. Vogelaar, Deputy Clerk
                      504-310-7648